# EXHIBIT B

1  DAVID C. MARCUS (CA Bar No. 158704)
2  (Email: david.marcus@wilmerhale.com)
   WILMER CUTLER PICKERING
3       HALE AND DORR LLP
4  350 South Grand Avenue, Suite 2400
   Los Angeles, California 90071
5  Telephone: (213) 443-5312
6  Facsimile: (213) 443-5400

7  *Attorneys for Defendant*
   *Walt Disney Parks and Resorts U.S., Inc.*
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 8:21-cv-02055 _____<br><br>**DECLARATION OF RACHEL ALDE IN SUPPORT OF NOTICE OF REMOVAL** |

## DECLARATION OF RACHEL ALDE

I, Rachel Alde, declare as follows:

1.   I am a Vice President of Walt Disney Parks and Resorts U.S., Inc. ("WDPR"). I am over the age of eighteen and competent to testify on the matters herein. I am familiar with the corporate history, corporate structure, and business

1

**DECLARATION OF RACHEL ALDE IN SUPPORT OF
NOTICE OF REMOVAL**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-cv-02055

of WDPR. The facts contained herein are based upon either my personal knowledge or information provided to me in my capacity as an officer of WDPR.

2. This Declaration is submitted in support of WDPR's Notice of Removal of Civil Action to Federal Court.

3. WDPR is a Florida corporation with its principal place of business located at 1375 Buena Vista Drive, Lake Buena Vista, Florida, 32830.

4. Prior to the filing of this lawsuit on November 9, 2021, WDPR sold more than 3,600 Dream Key passes at a price of $1,399 per pass, for a total amount exceeding $5,000,000.00.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the  14th  day of December 2021.

*Rachel Alde* (signature)
Rachel Alde

2

**DECLARATION OF RACHEL ALDE IN SUPPORT OF NOTICE OF REMOVAL**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-cv-02055