DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

*Attorneys for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 25, inclusive,<br>          Defendants. | Case No. <u>8:21-cv-02055</u><br><br>**DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S FRCP 7.1 AND LR 7.1-1 CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**<br><br>[Removed from Superior Court of California, County of Orange—Case No. 30-2021-01230857-CU-BT-CXC]<br><br>Complaint Filed: November 9, 2021 |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Defendant Walt Disney Parks and Resorts U.S., Inc., by its undersigned counsel, hereby states as follows:

Walt Disney Parks and Resorts U.S., Inc., is an indirect subsidiary of The Walt Disney Company, a publicly traded corporation. The Walt Disney Company has no parent corporation and no publicly held corporation owns 10% or more of its stock.

The undersigned, counsel of record for Walt Disney Parks and Resorts U.S., Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Jenale Nielsen;

2. Defendant Walt Disney Parks and Resorts U.S., Inc.; and

3. The Walt Disney Company, indirect parent company of Defendant Walt Disney Parks and Resorts U.S., Inc.

Respectfully submitted,

Dated: December 15, 2021

/s/ *David C. Marcus*
DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

*Attorneys for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

2

**CORPORATE DISCLOSURE STATEMENT AND**
**NOTICE OF INTERESTED PARTIES**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-cv-02055