1  DAVID C. MARCUS (CA Bar No. 158704)
2  (Email: david.marcus@wilmerhale.com)
   WILMER CUTLER PICKERING
3       HALE AND DORR LLP
4  350 South Grand Avenue, Suite 2400
   Los Angeles, California 90071
5  Telephone: (213) 443-5312
6  Facsimile: (213) 443-5400

7  *Attorneys for Defendant*
   *Walt Disney Parks and Resorts U.S., Inc.*
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 8:21-cv-02055 _____<br><br>**CERTIFICATE OF SERVICE**<br><br>[Removed from Superior Court of California, County of Orange—Case No. 30-2021-01230857-CU-BT-CXC]<br><br>Complaint Filed: November 9, 2021 |

---

**CERTIFICATE OF SERVICE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-cv-02055

1  I, Jill Folsom, certify and declare as follows:

2  I am over the age of 18 years and not a party to this action.

3  My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 350 South Grand Avenue, Suite 2400, Los Angeles, California 90071.

4  On December 15, 2021, I deposited in the United States Mail at Los Angeles, California, a copy of the documents entitled:

    1. Notice of Removal and Exhibits A and B thereto;

    2. Civil Cover Sheet; and

    3. Notice of Interested Parties and Corporate Disclosure Statement.

I thereby served the aforementioned documents on the parties or attorneys for the parties as follows:

DANIEL J. MULLER (CA Bar No. 193396)
dmuller@venturahersey.com
ANTHONY F. VENTURA (CA Bar No. 191107)
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Fax: (408) 512-3023

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 15, 2021, in Los Angeles, California.

                                         *Jill Folsom*
                                         Jill Folsom