| | |
|---|---|
| 1 | DAVID C. MARCUS (CA Bar No. 158704) |
| 2 | (Email: david.marcus@wilmerhale.com) |
| | WILMER CUTLER PICKERING |
| 3 |     HALE AND DORR LLP |
| 4 | 350 South Grand Avenue, Suite 2400 |
| | Los Angeles, California 90071 |
| 5 | Telephone: (213) 443-5312 |
| 6 | Facsimile: (213) 443-5400 |
| 7 | *Attorneys for Defendant* |
| | *Walt Disney Parks and Resorts U.S., Inc.* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 8:21-cv-02055<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>**Complaint Served:**<br>    **November 15, 2021**<br>**Current Response Date:**<br>    **December 22, 2021**<br>**New Response Date:**<br>    **January 21, 2022** |

Pursuant to Local Rule 8-3, Defendant Walt Disney Parks and Resorts U.S., Inc. ("WDPR") and Plaintiff Jenale Nielsen hereby stipulate that:

WHEREAS, on November 9, 2021, Nielsen filed a putative class action complaint against WDPR captioned *Jenale Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 30-2021-01230857-CU-BT-CXC, in the Superior Court of California in the County of Orange;

WHEREAS, on November 15, 2021, Nielsen served WDPR with the complaint and summons;

WHEREAS, on December 15, 2021, prior to filing an answer or other response to the complaint in state court, WDPR timely removed to this Court, pursuant to 28 U.S.C. § 1446(b);

WHEREAS, WDPR's deadline to respond to the initial complaint is currently December 22, 2021, pursuant to Federal Rule of Civil Procedure 81(c)(2), which provides as relevant: "After removal, … [a] defendant who did not answer before removal must answer or present other defenses or objections under these rules within … 7 days after the notice of removal is filed."

WHEREAS, Local Rule 8-3 provides that if a "stipulation extending time to respond to the initial complaint … , together with any prior stipulations, does not extend the time for more than a cumulative total of thirty (30) days from the date the response initially would have been due, the stipulation need not be approved by the judge."

WHEREAS, there have been no prior stipulations extending WDPR's time to respond to the initial complaint; and

2

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-cv-02055

| | |
|---|---|
| 1 | WHEREAS, the date thirty (30) days from the December 22, 2021, date on which WDPR's response to the complaint initially would have been due under Rule 81(c)(2) is January 21, 2022; |

WHEREAS, the date thirty (30) days from the December 22, 2021, date on which WDPR's response to the complaint initially would have been due under Rule 81(c)(2) is January 21, 2022;

**THE PARTIES HEREBY STIPULATE AND AGREE** that WDPR's time to respond to the initial complaint shall be extended to <u>January 21, 2022</u>.

Respectfully submitted,

Dated: December 15, 2021

/s/ *David C. Marcus*
DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
      HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

*Attorneys for Defendant*
*Walt Disney Parks and Resorts U.S., Inc*

Dated: December 15, 2021

/s/ *Daniel J. Muller*
DANIEL J. MULLER (CA Bar No. 193396)
dmuller@venturahersey.com
ANTHONY F. VENTURA (CA Bar No. 191107)
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Fax: (408) 512-3023

*Attorneys for Plaintiff Jenale Nielsen*

3

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-cv-02055

**ATTESTATION**

I, David C. Marcus, attest that all other signatures listed, and on whose behalf the filing is submitted, concur with the filing's contents and have authorized the filing.

/s/ *David C. Marcus*
DAVID C. MARCUS

4

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-cv-02055