| Name and address: | |
|---|---|
| Alan E. Schoenfeld<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>7 World Trade Center, 250 Greenwich Street<br>New York, NY 10007 | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 25, inclusive,<br><br>Defendant(s), | CASE NUMBER<br><br>8:21-cv-02055-DOC-ADS<br><br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |
|---|---|

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Alan E. Schoenfeld
*Applicant's Name (Last Name, First Name & Middle Initial)*            check here if federal government attorney ☐

WILMER CUTLER PICKERING HALE AND DORR LLP
*Firm/Agency Name*

| 7 World Trade Center | (212) 937-7294 | (212) 230-8888 |
|---|---|---|
| 250 Greenwich Street | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| New York, NY 10007 | alan.schoenfeld@wilmerhale.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Walt Disney Parks and Resorts U.S., Inc. | ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: _____ |
|---|---|
| | ☐ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____ |
| *Name(s) of Party(ies) Represented* | |

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| New York, Appellate Division, 1st Dept. | April 17, 2007 | Yes |
| U.S.D.C. for Southern District of New York | December 17, 2008 | Yes |
| U.S. Court of Appeals for Second Circuit | February 17, 2009 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 8:21-cv-00773 | Ralph Kuhen, CPA v. Sentinel Insurance Company Lt | 9/30/2021 | Granted |
| 2:20-cv-04502 | J.P., et al v. Education Testing Services, et al | 9/15/2020 | Granted |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated January 11, 2022

Alan E. Schoenfeld
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

David C. Marcus
*Designee's Name (Last Name, First Name & Middle Initial)*

WILMER CUTLER PICKERING HALE AND DORR LLP
*Firm/Agency Name*

350 South Grand Avenue, Suite 2400
*Street Address*

Los Angeles, California 90071
*City, State, Zip Code*

(213) 443-5312
*Telephone Number*

(213) 443-5400
*Fax Number*

david.marcus@wilmerhale.com
*Email Address*

158704
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated  1/10/2022

David C. Marcus
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

**Alan E. Schoenfeld - Court Admissions (Continued)**

| Court Name | Admission Date | Bar No. |
|---|---|---|
| District of Columbia | March 19, 2021 | 1725277 |
| New Jersey Supreme Court | November 9, 2018 | 285532018 |
| U.S. District Court for the Eastern District of New York | April 29, 2009 | AS1783 |
| U.S. District Court for the District of New Jersey | December 27, 2018 | 285532018 |
| U.S. Court of Appeals for the First Circuit | February 10, 2011 | 1145020 |
| U.S. Court of Appeals for the Third Circuit | December 20, 2017 | No bar number |
| U.S. Court of Appeals for the Fourth Circuit | October 11, 2017 | No bar number |
| U.S. Court of Appeals for the Fifth Circuit | July 21, 2017 | No bar number |
| U.S. Court of Appeals for the Sixth Circuit | February 10, 2011 | No bar number |
| U.S. Court of Appeals for the Seventh Circuit | November 10, 2017 | No bar number |
| U.S. Court of Appeals for the Ninth Circuit | August 31, 2009 | No bar number |
| U.S. Court of Appeals for the Tenth Circuit | November 26, 2013 | No bar number |
| U.S. Court of Appeals for the Eleventh Circuit | February 15, 2011 | No bar number |
| U.S. Court of Appeals for the D.C. Circuit | October 31, 2013 | No bar number |
| U.S. Court of Appeals for the Federal Circuit | January 4, 2017 | No bar number |
| United States Supreme Court | December 6, 2011 | No bar number |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Alan Evan Schoenfeld*

was duly qualified and admitted on March 19, 2021 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 16, 2021.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Alan Evan Schoenfeld** (No. **285532018**) was constituted and appointed an Attorney at Law of New Jersey on **November 9, 2018** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 14th day of December, 2021.

*Heather J. Baker*
Clerk of the Supreme Court

-453a-



## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Alan Evan Schoenfeld

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 17, 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on December 16, 2021.

*Clerk of the Court*

CertID-00045260



# Supreme Court of the State of New York
## Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020