Alan E. Schoenfeld
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6513

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of others similarly situated,<br>                                         Plaintiff(s)<br>v.<br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 25, inclusive,<br>                                         Defendant(s). | CASE NUMBER<br><br>8:21-cv-02055-DOC-ADS<br><br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Alan E. Schoenfeld of WILMER CUTLER PICKERING HALE AND DORR LLP, 7 World Trade Center, 250 Greenwich Street, New York, NY 10007

*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 937-7294 *Telephone Number*
(212) 230-8888 *Fax Number*
alan.schoenfeld@wilmerhale.com *E-Mail Address*

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Walt Disney Parks and Resorts U.S., Inc.

*Name(s) of Party(ies) Represented*  ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ Other: _____

**and designating as Local Counsel**

David C. Marcus of WILMER CUTLER PICKERING HALE AND DORR LLP, 350 South Grand Avenue, Suite 2400, Los Angeles, California 90071

*Designee's Name (Last Name, First Name & Middle Initial)*

158704 *Designee's Cal. Bar No.*
(213) 443-5312 *Telephone Number*
(213) 443-5400 *Fax Number*
david.marcus@wilmerhale.com *E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
          ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
          ☐ for failure to complete Application: _____
          ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
          ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
          ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded

**Dated** _____

_____
U.S. District Judge/U.S. Magistrate Judge