Margarita M. Botero
WILMER CUTLER PICKERING
HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3130

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of others similarly situated,<br>Plaintiff(s)<br>v.<br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 25, inclusive,<br>Defendant(s). | CASE NUMBER<br>8:21-cv-02055-DOC-ADS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Margarita M. Botero   of   WILMER CUTLER PICKERING HALE AND DORR LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*         1225 Seventeenth Street, Suite 2600
(720) 274-3130            (720) 274-3133                 Denver, CO 80202
*Telephone Number*        *Fax Number*
margarita.botero@wilmerhale.com
*E-Mail Address*                                        *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Walt Disney Parks and Resorts U.S., Inc.

☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ Other: _____

*Name(s) of Party(ies) Represented*

**and designating as Local Counsel**

David C. Marcus   of   WILMER CUTLER PICKERING HALE AND DORR LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     350 South Grand Avenue, Suite 2400
158704          (213) 443-5312     (213) 443-5400             Los Angeles, California 90071
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
david.marcus@wilmerhale.com
*E-Mail Address*                                        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded   ☐ not be refunded.

**Dated** _____                                    _____
                                                    U.S. District Judge/U.S. Magistrate Judge