Margarita M. Botero
WILMER CUTLER PICKERING
HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3130

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JENALE NIELSEN, individually and on behalf of others similarly situated,

Plaintiff(s)

v.

WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 25, inclusive,

Defendant(s).

CASE NUMBER

8:21-cv-02055-DOC-ADS

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Margarita M. Botero   of   WILMER CUTLER PICKERING HALE AND DORR LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*       1225 Seventeenth Street, Suite 2600
(720) 274-3130    (720) 274-3133                                  Denver, CO 80202
*Telephone Number*   *Fax Number*
margarita.botero@wilmerhale.com
*E-Mail Address*                                                  *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Walt Disney Parks and Resorts U.S., Inc.

☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ Other: _____

*Name(s) of Party(ies) Represented*

**and designating as Local Counsel**

David C. Marcus                                       of   WILMER CUTLER PICKERING HALE AND DORR LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   350 South Grand Avenue, Suite 2400
158704    (213) 443-5312   (213) 443-5400                    Los Angeles, California 90071
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
david.marcus@wilmerhale.com
*E-Mail Address*                                             *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
      ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
      ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
      ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____                                         _____
                                                         U.S. District Judge/U.S. Magistrate Judge