Alan E. Schoenfeld
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 295-6513

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>Plaintiff(s)<br>v.<br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 25, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>8:21-cv-02055-DOC-ADS<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*  [10] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Alan E. Schoenfeld of WILMER CUTLER PICKERING HALE AND DORR LLP, 7 World Trade Center, 250 Greenwich Street, New York, NY 10007

*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 937-7294    (212) 230-8888
*Telephone Number*  *Fax Number*
alan.schoenfeld@wilmerhale.com
*E-Mail Address*

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Walt Disney Parks and Resorts U.S., Inc.

*Name(s) of Party(ies) Represented*     ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

David C. Marcus of WILMER CUTLER PICKERING HALE AND DORR LLP, 350 South Grand Avenue, Suite 2400, Los Angeles, California 90071

*Designee's Name (Last Name, First Name & Middle Initial)*

158704    (213) 443-5312    (213) 443-5400
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
david.marcus@wilmerhale.com
*E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated  January 13, 2022                    /s/ David O. Carter
                                           **U.S. District Judge**

G 64 ORDER (5/16)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1