Margarita M. Botero
WILMER CUTLER PICKERING
HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3130

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>v.                                    Plaintiff(s)<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 25, inclusive,<br><br>                                    Defendant(s). | CASE NUMBER<br><br>8:21-cv-02055-DOC-ADS<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [14] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Margarita M. Botero                                                      of    WILMER CUTLER PICKERING
*Applicant's Name (Last Name, First Name & Middle Initial)*                    HALE AND DORR LLP
(720) 274-3130            (720) 274-3133                                        1225 Seventeenth Street, Suite 2600
*Telephone Number*         *Fax Number*                                         Denver, CO 80202
margarita.botero@wilmerhale.com
*E-Mail Address*                                                                *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Walt Disney Parks and Resorts U.S., Inc.

*Name(s) of Party(ies) Represented*        ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**
David C. Marcus                                                      of    WILMER CUTLER PICKERING HALE AND DORR LLP
*Designee's Name (Last Name, First Name & Middle Initial)*                    350 South Grand Avenue, Suite 2400
158704          (213) 443-5312          (213) 443-5400                        Los Angeles, California 90071
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
david.marcus@wilmerhale.com
*E-Mail Address*                                                                *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded  ☐ not be refunded.
Dated    January 13, 2022                                     /s/ David O. Carter
                                                              **U.S. District Judge**

G 64 ORDER (5/16)        ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE        Page 1 of 1