1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| JENALE NIELSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 25, inclusive,<br>Defendants. | Case No. 8:21-cv-02055-DOC-ADS<br><br>**[PROPOSED] ORDER GRANTING WALT DISNEY PARKS AND RESORTS U.S., INC.'S MOTION TO DISMISS**<br><br>Hearing Date: February 28, 2022<br>Time: 8:30 a.m.<br>Judge: Honorable David O. Carter<br>Courtroom: 9D |
|---|---|

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, No. 8:21-cv-02055

1  Now before the Court is Defendant Walt Disney Parks and Resorts U.S.,
2  Inc.'s Motion to Dismiss the complaint filed by Plaintiff Jenale Nielsen pursuant to
3  Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction and Fed. R. Civ. P.
4  12(b)(6) for failure to state a claim upon which relief can be granted.
5  Having considered the papers submitted and arguments presented,
6  **IT IS HEREBY ORDERED**:
7  that the Motion to Dismiss is GRANTED; and
8  that the complaint is dismissed with prejudice and without leave to amend.

Dated:_____

_____
Honorable David O. Carter
U.S. District Judge

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, No. 8:21-cv-02055