DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
      HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

*Attorneys for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

*(additional counsel listed below)*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>  v.<br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 25, inclusive,<br>        Defendants. | Case No. 8:21-cv-02055-DOC-ADS<br><br>**DECLARATION OF ALAN SCHOENFELD IN SUPPORT OF WALT DISNEY PARKS AND RESORTS U.S., INC.'S MOTION TO DISMISS**<br><br>Hearing Date: February 28, 2022<br>Time: 8:30 a.m.<br>Judge: Honorable David O. Carter<br>Courtroom: 9D |

ALAN SCHOENFELD (*admitted pro hac vice*)
(Email: alan.schoenfeld@wilmerhale.com)
RYAN CHABOT (*admitted pro hac vice*)
(Email: ryan.chabot@wilmerhale.com)
WILMER CUTLER PICKERING
        HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

MARGARITA BOTERO (*admitted pro hac vice*)
(Email: margarita.botero@wilmerhale.com)
WILMER CUTLER PICKERING
        HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3130
Facsimile: (720) 274-3133

*Attorneys for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

2

**DECLARATION OF ALAN SCHOENFELD**
**IN SUPPORT OF MOTION TO DISMISS**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, No. 8:21-cv-02055

I, Alan Schoenfeld, declare as follows:

1.      I am an attorney at law, duly authorized to practice before all courts of the State of New York, the State of New Jersey, and the District of Columbia. I was admitted *pro hac vice* to practice before this Court on January 13, 2022. I make this declaration about matters of which I have personal knowledge and about which I would and could testify competently if called to do so.

2.      I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel of record for Defendant Walt Disney Parks and Resorts U.S., Inc. in the above-captioned action.

3.      Attached as **Exhibit A** is a true and correct copy of the webpage entitled "Disneyland Resort Magic Key Terms and Conditions" on the Disneyland website, which I accessed on January 19, 2022, at https://disneyland.disney.go.com/magic-key-terms-conditions/.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Dated: January 21, 2022

*/s/ Alan Schoenfeld*
Alan Schoenfeld

3

**DECLARATION OF ALAN SCHOENFELD**
**IN SUPPORT OF MOTION TO DISMISS**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, No. 8:21-cv-02055