# EXHIBIT A

Important Information Hide

**Important Information about the Disneyland Resort**

- To enter a theme park, Guests (ages 3 and older) will need a valid ticket and a **theme park reservation** for the same day and same park they want to visit.
- The State of California strongly recommends that all Guests be fully vaccinated or receive a negative COVID-19 test prior to entering the Disneyland Resort. Face coverings are required for all Guests (ages 2 and up) while indoors, including on many attractions and in enclosed transportation vehicles, regardless of vaccination status. Face coverings remain optional for all Guests in outdoor common areas.
- Certain parks, hotels, restaurants, attractions, experiences and other offerings may be modified or unavailable, have limited capacity, and are subject to limited availability or even closure, and park admission and offerings are not guaranteed. **View important details about returning to the Disneyland Resort**.

**COVID-19 Warning**

An inherent risk of exposure to COVID-19 exists in any public place where people are present. **View important details**.



Home

## Disneyland® Resort Magic Key Terms and Conditions

*Disneyland®* Resort Magic Key holders ("Passholders") and their Magic Key passes ("Passes") are subject to and must comply with the below terms and conditions.

### THEME PARK ADMISSION:

1. To enter a *Disneyland®* Resort theme park, each Passholder is required to have a theme park reservation and valid admission for the same park on the same date. Park reservations are limited and subject to availability and applicable Pass blockout dates. Passholders should ensure their Pass type is valid for park entry prior to making a park reservation. It may be difficult for Passholders to get park reservations to visit on certain dates or a select park, and park reservations are not guaranteed for any specific dates or park, no matter the Pass type. Additionally, park reservations may not be available on select holidays for certain parks. A Pass will not guarantee park entry. Other restrictions, such as *Park Hopper®* rules, may apply.
2. Passholders are eligible to make a park reservation for any date on which their Pass is not blocked out, subject to availability and conditions set forth above. Pursuant to the benefits and rules of the particular Pass, a Passholder may make and hold up to the number of park reservations allowed for their Pass type for a determined period of time. Once the maximum number of park reservations is made for such period, another park reservation may not be made until a currently held park reservation is used or cancelled. Passholders may be restricted in their ability to make park reservations per applicable Pass benefit rules, such as excessive "no show" rules, which may change from time to time.
3. Theme park capacity may be limited from time to time due to various reasons including, but not limited to, Acts of God, governmental direction or guidance from health experts. Some Pass benefits and features may not be available during periods of limited capacity.

**UNACTIVATED PASS EXPIRATION:** A Pass is valid for applicable privileges for one (1) year from the date of use of the Pass for first entry into a *Disneyland®* Resort theme park or use of the parking benefit on the pass for a fully-paid first entry into a pay-on-entry lot at the *Disneyland®* Resort. Use of a Pass for a discount on parking will not activate the Pass. Pass privileges will not be available until such Pass is activated via park entry or applicable entry into a pay-on-entry lot; provided however, that park reservations, as applicable and subject to associated restrictions, may be made in anticipation of activation of a Pass so long as such Pass has not expired. A Pass will expire if it is not activated within one (1) year from the date of purchase, and upon expiration, such expired Pass may no longer be activated or have park reservations scheduled for it, and any existing park reservations for such Pass will be cancelled. No refunds will be given. The original Pass may not be transferred, and the amount paid for the original Pass may not be redeemed for cash or be used for any other goods or services other than the purchase of another Magic Key pass. The amount paid for an unactivated, expired Pass may be applied towards the purchase of a new Magic Key pass at the then current price so long as the new pass purchase price is equal to or greater than the

amount paid for the original Pass. The then current terms, conditions and privileges associated with the newly purchased pass will apply at that time.

