| | |
|---|---|
| 1 | DAVID C. MARCUS (CA Bar No. 158704) |
| 2 | (Email: david.marcus@wilmerhale.com) |
|   | WILMER CUTLER PICKERING |
| 3 |     HALE AND DORR LLP |
|   | 350 South Grand Avenue, Suite 2400 |
| 4 | Los Angeles, California 90071 |
| 5 | Telephone: (213) 443-5312 |
|   | Facsimile: (213) 443-5400 |
| 6 | |
| 7 | *Attorneys for Defendant* |
|   | *Walt Disney Parks and Resorts U.S., Inc.* |
| 8 | |
|   | (additional counsel listed below) |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENALE NIELSEN, individually and on behalf of all others similarly situated, | | Case No.: 8:21-CV-02055-DOC-ADS |
| Plaintiff, | | **DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** |
| v. | | |
| WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 25, inclusive, | | |
| Defendants. | | Date: March 14, 2022 |
| | | Time: 8:30 a.m. |
| | | Judge: Honorable David O. Carter |
| | | Courtroom: 9D |
| | | |
| | | First Amended Complaint Served: February 4, 2022 |
| | | Current Response Date: February 18, 2022 |
| | | New Response Date: March 4, 2022 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055-DOC-ADS

ALAN SCHOENFELD (*admitted pro hac vice*)
(Email: alan.schoenfeld@wilmerhale.com)
RYAN CHABOT (*admitted pro hac vice*)
(Email: ryan.chabot@wilmerhale.com)
WILMER CUTLER PICKERING
      HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

MARGARITA BOTERO (*admitted pro hac vice*)
(Email: margarita.botero@wilmerhale.com)
WILMER CUTLER PICKERING
      HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3130
Facsimile: (720) 274-3133

*Attorneys for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055-DOC-ADS

1    Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Walt Disney Parks and Resorts U.S., Inc. ("WDPR") will and hereby does move this Court for a two-week extension of time in which to respond to Plaintiff Jenale Nielsen's First Amended Complaint. ECF No. 23. In support, WDPR states the following:

1. On November 9, 2021, Nielsen filed a putative class action complaint against WDPR captioned *Jenale Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 30-2021-01230857-CU-BT-CXC, in the Superior Court of California in the County of Orange.

2. On November 15, 2021, Nielsen served WDPR with the complaint and summons.

3. On December 15, 2021, prior to filing an answer or other response to the complaint in state court, WDPR timely removed to this Court, pursuant to 28 U.S.C. § 1446(b).

4. On January 21, 2022, WDPR moved to dismiss Nielsen's complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction and pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. ECF No. 20.

5. On February 4, 2022, Nielsen filed a First Amended Complaint. ECF No. 23.

6. Pursuant to Federal Rule of Civil Procedure 15(a)(3), WDPR's deadline to respond to Nielsen's First Amended Complaint is February 18, 2022.

7. Pursuant to Local Rule 7-3, on February 9, 2022, WDPR's counsel conferred with Nielsen's counsel via email regarding WDPR's plan to seek a two-week extension of time to respond to the First Amended Complaint, to March 4,

3

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055-DOC-ADS

1  2022.  Nielsen's counsel advised that Nielsen does not oppose the extension
2  request.
3     8.   Pursuant to Federal Rule of Civil Procedure 6(b), a Court may order
4  an extension of deadlines for "good cause."
5     9.   WDPR requests an extension to provide for sufficient time to evaluate
6  the new allegations in the First Amended Complaint and prepare its response due
7  to previously scheduled work and personal commitments.  WDPR therefore
8  respectfully submits that good cause exists for the short extension sought here.
9     10.  The only prior scheduling modification in this case was a stipulation
10 pursuant to Local Rule 8-3 extending WDPR's deadline to respond to Nielsen's
11 original Complaint by thirty days.  ECF No. 5.
12    Therefore, WDPR respectfully requests a two-week extension of time to file
13 a response to Nielsen's First Amended Complaint, to March 4, 2022.

Respectfully submitted,

Dated: February 11, 2022

/s/ David C. Marcus
DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

ALAN SCHOENFELD (*admitted pro hac vice*)
(Email: alan.schoenfeld@wilmerhale.com)
RYAN CHABOT (*admitted pro hac vice*)
(Email: ryan.chabot@wilmerhale.com)
WILMER CUTLER PICKERING

4

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055-DOC-ADS

HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

MARGARITA BOTERO (*admitted pro hac vice*)
(Email: margarita.botero@wilmerhale.com)
WILMER CUTLER PICKERING
     HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3130
Facsimile: (720) 274-3133

*Attorneys for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055-DOC-ADS