# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.: 8:21-CV-02055-DOC-ADS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Date: March 14, 2022<br>Time: 8:30 a.m.<br>Judge: Honorable David O. Carter<br>Courtroom: 9D<br><br>First Amended Complaint Served: February 4, 2022<br>Current Response Date: February 18, 2022<br>New Response Date: March 4, 2022 |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**

*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055-DOC-ADS

1  Now before the Court is Defendant Walt Disney Parks and Resorts U.S.,
2  Inc.'s Unopposed Motion for Extension of Time to Respond to the First Amended
3  Complaint.
4  The Court, having considered the motion and for good cause shown,
5  **HEREBY ORDERS** that Defendant Walt Disney Parks and Resorts U.S.,
6  Inc.'s Unopposed Motion for Extension of Time to Respond to the First Amended
7  Complaint is GRANTED.
8  ACCORDINGLY, Defendant's response to the First Amended Complaint
9  will be due on March 4, 2022.

Date: _____        _____
                                    Honorable David O. Carter
                                    U.S. District Judge

2

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055-DOC-ADS