UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>　　v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 25, inclusive,<br>　　　　Defendants. | Case No.: 8:21-CV-02055-DOC-ADS<br><br>**ORDER GRANTING DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT [24]**<br><br>Date: March 14, 2022<br>Time: 8:30 a.m.<br>Judge: Honorable David O. Carter<br>Courtroom: 9D<br><br>First Amended Complaint Served: February 4, 2022<br>Current Response Date: February 18, 2022<br>New Response Date: March 4, 2022 |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055-DOC-ADS

1  Now before the Court is Defendant Walt Disney Parks and Resorts U.S., Inc.'s Unopposed Motion for Extension of Time to Respond to the First Amended Complaint.

The Court, having considered the motion and for good cause shown,

**HEREBY ORDERS** that Defendant Walt Disney Parks and Resorts U.S., Inc.'s Unopposed Motion for Extension of Time to Respond to the First Amended Complaint is GRANTED.

ACCORDINGLY, Defendant's response to the First Amended Complaint will be due on March 4, 2022.

Date:   February 15, 2022

*/s/ David O. Carter*
Honorable David O. Carter
U.S. District Judge

---

2

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**