DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

*Attorneys for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

*(additional counsel listed below)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 8:21-cv-02055-DOC-ADS<br><br>**DECLARATION OF ALAN SCHOENFELD IN SUPPORT OF WALT DISNEY PARKS AND RESORTS U.S., INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Hearing Date: April 4, 2022<br>Time: 8:30 a.m.<br>Judge: Honorable David O. Carter<br>Courtroom: 9D |

**DECLARATION OF ALAN SCHOENFELD**
**IN SUPPORT OF MOTION TO DISMISS**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, No. 8:21-cv-02055

ALAN SCHOENFELD (*admitted pro hac vice*)
(Email: alan.schoenfeld@wilmerhale.com)
RYAN CHABOT (*admitted pro hac vice*)
(Email: ryan.chabot@wilmerhale.com)
WILMER CUTLER PICKERING
        HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

MARGARITA BOTERO (*admitted pro hac vice*)
(Email: margarita.botero@wilmerhale.com)
WILMER CUTLER PICKERING
        HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3130
Facsimile: (720) 274-3133

*Attorneys for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

2

**DECLARATION OF ALAN SCHOENFELD**
**IN SUPPORT OF MOTION TO DISMISS**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, No. 8:21-cv-02055

I, Alan Schoenfeld, declare as follows:

1.      I am an attorney at law, duly authorized to practice before all courts of the State of New York, the State of New Jersey, and the District of Columbia. I was admitted *pro hac vice* to practice before this Court on January 13, 2022. I make this declaration about matters of which I have personal knowledge and about which I would and could testify competently if called to do so.

2.      I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel of record for Defendant Walt Disney Parks and Resorts U.S., Inc. in the above-captioned action.

3.      Attached as **Exhibit A** is a true and correct copy of the webpage entitled "*Disneyland*® Resort Magic Key Terms and Conditions" on the Disneyland website, which I accessed on February 28, 2022, at https://disneyland.disney.go.com/magic-key-terms-conditions/.

4.      Attached as **Exhibit B** is a true and correct copy of the letter sent by Plaintiff Jenale Nielsen to Defendant Walt Disney Parks and Resorts U.S., Inc. pursuant to California Code of Civil Procedure 1782(a) on December 20, 2021.

     I declare under penalty of perjury that the foregoing is true and correct.

   Executed on March 4, 2022                */s/ Alan Schoenfeld*

                                            Alan Schoenfeld

3

**DECLARATION OF ALAN SCHOENFELD**
**IN SUPPORT OF MOTION TO DISMISS**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, No. 8:21-cv-02055