# EXHIBIT B

December 20, 2021

*Via Registered Mail, Return Receipt Requested*

Walt Disney Parks and Resorts U.S., Inc.
1313 S. Harbor Boulevard
Anaheim, CA 92802

To Whom It May Concern:

I am a longtime Walt Disney Parks and Resorts U.S., Inc. customer ("Disney"). I enjoy visiting Disney's theme parks located in Anaheim. In September 2021, I researched Disney's Magic Key program. My research included reviewing the attached advertisement that I found on Disney's website. On September 23, 2021, I purchased a Dream Key for $1,399.00.

After I purchased my Dream Key, I attempted to use it to make reservations to visit Disneyland. I was, however, disappointed to learn that Disney had already blocked out many days, including all weekend days in the month of November 2021. Specifically, on or about October 19, 2021, I attempted to use my Dream Key to obtain an admission ticket to Disneyland in November 2021. The Disney reservation website informed me that a total of seventeen days in November, including all weekend days, were unavailable to Dream Key pass holders.

Given that Disney had advertised and promised that there would be no "blockouts" for Dream Key holders, I was surprised. As a frequent Disneyland visitor, I thought it unlikely that all tickets and/or reservations for both Disneyland and California Adventures had already been sold for seventeen of the thirty calendar days in November 2021. I explored further. I navigated to the section of the Disney website where consumers can purchase single day passes to Disneyland and California Adventures. That portion of the website revealed that, in fact, as of October 19, 2021, neither park had sold all of its tickets and/or reservations for any single day in November 2021. My experience was inconsistent with the advertising which promised that a Dream Key would not be subject to blockouts.

I believe that Disney's advertising of the Dream Key passes violates sections 1770(a)(5), 1770(a)(9), and 1770(a)(10) of the California Code of Civil Procedure.

I am writing pursuant to California Code of Civil Procedure Section 1782(a) to demand that Disney correct, repair, replace, or otherwise rectify this situation by providing me with a Dream Key pass that is not subject to blockouts as promised in the advertising that I relied upon when I purchased my dream key.

Sincerely,

*Jenale Nielsen*

Jenale Nielsen

# EXHIBIT A

# Dream Key Pass
## No Blockout dates

Total
**$1,399⁰⁰**

- Reservation-based admission to one or both theme parks every day of the year
- Theme park reservations can be made up to 90 days in advance. This pass can hold up to 6 park reservations at a time on a rolling basis during any 90-day window, subject to restrictions.
- Park reservations are subject to availability and are not guaranteed for any specific dates or park
- Up to 15% off select dining
- Up to 20% off select merchandise in store
- Standard theme park parking included*

📅 No Blockout Dates
Admission is not guaranteed and is subject to capacity and other closures.