1
2
3
4
5
6
7
8

9

**UNITED STATES DISTRICT COURT**

10

**CENTRAL DISTRICT OF CALIFORNIA**

11

12

JENALE NIELSEN, individually and on behalf of all others similarly situated,

13

Plaintiff,

14

v.

15

16

WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 25, inclusive,

17

18

Defendants.

19

20

Case No. 8:21-cv-02055-DOC-ADS

**[PROPOSED] ORDER GRANTING WALT DISNEY PARKS AND RESORTS U.S., INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

Hearing Date: April 4, 2022
Time: 8:30 a.m.
Judge: Honorable David O. Carter
Courtroom: 9D

21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, No. 8:21-cv-02055

Now before the Court is Defendant Walt Disney Parks and Resorts U.S., Inc.'s Motion to Dismiss the First Amended Class Action Complaint filed by Plaintiff Jenale Nielsen (ECF No. 23) pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction and Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

Having considered the papers submitted and arguments presented,

**IT IS HEREBY ORDERED**:

that the Motion to Dismiss the First Amended Class Action Complaint is GRANTED; and

that the First Amended Class Action Complaint is dismissed with prejudice and without leave to amend.

Dated:_____

_____
Honorable David O. Carter
U.S. District Judge

2

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, No. 8:21-cv-02055