DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

*Attorney for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

*(additional counsel listed below)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>  v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 25, inclusive,<br>    Defendants. | Case No.: 8:21-CV-02055-DOC-ADS<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable David O. Carter |

ALAN SCHOENFELD (*admitted pro hac vice*)
(Email: alan.schoenfeld@wilmerhale.com)
RYAN CHABOT (*admitted pro hac vice*)
(Email: ryan.chabot@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

MARGARITA BOTERO (*admitted pro hac vice*)
(Email: margarita.botero@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3130
Facsimile: (720) 274-3133

*Attorneys for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

DANIEL J. MULLER (CA Bar No. 193396)
dmuller@venturahersey.com
ANTHONY F. VENTURA (CA Bar No. 191107)
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Fax: (408) 512-3023

*Attorneys for Plaintiff Jenale Nielsen*

2

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055

Defendant Walt Disney Parks and Resorts U.S., Inc. ("WDPR") and Plaintiff Jenale Nielsen hereby stipulate that:

WHEREAS, a Case Management Conference in the above-referenced action is scheduled for March 28, 2022 at 8:30 a.m. [ECF No. 19];

WHEREAS, WDPR moved to dismiss Nielsen's First Amended Complaint on March 4, 2022 [ECF No. 27];

WHEREAS, a hearing on WDPR's motion to dismiss is set for April 4, 2022 at 8:30 a.m. [ECF No. 27];

WHEREAS, all hearings are being held in person in the Courtroom of the Honorable David O. Carter, Courtroom 10A of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, CA, 92701-4516;

WHEREAS, in the interest of efficiency, and of judicial and party economy, the parties respectfully request to continue the Case Management Conference to the same day counsel are set to appear in person for a hearing on WDPR's motion to dismiss;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the parties, subject to approval of the Court, that the Case Management Conference shall be continued from March 28, 2022, at 8:30 a.m. to <u>April 4, 2022, at 8:30 a.m.</u>

Respectfully submitted,

Dated: March 21, 2022

/s/ David C. Marcus
DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP

3

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055

|   |   |
|---|---|
| 1 | 350 South Grand Avenue, Suite 2400 |
| 2 | Los Angeles, California 90071 |
|   | Telephone: (213) 443-5312 |
| 3 | Facsimile: (213) 443-5400 |
| 4 |   |
|   | ALAN SCHOENFELD (*admitted pro hac vice*) |
| 5 | (Email: alan.schoenfeld@wilmerhale.com) |
|   | RYAN CHABOT (*admitted pro hac vice*) |
| 6 | (Email: ryan.chabot@wilmerhale.com) |
| 7 | WILMER CUTLER PICKERING |
|   |     HALE AND DORR LLP |
| 8 | 7 World Trade Center |
|   | 250 Greenwich Street |
| 9 | New York, NY 10007 |
| 10 | Telephone: (212) 937-7294 |
|   | Facsimile: (212) 230-8888 |
| 11 |   |
| 12 | MARGARITA BOTERO (*admitted pro hac vice*) |
| 13 | (Email: margarita.botero@wilmerhale.com) |
|   | WILMER CUTLER PICKERING |
| 14 |     HALE AND DORR LLP |
| 15 | 1225 Seventeenth Street, Suite 2600 |
|   | Denver, CO 80202 |
| 16 | Telephone: (720) 274-3130 |
| 17 | Facsimile: (720) 274-3133 |
| 18 |   |
|   | *Attorneys for Defendant* |
| 19 | *Walt Disney Parks and Resorts U.S., Inc.* |
| 20 |   |
|   | /s/ Daniel J. Muller |
| 21 | Dated: March 21, 2022    DANIEL J. MULLER (CA Bar No. 193396) |
| 22 | dmuller@venturahersey.com |
|   | ANTHONY F. VENTURA (CA Bar No. 191107) |
| 23 | aventura@venturahersey.com |
| 24 | VENTURA HERSEY & MULLER, LLP |
|   | 1506 Hamilton Avenue |
| 25 | San Jose, California 95125 |
| 26 | Telephone: (408) 512-3022 |

4

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055

Fax: (408) 512-3023

*Attorneys for Plaintiff Jenale Nielsen*

## ATTESTATION

I, David C. Marcus, attest that all other signatures listed, and on whose behalf the filing is submitted, concur with the filing's contents and have authorized the filing.

/s/ David C. Marcus
DAVID C. MARCUS

5

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055