# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br>     v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 25, inclusive,<br>           Defendants. | Case No.: 8:21-CV-02055-DOC-ADS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable David O. Carter |

1    Now before the Court is the parties' Joint Stipulation to Continue the Case
2    Management Conference currently set for March 28, 2022, at 8:30 a.m. The Court,
3    having considered the Joint Stipulation and for good cause shown,
4    **HEREBY ORDERS** that the Case Management Conference is continued to
5    April 4, 2022 at 8:30 a.m.

7    Dated:_____

                                        _____
8                                       Honorable David O. Carter
                                        U.S. District Judge

2

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055