| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 25, inclusive,<br>Defendants. | Case No.: 8:21-CV-02055-DOC-ADS<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable David O. Carter |

Now before the Court is the parties' Joint Stipulation to Continue the Case Management Conference currently set for March 28, 2022, at 8:30 a.m. The Court, having considered the Joint Stipulation and for good cause shown,

**HEREBY ORDERS** that the Case Management Conference is continued to April 4, 2022 at 8:30 a.m.

Dated: March 22, 2022

*David O. Carter*
Honorable David O. Carter
U.S. District Judge