# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN<br><br>Plaintiff(s),<br><br>v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:21−cv−02055−DOC−ADS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __5/6/2022__

Document Number(s):   __38__

Title of Document(s):   __Second Amended Class Action Complaint__

**ERROR(S) WITH DOCUMENT:**

Local Rule 19−1 Complaint/Petition includes more than 10 Does or fictitiously named parties.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  May 9, 2022          By:   _/s/ Trina Debose  trina_debose@cacd.uscourts.gov_
                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

   Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.