# EXHIBIT A

# Dream Key Pass

No Blockout dates

Total
**$1,399.00**

- Reservation-based admission to one or both theme parks every day of the year
- Theme park reservations can be made up to 90 days in advance. This pass can hold up to 6 park reservations at a time on a rolling basis during any 90-day window, subject to restrictions.
- Park reservations are subject to availability and are not guaranteed for any specific dates or park
- Up to 15% off select dining
- Up to 20% off select merchandise in store
- Standard theme park parking included*

📅 No Blockout Dates
Admission is not guaranteed and is subject to capacity and other closures.