DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
      HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

*Attorneys for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

*(additional counsel listed below)*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>   v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 10, inclusive,<br>          Defendants. | Case No.: 8:21-CV-02055-DOC-ADS<br><br>**JOINT STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable David O. Carter |

**JOINT STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055

1  ALAN SCHOENFELD (*admitted pro hac vice*)
   (Email: alan.schoenfeld@wilmerhale.com)
2  RYAN CHABOT (*admitted pro hac vice*)
   (Email: ryan.chabot@wilmerhale.com)
3  WILMER CUTLER PICKERING
4         HALE AND DORR LLP
5  7 World Trade Center
   250 Greenwich Street
6  New York, NY 10007
7  Telephone: (212) 937-7294
   Facsimile: (212) 230-8888
8
9  MARGARITA BOTERO (*admitted pro hac vice*)
   (Email: margarita.botero@wilmerhale.com)
10 WILMER CUTLER PICKERING
11        HALE AND DORR LLP
12 1225 Seventeenth Street, Suite 2600
   Denver, CO 80202
13 Telephone: (720) 274-3130
   Facsimile: (720) 274-3133
14
15 *Attorneys for Defendant*
   *Walt Disney Parks and Resorts U.S., Inc.*
16
17 DANIEL J. MULLER (CA Bar No. 193396)
   dmuller@venturahersey.com
18 ANTHONY F. VENTURA (CA Bar No. 191107)
   aventura@venturahersey.com
19 VENTURA HERSEY & MULLER, LLP
20 1506 Hamilton Avenue
   San Jose, California 95125
21 Telephone: (408) 512-3022
   Fax: (408) 512-3023
22
23
   *Attorneys for Plaintiff Jenale Nielsen*
24
25
26
                          2
27 **JOINT STIPULATION TO ADJOURN CASE MANAGEMENT**
                     **CONFERENCE**
28 *Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055

Defendant Walt Disney Parks and Resorts U.S., Inc. ("WDPR") and Plaintiff Jenale Nielsen hereby stipulate that:

WHEREAS, the Court granted in part and denied in part WDPR's motion to dismiss Nielsen's First Amended Complaint [ECF No. 35];

WHEREAS, Nielsen filed a Second Amended Complaint against WDPR on May 10, 2022 [ECF No. 41];

WHEREAS, WDPR filed an answer to Nielsen's Second Amended Complaint on May 20, 2022 [ECF No. 42];

WHEREAS, the Court scheduled a Case Management Conference in the above-referenced action for June 21, 2022 at 8:30 a.m. [ECF No. 37];

WHEREAS, counsel for the parties have met and conferred on a schedule for the case;

WHEREAS, the parties have submitted a Rule 26(f) Report containing specific dates for discovery, class certification, and trial that have been agreed upon by both parties;

WHEREAS, the parties respectfully submit that there are no further matters to be addressed at a Case Management Conference at this time;

WHEREAS, in the interests of efficiency and of judicial and party economy, the parties respectfully request to adjourn the Case Management Conference;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the parties, subject to approval of the Court, that the Case Management Conference currently set for June 21, 2022, at 8:30 a.m. shall be adjourned *sine die* and taken off the Court's calendar.

3

**JOINT STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055

Respectfully submitted,

Dated: June 7, 2022

/s/ *David C. Marcus*
DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
     HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

ALAN SCHOENFELD (*admitted pro hac vice*)
(Email: alan.schoenfeld@wilmerhale.com)
RYAN CHABOT (*admitted pro hac vice*)
(Email: ryan.chabot@wilmerhale.com)
WILMER CUTLER PICKERING
     HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

MARGARITA BOTERO (*admitted pro hac vice*)
(Email: margarita.botero@wilmerhale.com)
WILMER CUTLER PICKERING
     HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3130
Facsimile: (720) 274-3133

*Attorneys for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

4

**JOINT STIPULATION TO ADJOURN CASE MANAGEMENT
CONFERENCE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055

Dated: June 7, 2022

/s/ *Daniel J. Muller*
DANIEL J. MULLER (CA Bar No. 193396)
dmuller@venturahersey.com
ANTHONY F. VENTURA (CA Bar No. 191107)
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Fax: (408) 512-3023

*Attorneys for Plaintiff Jenale Nielsen*

## ATTESTATION

I, David C. Marcus, attest that all other signatures listed, and on whose behalf the filing is submitted, concur with the filing's contents and have authorized the filing.

/s/ *David C. Marcus*
DAVID C. MARCUS

5

**JOINT STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055