1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JENALE NIELSEN, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>     v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 10, inclusive,<br>          Defendants. | Case No.: 8:21-CV-02055-DOC-ADS<br><br>**ORDER DENYING JOINT STIPULATION TO ADJOURN CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable David O. Carter |

Now before the Court is the parties' Joint Stipulation to Adjourn the Case Management Conference currently set for June 21, 2022 at 8:30 a.m. The Court, having considered the Joint Stipulation and for good cause shown,

**HEREBY DENIES** the parties' request that the Case Management Conference is adjourned *sine die* and shall be taken off the Court's calendar. The Case Management Conference will proceed as scheduled.

Dated: June 13, 2022

Honorable David O. Carter
U.S. District Judge

2