# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: SA CV 21-02055-DOC-(ADSx)                     Date: June 21, 2022

Title:  Jenale Nielsen v. Walt Disney Parks and Resorts U.S., Inc. et al.

PRESENT:   THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Daniel Muller | David Marcus |
|  | Alan Schoenfeld |

**PROCEEDINGS:**      **SCHEDULING CONFERENCE**

The case is called. The Court and counsel confer.

The Court's scheduling order to issue.

:      07

Initials of Deputy Clerk: kdu