DANIEL J. MULLER, SBN 193396
dmuller@venturahersey.com
ANTHONY F. VENTURA, SBN 191107
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023

Nickolas J. Hagman (*pro hac vice admission anticipated*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485

Bryan L. Clobes (*pro hac vice admission anticipated*)
bclobes@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
205 N. Monroe St.
Media, Pennsylvania 19063
Telephone: (215) 864-2800

Attorneys for Plaintiff Jenale Nielsen &
the Proposed Class

(additional counsel listed below)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., Inc., a Florida Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-02055-DOC-ADS<br><br>**JOINT REPORT ON SELECTION OF MEDIATOR** |

**JOINT REPORT ON SELECTION OF MEDIATOR**

-1-

1 DAVID C. MARCUS (CA Bar No. 158704)
2 (Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
3       HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
4 Los Angeles, California 90071
Telephone: (213) 443-5312
5 Facsimile: (213) 443-5400

6 ALAN SCHOENFELD (*admitted pro hac vice*)
(Email: alan.schoenfeld@wilmerhale.com)
7 RYAN CHABOT (*admitted pro hac vice*)
(Email: ryan.chabot@wilmerhale.com)
8 WILMER CUTLER PICKERING
      HALE AND DORR LLP
9 7 World Trade Center
10 250 Greenwich Street
New York, NY 10007
11 Telephone: (212) 937-7294
Facsimile: (212) 230-8888
12

13 MARGARITA BOTERO (*admitted pro hac vice*)
(Email: margarita.botero@wilmerhale.com)
14 WILMER CUTLER PICKERING
       HALE AND DORR LLP
15 1225 Seventeenth Street, Suite 2600
Denver, CO 80202
16 Telephone: (720) 274-3130
Facsimile: (720) 274-3133
17

18
*Attorneys for Defendant*
19 *Walt Disney Parks and Resorts U.S., Inc.*

20

21

22

23

24

25

26

27

28

**JOINT REPORT ON SELECTION OF MEDIATOR**

Plaintiff Jenale Nielsen ("Plaintiff") and Defendant Walt Disney Parks and Resorts, U.S. Inc. ("Defendant") hereby jointly submit this report on the selection of a mediator pursuant to the Court's June 23, 2022 Scheduling Order (ECF 51):

1. On July 13, 2022, Plaintiff and Defendant agreed to select the Hon. Suzanne H. Segal (Ret.) of Signature Resolution as a potential mediator in this action.

2. On the same day, counsel for Defendant confirmed with Judge Segal's office that she is available to serve as a mediator in this action.

3. In the event that Judge Segal is unable or unwilling to serve as a mediator in this action, the Parties will continue to meet and confer regarding alternative mediator selections.

Respectfully submitted,

Dated: July 14, 2022

/s/
DANIEL J. MULLER (CA Bar No. 193396)
dmuller@venturahersey.com
ANTHONY F. VENTURA (CA Bar No. 191107)
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Fax: (408) 512-3023

Nickolas J. Hagman (pro hac vice admission anticipated)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone:   (312) 782-4880
Facsimile:   (312) 782-4485

Bryan L. Clobes (pro hac vice admission anticipated)
bclobes@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
205 N. Monroe St.
Media, Pennsylvania 19063
Telephone:   (215) 864-2800

Attorneys for Plaintiff Jenale Nielsen

| | |
|---|---|
| Dated: July 14, 2022 | /s/ _____<br>DAVID C. MARCUS (CA Bar No. 158704)<br>(Email: david.marcus@wilmerhale.com)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, California 90071<br>Telephone: (213) 443-5312<br>Facsimile: (213) 443-5400<br><br>ALAN SCHOENFELD (*admitted pro hac vice*)<br>(Email: alan.schoenfeld@wilmerhale.com )<br>RYAN CHABOT (*admitted pro hac vice*)<br>(Email: ryan.chabot@wilmerhale.com)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 937-7294<br>Facsimile: (212) 230-8888<br><br>MARGARITA BOTERO (*admitted pro hac vice*)<br>(Email: margarita.botero@wilmerhale.com )<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>1225 Seventeenth Street, Suite 2600<br>Denver, CO 80202<br>Telephone: (720) 274-3130<br>Facsimile: (720) 274-3133<br><br>*Attorneys for Defendant*<br>*Walt Disney Parks and Resorts U.S., Inc.* |