Daniel J. Muller (SBN 193396)
dmuller@venturahersey.com
Ventura Hersey & Muller, LLP
1506 Hamilton Avenue
San Jose, California  95125
Ph.: 408-512-3022

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN,<br><br>                                    Plaintiff(s)<br>v.<br><br>WALT DISNEY PARKS AND RESORTS, US., INC., et al.<br><br>                                    Defendant(s). | CASE NUMBER<br><br>8:21-cv-02055-DOC-ADS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hagman, Nickolas J.          of     CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP
*Applicant's Name (Last Name, First Name & Middle Initial*         135 S. LaSalle, Suite 3120
312-782-4880           312-782-4485                      Chicago, IL 60603
*Telephone Number*     *Fax Number*
nhagman@caffertyclobes.com
*E-Mail Address*                               *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff Jenale Nielsen, individually, and on behalf of all others similarly situated

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Muller, Daniel J.           of     VENTURA HERSEY & MULLER, LLP
*Designee's Name (Last Name, First Name & Middle Initial*         1506 Hamilton Avenue
193396              408-512-3022                San Jose, California  95125
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*     Ph.: 408-512-3022
dmuller@venturahersey.com
*E-Mail Address*                               *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:  ☐ for failure to pay the required fee.

   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

   ☐ for failure to complete Application: _____

   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** _____

                                            **U.S. District Judge/U.S. Magistrate Judge**