# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br>v.<br>WALT DISNEY PARKS AND RESORTS U.S., INC., et al.,<br>Defendant(s). | CASE NUMBER<br><br>8:2 l-cv-02055- DOC-ADS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [53, 55]** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hagman, Nickolas J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

312-782-4880          312-782-4485
*Telephone Number*      *Fax Number*

nhagman@caffertyclobes.com
*E-Mail Address*

of  Cafferty Clobes Meriwhether & Sprengel LLP
135 South LaSalle Street, Suite 3210
Chicago, Illinois 60603
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Jenale Nielsen, individually, and on behalf of all others similarly situated

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Rajesh, Pavithra
*Designee's Name (Last Name, First Name & Middle Initial)*

323055           (310) 201-9150        (310) 201-9160
*Designee's Cal. Bar No.*   *Telephone Number*    *Fax Number*

prajesh@glancylaw.com
*E-Mail Address*

of  Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: August 10, 2022**

*/s/ David O. Carter*

**Hon. David O. Carter, U.S. District Judge**