DANIEL J. MULLER, SBN 193396
dmuller@venturahersey.com
ANTHONY F. VENTURA, SBN 191107
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone:  (408) 512-3022
Facsimile:  (408) 512-3023

Nickolas J. Hagman (*admitted pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone:   (312) 782-4880
Facsimile:    (312) 782-4485

*Attorneys for Plaintiff Jenale Nielsen*

DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
      HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

(additional counsel listed below)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., Inc., a Florida Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  8:21-cv-02055-DOC-ADS<br><br>**JOINT STIPULATION REQUESTING A CHANGE IN SCHEDULED DATES**<br><br>Judge:  Hon. David O. Carter |

| | |
|---|---|
| 1 | ALAN SCHOENFELD (*admitted pro hac vice*) |
| | (Email: alan.schoenfeld@wilmerhale.com) |
| 2 | RYAN CHABOT (*admitted pro hac vice*) |
| | (Email: ryan.chabot@wilmerhale.com) |
| 3 | WILMER CUTLER PICKERING |
| |       HALE AND DORR LLP |
| 4 | 7 World Trade Center |
| 5 | 250 Greenwich Street |
| | New York, NY 10007 |
| 6 | Telephone: (212) 937-7294 |
| | Facsimile: (212) 230-8888 |
| 7 | |
| 8 | MARGARITA BOTERO (*admitted pro hac vice*) |
| | (Email: margarita.botero@wilmerhale.com) |
| 9 | WILMER CUTLER PICKERING |
| |       HALE AND DORR LLP |
| 10 | 1225 Seventeenth Street, Suite 2600 |
| | Denver, CO 80202 |
| 11 | Telephone: (720) 274-3130 |
| | Facsimile: (720) 274-3133 |
| 12 | |
| 13 | *Attorneys for Defendant* |
| 14 | *Walt Disney Parks and Resorts U.S., Inc.* |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**JOINT STIPULATION REQUESTING A CHANGE IN SCHEDULED DATES**

Plaintiff Jenale Nielsen ("Plaintiff") and Defendant Walt Disney Parks and Resorts U.S., Inc. ("Defendant") hereby jointly stipulate:

WHEREAS, the Court issued a Scheduling Order on June 23, 2022 (Doc. No. 51);

WHEREAS, after the issuance of the Scheduling Order, and pursuant to the Court Order/Referral to ADR (Doc. No. 49), the Parties selected Hon. Suzanne H. Segal (Ret.) of Signature Resolution to serve as mediator. The mediation has been scheduled for September 19, 2022;

WHEREAS, the Parties have been engaged in discovery in a cooperative manner with a focus on exchanging the information necessary for what the Parties anticipate will be a productive mediation;

WHEREAS, to focus on their mediation efforts, the Parties jointly request that the Court adjust the class certification motion deadlines set out in the Scheduling Order. The Parties agree that good cause exists for the schedule changes requested because the changes will allow them to pursue resolution of this case without having to spend the time and resources necessary to prepare and oppose the anticipated motion for class certification prior to exhausting their mediation efforts;

WHEREAS, the Parties are also requesting that the Court briefly extend the discovery cut-off date by two and a half weeks to accommodate the adjustment to the class certification motion schedule;

WHEREAS, the Parties are <u>not</u> requesting that the Court change the trial date.

//
//
//
//
//
//
//
//

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties, subject to approval of the Court, that certain case deadlines in the matter be adjusted as set out in the following table:

| Event | Current Date | Stip. New Date |
|---|---|---|
| Class certification motion filing date | 11/1/2022 | 1/24/2023 |
| Class certification opposition date | 12/2/2022 | 2/28/2023 |
| Class certification reply brief date | 12/23/2022 | 4/4/2023 |
| Class certification hearing | 1/9/2023 | 4/18/2023 |
| Discovery Cut-Off | 3/17/2023 | 4/4/2023 |

The Parties hereby respectfully request that the Court issue an order adjusting the Scheduling Order in accordance with the stipulated new dates set out above.

Respectfully submitted,

Dated: August 23, 2022

/s/
DANIEL J. MULLER (CA Bar No. 193396)
dmuller@venturahersey.com
ANTHONY F. VENTURA (CA Bar No. 191107)
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Fax: (408) 512-3023

Nickolas J. Hagman (admitted *pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone:    (312) 782-4880
Facsimile:    (312) 782-4485

Attorneys for Plaintiff Jenale Nielsen

| | | |
|---|---|---|
| 1 | Dated: August 23, 2022 | /s/ |
| 2 | | DAVID C. MARCUS (CA Bar No. 158704) |
| | | (Email: david.marcus@wilmerhale.com) |
| | | WILMER CUTLER PICKERING |
| 3 | |     HALE AND DORR LLP |
| | | 350 South Grand Avenue, Suite 2400 |
| 4 | | Los Angeles, California 90071 |
| 5 | | Telephone: (213) 443-5312 |
| | | Facsimile: (213) 443-5400 |

Dated: August 23, 2022

/s/
DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

ALAN SCHOENFELD (*admitted pro hac vice*)
(Email: alan.schoenfeld@wilmerhale.com )
RYAN CHABOT (*admitted pro hac vice*)
(Email: ryan.chabot@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

MARGARITA BOTERO (*admitted pro hac vice*)
(Email: margarita.botero@wilmerhale.com )
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3130
Facsimile: (720) 274-3133

*Attorneys for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

**JOINT STIPULATION REQUESTING A CHANGE IN SCHEDULED DATES**