1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>             Plaintiff,<br><br>        vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., Inc., a Florida Corporation, and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.: 8:21-cv-02055-DOC-ADS<br><br>**[PROPOSED] ORDER ADJUSTING SCHEDULED DATES**<br><br>Judge: Hon. David O. Carter |
|---|---|

1  Now before the Court if the Parties' Joint Stipulation Requesting A Change in Scheduled
2  Dates.  The Court, having considered the Joint Stipulation and for good cause shown, HEREBY
3  ORDERS that the Scheduling Order in this Case shall be modified as follows:

| Event | New Date |
|---|---|
| Class certification motion filing date | 1/24/2023 |
| Class certification opposition date | 2/28/2023 |
| Class certification reply brief date | 4/4/2023 |
| Class certification hearing | 4/18/2023 |
| Discovery Cut-Off | 4/4/2023 |

Dated: _____    _____
                                 Honorable David O. Carter
                                 U.S. District Judge

-1-

[PROPOSED] ORDER ADJUSTING SCHEDULED DATES