1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11

12  | JENALE NIELSEN, individually and on behalf of others similarly situated,

Case No.:  8:21-cv-02055-DOC-ADS

13

Plaintiff,

**ORDER ADJUSTING
SCHEDULED DATES**

14

vs.

Judge:  Hon. David O. Carter

15  | WALT DISNEY PARKS AND RESORTS
16  | U.S., Inc., a Florida Corporation, and DOES 1
through 10, inclusive,

17

Defendants.

18

19

20

21

22

23

24

25

26

27

28

1    Now before the Court if the Parties' Joint Stipulation Requesting A Change in Scheduled

2    Dates.  The Court, having considered the Joint Stipulation and for good cause shown, HEREBY

3    ORDERS that the Scheduling Order in this Case shall be modified as follows:

| Event | New Date |
|---|---|
| Class certification motion filing date | 1/24/2023 |
| Class certification opposition date | 2/28/2023 |
| Class certification reply brief date | 4/4/2023 |
| Class certification hearing | 4/18/2023 |
| Discovery Cut-Off | 4/4/2023 |

Dated:    September 2, 2022

_____
Honorable David O. Carter
U.S. District Judge

-1-