DANIEL J. MULLER, SBN 193396
dmuller@venturahersey.com
ANTHONY F. VENTURA, SBN 191107
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone:  (408) 512-3022
Facsimile:  (408) 512-3023

Nickolas J. Hagman (*admitted pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone:   (312) 782-4880
Facsimile:    (312) 782-4485

*Attorneys for Plaintiff Jenale Nielsen*

DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
       HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

(additional counsel listed below)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., Inc., a Florida Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | Case No.:  8:21-cv-02055-DOC-ADS<br><br>**APPLICATION FOR A TRIAL CONTINUANCE AND JOINT STIPULATION REGARDING SAME**<br><br>Judge:  Hon. David O. Carter |

ALAN SCHOENFELD (*admitted pro hac vice*)
(Email: alan.schoenfeld@wilmerhale.com)
RYAN CHABOT (*admitted pro hac vice*)
(Email: ryan.chabot@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

MARGARITA BOTERO (*admitted pro hac vice*)
(Email: margarita.botero@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3130
Facsimile: (720) 274-3133

*Attorneys for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

Plaintiff Jenale Nielsen ("Plaintiff") and Defendant Walt Disney Parks and Resorts U.S., Inc. ("Defendant") hereby jointly stipulate:

WHEREAS, the Court issued a Scheduling Order on June 23, 2022 (Doc. No. 51);

WHEREAS, the Court issued an *Order Adjusting Scheduled Dates* on September 9, 2022 (Doc. No. 58);

WHEREAS, the Parties participated in a mediation session with the Hon. Suzanne H. Segal (Ret.) of Signature Resolution on September 19, 2022, but were unable to resolve the matter;

WHEREAS, the Parties have engaged in document discovery and Plaintiff took a Rule 30(b)(6) deposition on November 18, 2022.  Plaintiff's deposition will be taken during the week of February 6, 2023;

WHEREAS, the current deadline for Plaintiff to file her class certification motion is January 24, 2023.  The parties request that the Court change the Motion to Certify deadline, along with all other deadlines, including the trial date, and propose the schedule set out below;

WHEREAS, this joint request is based, in part, on the personal circumstances of Nickolas J. Hagman.  Mr. Hagman is one of Plaintiff's principal lawyers in this case and he is primarily responsible for class certification proceedings.  In December, Mr. Hagman and his wife welcomed the birth of their son.  The baby, however, arrived four weeks early and complications from the premature birth caused Mr. Hagman to be absent from work for an extended period.  As a result of the missed time, Mr. Hagman requires additional time to allow him to complete his review of additional documents that Disney produced in November and January and continues to produce, and to work with Plaintiff's expert in order to draft, finalize and file Plaintiff's class certification motion and all supporting materials, including a damages expert report;

WHEREAS, the Parties have been diligently and cooperatively working to prepare this matter for trial.  They have worked together on the scheduling of depositions and the continuing production of documents and related meet and confer discussions concerning Plaintiff's discovery requests and Defendant's objections and responses, and do not currently anticipate any other issues arising that will cause future scheduling delays or the need for additional modifications.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties, subject to approval of the Court, that certain case deadlines in the matter be adjusted as follows:

| Event | Current Date | Stip. New Date |
|---|---|---|
| Class certification motion filing date | 1/24/2023 | 4/24/2023 |
| Class certification opposition date | 2/28/2023 | 5/31/2023 |
| Class certification reply brief date | 4/4/2023 | 7/7/2023 |
| Class certification hearing | 4/18/2023 | 7/28/2023 |
| Discovery Cutoff | 4/4/2023 | 4/4/2023 |
| Dispositive Motions | 5/15/2023 | 9/1/2023 |
| Final Pretrial Conference | 6/5/2023 | 10/2/2023 |
| Trial | 6/20/2023 | 10/16/2023 |

The Parties hereby respectfully request that the Court issue an order adjusting the Scheduling Order in accordance with the stipulated new dates.

Respectfully submitted,

Dated: January 13, 2023

/s/
DANIEL J. MULLER (CA Bar No. 193396)
dmuller@venturahersey.com
ANTHONY F. VENTURA (CA Bar No. 191107)
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Fax: (408) 512-3023

Nickolas J. Hagman (admitted *pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone:     (312) 782-4880
Facsimile:     (312) 782-4485

**APPLICATION FOR A TRIAL CONTINUANCE AND JOINT STIPULATION REGARDING SAME**

| | | |
|---|---|---|
| 1 | | Attorneys for Plaintiff Jenale Nielsen |
| 2 | Dated: January 13, 2023 | /s/ |

DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

ALAN SCHOENFELD (*admitted pro hac vice*)
(Email: alan.schoenfeld@wilmerhale.com )
RYAN CHABOT (*admitted pro hac vice*)
(Email: ryan.chabot@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

MARGARITA BOTERO (*admitted pro hac vice*)
(Email: margarita.botero@wilmerhale.com )
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3130
Facsimile: (720) 274-3133

*Attorneys for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*