1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., Inc., a Florida Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-02055-DOC-ADS<br><br>**[PROPOSED] ORDER RE APPLICATION FOR A TRIAL CONTINUANCE AND JOINT STIPULATION REGARDING SAME**<br><br>Judge:  Hon. David O. Carter |
|---|---|

1  Now before the Court is the Parties' *Application For A Trial Continuance And Joint*
2  *Stipulation Regarding Same*. The Court, having considered the Application and Joint Stipulation
3  and for good cause shown, HEREBY ORDERS that the Scheduling Order in this Case shall be
4  modified as follows:

| Event | New Date |
|---|---|
| Class certification motion filing date | 4/24/2023 |
| Class certification opposition date | 5/31/2023 |
| Class certification reply brief date | 7/7/2023 |
| Class certification hearing | 7/28/2023 |
| Discovery Cutoff | 4/4/2023 |
| Dispositive Motions | 9/1/2023 |
| Final Pretrial Conference | 10/2/2023 |
| Trial | 10/16/2023 |

Dated: _____

Honorable David O. Carter
U.S. District Judge

-1-

[PROPOSED] ORDER RE APPLICATION FOR A TRIAL CONTINUANCE AND JOINT STIPULATION REGARDING SAME