DANIEL J. MULLER, SBN 193396
dmuller@venturahersey.com
ANTHONY F. VENTURA, SBN 191107
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone:  (408) 512-3022
Facsimile:  (408) 512-3023

Nickolas J. Hagman (*admitted pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone:(312) 782-4880
Facsimile: (312) 782-4485

Attorneys for Plaintiff Jenale Nielsen &
the Proposed Class

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., Inc., a Florida Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  8:21-cv-02055-DOC-ADS<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Date:  July 28, 2023<br>Time:  8:30 a.m.<br>Judge: Hon. David O. Carter<br>Court: 9D |

**NOTICE OF MOTION & MOTION FOR CLASS CERTIFICATION**

TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that on July 28, 2023 at 8:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable David O. Carter in Courtroom 9D located at 411 West Fourth Street, Santa Ana, California 92701, Plaintiff Jenale Nielsen will and does hereby move the Court for an order certifying this action for class-treatment, with a class defined as proposed in the Memorandum of Points and Authorities filed in support of this motion. In addition to the Memorandum, this Motion is also supported by the Declaration of Nickolas J. Hagman, including Exhibits No. 1-24, and the Declaration of Robert Mills, including Exhibits No. 1-5. This Motion is also supported by the pleadings and papers on file in this matter, as well as upon such other matters to be filed, and that may be presented to the Court at the time of the hearing.

Dated: April 24, 2023                   Respectfully submitted,

**VENTURA HERSEY & MULLER, LLP**
/s/ *Daniel J. Muller*
Daniel J. Muller, SBN 193396
Anthony F. Ventura, SBN 191107
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023

Nickolas J. Hagman (*admitted pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485

*Attorneys for Plaintiff and the proposed Class*