DANIEL J. MULLER, SBN 193396
dmuller@venturahersey.com
ANTHONY F. VENTURA, SBN 191107
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023

Nickolas J. Hagman (*admitted pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone:(312) 782-4880
Facsimile: (312) 782-4485

Attorneys for Plaintiff Jenale Nielsen &
the Proposed Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., Inc., a Florida Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-02055-DOC-ADS<br><br>**DECLARATION OF NICKOLAS J. HAGMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date: July 28, 2023<br>Time: 8:30 a.m.<br>Judge: Hon. David O. Carter<br>Court: 9D |

I, Nickolas J. Hagman, hereby declare as follows:

1. I am over 21 years of age and competent to testify to the facts set forth in this Declaration based upon my personal knowledge.

2. I am an attorney with the law firm Cafferty Clobes Meriwether & Sprengel LLP, one of the counsel for Plaintiff in the above-captioned matter. I submit this declaration in support of Plaintiff's Motion for Class Certification.

3. Attached hereto are true and correct copies of the following exhibits:

| **EXHIBIT** | **BATES OR DESCRIPTION** |
|---|---|
| 1 | WDPR-NIELSEN-00006460 |
| 2 | JN00677 |
| 3 | Second Amended Class Action Complaint, ECF 41 |
| 4 | Deposition of Jenale Nielsen |
| 5 | WDPR-NIELSEN-00000394-405 |
| 6 | Declaration of Robert Mills in Support of Plaintiff's Motion for Class Certification |
| 7 | WDPR-NIELSEN-00013130 |
| 8 | WDPR-NIELSEN-00014200 |
| 9 | WDPR-NIELSEN-00011884 |
| 10 | Deposition of Stephen Williams |
| 11 | Deposition of Wendy Jackson |
| 12 | WDPR-NIELSEN-0012023 |
| 13 | WDPR-NIELSEN-0008564 |
| 14 | Disney's Responses and Objections to Plaintiff's First Set of Interrogatories |
| 15 | WDPR-NIELSEN-0007933 |
| 16 | Terms and Conditions, ECF 27-3 |
| 17 | WDPR-NIELSEN-DATA-000002 |
| 18 | WDPR-NIELSEN-00001031-32 |

| 19 | WDPR-NIELSEN-00015315 |
|---|---|
| 20 | Plaintiff Janale Nielsen's Responses and Objections to Walt Disney Parks and Resorts U.S., Inc.'s Interrogatories |
| 21 | WDPR-NIELSEN-00002069-74 |
| 22 | Firm Resume of Cafferty Clobes Meriwether & Sprengel LLP |
| 23 | Firm Resume of Ventura Hersey & Muller, LLP |
| 24 | magic_key_inventory_history_.dat |

4. All documents with Bates prefix "WDPR", including Exhibits 1, 5, 8, 9, 12, 13, 18, 19 and 21, were produced by Defendant Walt Disney Parks and Resorts U.S., Inc. ("Defendant" or "Disney").

5. Documents with Bates prefix "JN", including Exhibit 2, were produced by Plaintiff Janale Nielsen.

6. Plaintiff has not attached all documents or exhibits cited in the Declaration of Robert Mills (Exhibit 6) but will make electronic or hard copies available to the Court upon request.

7. Exhibit 7, WDPR-NIELSEN-00013130 is a ████████████ ████████████████████████████████████████████████ ████████████████████████████████████████ Due to the size and length of this document, Plaintiff has not attached it hereto, but can make a native copy available to the Court upon request. For ease of the Court's references, ████████████████████████████████████████

-2-
**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**



8.  Exhibit 12, WDPR-NIELSEN-0012023 is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Due to the size and length of this document, Plaintiff has not attached it hereto, but can make a native copy available to the Court upon request. However, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

9.  Exhibit 15, WDPR-NIELSEN-0007933 is a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1. ███████. Due to the size and length of this document, Plaintiff has not attached it hereto, but can make a native copy available to the Court upon request.

10. Exhibit 17, WDPR-NIELSEN-DATA-000002 ███████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████. Due to the size and length of these files, Plaintiff has not attached it hereto, but can make a native copy available to the Court upon request.

11. Exhibit 24, ████████████████████████████
███████████████████████████████████████████
████████████████████████ Due to the size and length of this document, Plaintiff has not attached it hereto, but can make a native copy available to the Court upon request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 24, 2023.

*s/ Nickolas J. Hagman*