# EXHIBIT 1



# Disneyland

## CHOOSE YOUR KEY

*Four Magic Key pass options to fit your family's lifestyle...*

### Dream Key
**$1399**
or **$102 per month** for 12 months for California residents, after $179 down payment*

Reservation-based admission to one or both theme parks every day of the year
- Up to 6 park reservation holds at a time**
- 20% off select merchandise***
- 15% off select food & beverage***
- Theme park parking included†

### Believe Key
**$949**
or **$65 per month** for 12 months for California residents, after $179 down payment*

Reservation-based admission to one or both theme parks most days of the year
- Up to 6 park reservation holds at a time**
- 10% off select merchandise***
- 10% off select food & beverage***
- 50% off theme park parking†

### Enchant Key
**$649**
or **$40 per month** for 12 months for California residents, after $179 down payment*

Reservation-based admission to one or both theme parks select days of the year
- Up to 4 park reservation holds at a time**
- 10% off select merchandise***
- 10% off select food & beverage***

### Imagine Key
**$399**
or **$19 per month** for 12 months for Southern California residents, after $179 down payment*

Reservation-based admission to one or both theme parks select days of the year
- Available for Southern California residents only****
- Up to 2 park reservation holds at a time**
- 10% off select merchandise***
- 10% off select food & beverage***

### Become a Magic Key holder, starting
## August 25, 2021

Visit Disneyland.com/MagicKey to view the Magic Key calendars and learn important details about the Magic Key program, including benefits, savings opportunities, special experiences and more!

Theme park reservations and valid pass for the same park on the same date are required for park entry. Park reservations are limited, subject to availability, public health orders, closures, and applicable pass blockout dates, and are not guaranteed for any specific dates or park. Additionally, park reservations may not be available on select holidays for certain theme parks. Pass types may be limited in quantity, and may not be available for purchase or renewal at any time. Current Magic Key pass prices are subject to change. A Pass excludes separately priced activities and events, and does not guarantee access to any experience, attraction or offering or to park entry. Subject to Magic Key Terms and Conditions which can be found at Disneyland.com/MagicKeyTerms. Information, including blockout dates, benefits and prices, is subject to change and cancellation without notice.

Some pass benefits and features may not be available during periods of limited capacity. Park experiences and offerings may have been modified and are subject to limited availability or even closure. Please check Disneyland.com/Updates for important information to know before visiting the Disneyland Resort.

* Monthly payments option valid only for California Residents, 18 years or older with valid ID, and living in ZIP Codes 90000-96199. Twelve (12) monthly payments based on remaining balance after one-time down payment on date of Passport purchase. 0% APR. Subject to restrictions, including a retail installment agreement, and change without notice.

** The number of theme park reservations that may be held at a time during a specific booking window is dependent on pass type and is subject to availability and other rules and restrictions, including excessive "no-show" rules.

*** Magic Key holder must present their valid pass prior to purchases to receive any applicable benefits or discounts. Benefits/discounts are subject to restrictions and exclusions and are determined solely by Disney or store/location owner.

† Parking benefit is valid for parking, or for discounted parking, for one (1) standard vehicle only at pay-on entry lots at the Disneyland® Resort. Discounted parking must be purchased at the parking lot. Oversized vehicles, preferred parking spaces and valet services are not included in this parking benefit and will require an additional fee. Parking is not guaranteed, and is subject to capacity and applicable Pass blockout dates.

**** Available only to Southern California residents living in ZIP Codes 90000-93599.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

WDPR-NIELSEN-00006460