GENERAL:

1. Each Passholder must follow *Disneyland*® Resort's procedures to have a photo associated with their Pass in Disney's files for identification purposes. A Passholder without a proper photo on file will not be allowed admission into a *Disneyland*® Resort theme park. Photos on file for active Passholders must be periodically updated with current photos. At this time, adults must replace their photos every ten (10) years and children (under the age of 18) must replace their photos every three (3) years. Further identification may be required.
2. Passes are not valid for private, premium or special events; activities that are separately priced; or events that require a separate admission or are not open to the general public. Passes are subject to applicable blockout dates.
3. Passes are nonrefundable, nontransferable and remain the property of Disney. Restrictions apply including, but not limited to, capacity constraints and other closures. Passes may not be used for commercial purposes and are void if altered or misused.
4. A Passholder assumes the inherent risks associated with the operation of all rides and attractions and should read and obey all safety signage, instructions and rules. Theme parks, restaurants, attractions, entertainment, products, services and offerings may be modified or limited in capacity or availability; are subject to change, closure, cancellation and discontinuance without notice due to rehabilitation, refurbishing, capacity, seasonal considerations, weather, low demand, government or other authority guidance or order, pandemic-related restrictions, special events, or any other reason without liability to Disney or its affiliates; and are not guaranteed. No refunds or credit given for any such changes or cancellations.
5. Entry into the *Disneyland*® Resort constitutes consent for Disney to use any film, video or reproduction of image and/or voice of a Passholder for any purpose whatsoever without any payment to the Passholder. Disney is not responsible for lost or stolen Passes or property. A Passholder must abide by any rules and regulations applicable to the *Disneyland*® Resort or to the use of the Passes as promulgated by Disney from time to time.
6. It is agreed between the owners of the *Disneyland*® Resort and each Passholder that all claims for injury or loss arising incident to the Passholder's presence at the *Disneyland*® Resort shall be litigated in Orange County, California.
7. Disney reserves the right to cancel, suspend or revoke any Pass or deny theme park admission to any Passholder at any time for any reason. Disney reserves the right to require a Passholder to leave the *Disneyland*® Resort premises if they are (i) not properly complying with any health, safety or other requirements of the *Disneyland*® Resort, (ii) using profanity or offensive language towards Disney Cast Members or other Guests and/or (iii) violating any other park rules.

**PARKING:** The parking benefit, as applicable, is subject to availability. Passholders who hold Passes that do not currently have the parking benefit may not purchase the parking benefit as an add-on entitlement to their Pass. Subject to the Pass type, the parking benefit is valid for parking, or for discounted parking, for one (1) standard vehicle only at pay-on-entry lots at the *Disneyland*® Resort. Oversized vehicles, preferred parking spaces and valet services are not included in this parking benefit and will require an additional fee. Parking is not guaranteed, and is subject to capacity and applicable Pass blockout dates (i.e., a Pass is not valid for parking on a date for which such Pass is blocked out). Passholder must be in vehicle and present valid Pass at time of entry to receive the parking benefit. Further photo identification may be required. The parking benefit will expire when the Pass it is associated with expires. The parking benefit is nonrefundable, nontransferable and may not be redeemed for cash or credit.

**PASS TYPE AVAILABILITY:** Pass types are limited in quantity, and not all Pass types may be available at any given time. Please check for Pass type availability before attempting to upgrade into a Pass.

**UPGRADES:** A Guest wishing to upgrade to a Pass from another form of eligible *Disneyland*® Resort theme park admission media must upgrade on the same day in which the original form of theme park admission media is valid, and must choose a Pass of equal or greater value than the retail price of the original theme park admission media when it was purchased. The difference in prices must be paid in full at the time of the upgrade. If an upgrade to a Pass is made from a multi-day ticket, the Pass will be backdated to begin on the first day that such ticket was used; if an upgrade to a Pass is made from a lower level Pass, the new Pass will have the same expiration date as the original Pass. Each guest wishing to upgrade their theme park admission media to a Pass must be present at the time of the upgrade transaction. Fully used, or partially used and expired, theme park admission media, complimentary ticket media, special event ticket media and ticket media stating its ineligibility for an upgrade may not be upgraded to a Pass. Upgrades are subject to Pass availability. Downgrades are not allowed.

**RENEWALS:** The value of any separate ticket media may not be used toward the renewal of an existing Pass. A "renewal" is the purchase of another year (or specified period of the Pass if different than a year) of Pass benefits before the expiration date of a currently existing and valid Pass. All Pass types are available for renewal unless explicitly stated otherwise. Any renewal discounts are valid during the dates specified for such discounts, but in no event shall such discounts apply after the applicable current Pass's expiration date.

Schoenfeld Decl. Ex. A
Page 6

**BENEFITS/DISCOUNTS:** A Passholder must present his/her valid Pass and valid photo identification prior to purchases to receive any applicable benefits and discounts. Further identification may be required. Benefits and discounts are nontransferable, revocable, subject to exclusions, restrictions, and change or cancellation without notice, and may not be combined with any other offer or promotion. Such benefits and discounts are for personal use only and may not be used for any commercial purpose or for the benefit of others including, without limitation, to obtain or purchase items or services with the intent to resell such items or services, or to share benefits with persons who are not the Passholder. Benefits and discounts are valid at select *Disneyland*® Resort owned and operated stores and locations as solely determined by Disney. Merchandise discounts at Disney owned and operated locations are not valid on certain items, including, without limitation: original or consignment art; select limited editions; select collectibles and specialty items (including, without limitation, one-of-a-kind art, Disney-branded original art, celebrity memorabilia, framed Disney Dollars, framed Disney Gift Cards, framed ticket media, Artist Sketch Program (original art), Walt Disney Classics Collection, handmade products (physically touched by an artist/vendor), and artist-signed Vinylmation); cameras (digital/video/disposable and film); sundries; tobacco; alcohol; newspapers/periodicals; books; personalization; selection print packages and any online purchases from Disney *PhotoPass*® service; outdoor vending (e.g., balloon vendors, glow vendors); postage stamps; rentals (e.g., strollers, ECV); pantry/prepared foods; kitchen products, electronics (MP3 players/video players/video games/CDs/DVDs/Blu-ray™ disks/videos/software media); treatments and cosmetics; Swarovski Crystal; national-branded fragrances, selected specialized toys, select product launches, select premium branded items, select reusable shopping bags, special orders; purchase-with-purchase offers; gift cards; gift certificates; Park admission; ticket media; arcades; previous purchases; shipping or taxes, or on phone, email, online or mail order purchases. Dining discounts at select *Disneyland*® Resort owned and operated restaurants and locations and are not valid on alcoholic beverages, tobacco products, room service, holiday banquet buffets, select food and beverage novelty merchandise, previous purchases, taxes or gratuities. From time to time, select third parties may also offer discounts/benefits to Passholders and such offers shall be solely the responsibility of such third parties without any liability to Disney or its affiliates. Please ask about any applicable discounts at a location prior to purchase. Benefits and discounts are determined solely by Disney or the applicable location/store owner and may change without notice.

**COMMUNICATIONS:** As a member of the *Disneyland*® Resort Magic Key program, a Passholder will be eligible to receive periodic mailers and newsletters and other communications about the *Disneyland*® Resort, other Disney affiliated products and services and select unaffiliated, third party Passholder offers, including information about events, products, opportunities, services and special offers and discounts available to Passholders. These communications may be sent by various channels including by email, based on the permissions provided by you. You may choose not to receive these email communications by logging into your Disney account at https://privacychoices.thewaltdisneycompany.com/en-US and changing your email preferences. Please be aware that if you do not allow us to send you certain communications, we may not be able to deliver information to you about special Passholder events and opportunities, or about products and services that may be available to Passholders.

**ADDRESS CHANGE:** Please report a change in your address immediately to the *Disneyland*® Resort Magic Key Program. Changes can be made by calling the Magic Key Membership Services line at (714) 781-7277.

**PHYSICAL PASS CARDS:** A Passholder may request a paper Pass card at a *Disneyland*® Resort Main Entrance ticket booth. A non-refundable fee of twenty dollars ($20.00) may be required to obtain or replace a paper Pass card. Minors must be accompanied by a parent or guardian to receive a printed paper Pass card.

*All terms, conditions and benefits including, but not limited to, admission privileges, blockout dates, prices, Pass type availability, parking locations, benefits and discounts are subject to restrictions, availability, and change or cancellation without notice at any time.*