# EXHIBIT 4

Page 1

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4   JENALE NIELSEN, individually) Case No.: 8:21-cv-
     and on behalf of others     )           02055-DOC-
 5   similarly situated,         )           ADS
                                 )
 6             Plaintiff,        )
                                 )
 7        vs.                    )
                                 )
 8   WALT DISNEY PARKS AND       )
     RESORTS U.S., INC., a       )
 9   Florida corporation; and    )
     DOES 1 through 10,          )
10   inclusive,                  )
                                 )
11             Defendants.       )
     _____)

12

13

14

15

16        DEPOSITION OF JENALE ROMANA NIELSEN

17                LOS ANGELES, CALIFORNIA

18                MONDAY, MARCH 13, 2023

19

20

21

22

23

24   TSG JOB NO.: 223233
     REPORTED BY:
25   DORIEN SAITO, CSR 12568, CLR
```

Page 2

1                UNITED STATES DISTRICT COURT

2                CENTRAL DISTRICT OF CALIFORNIA

3

4  JENALE NIELSEN, individually) Case No.: 8:21-cv-
   and on behalf of others     )           02055-DOC-
5  similarly situated,          )           ADS
                                )
6           Plaintiff,          )
                                )
7      vs.                      )
                                )
8  WALT DISNEY PARKS AND        )
   RESORTS U.S., INC., a        )
9  Florida corporation; and     )
   DOES 1 through 10,           )
10 inclusive,                   )
                                )
11         Defendants.          )
   _____ )
12

13

14         DEPOSITION OF JENALE ROMANA NIELSEN,

15         taken on behalf of DEFENDANTS, at 350

16         South Grand Avenue, Suite 2100, Los

17         Angeles, California 90071, commencing at

18         9:01 a.m., Monday, March 12, 2023, before

19         DORIEN SAITO, CSR 12568, CLR.

20

21

22

23

24

25

```
 1   A P P E A R A N C E S :

 2
         FOR PLAINTIFF JENALE NIELSEN AND THE PROPOSED
 3       CLASS:

 4           VENTURA, ROSSI, HERSEY & MULLER, LLP
             By:  DANIEL MULLER, ESQ.
 5           160 West Santa Clara Street
             San Jose, California 95113
 6

 7
             -And-
 8
             CAFFERTY & CLOVES
 9           By:  BRYAN CLOVES, ESQ.
             135 South LaSalle Street
10           Chicago, Illinois 60603

11

12
         FOR DEFENDANT:
13
             WILMERHALE
14           By:  ALAN SCHOENFELD, ESQ.
                  RYAN CHABOT, ESQ.
15           250 Greenwich Street
             New York, New York 10007
16

17

18
         ALSO PRESENT:
19
             ELISA MARTINEZ
20

21

22

23

24

25
```

Page 33

```
 1    COVID --
 2       A     Uh-huh.
 3       Q     -- when was your first visit to the park?
 4       A     I want to say -- it's so long ago.  I really
 5    don't want to give the wrong dates because I can't
 6    really recall that.
 7       Q     Was it before you purchased the Dream Key
 8    that's at issue in this litigation?
 9       A     I can't recall because I can't remember if it
10    opened before the Dream Key.
11       Q     Okay.  Do you recall when you purchased the
12    Dream Key?
13       A     September 2021.
14       Q     So for the February 2020 visit and your
15    visits beforehand, what kinds of daily tickets did you
16    generally buy to visit the park?
17       A     It'd usually be a Park Hopper.
18       Q     And what's a Park Hopper?
19       A     It's the ticket that you can hop from one
20    park to the other for that one day.
21       Q     How many different types of tickets are
22    available for daily purchase -- or were available for
23    daily purchase when you were buying tickets pre COVID?
24       A     How many types?
25       Q     Yeah.  Do you recall?
```

Page 72

```
 1     A     Yes.
 2     Q     Did you learn different information from any
 3   of the three of them or you learned the same
 4   information from the three of them?
 5     A     They were about the same.
 6     Q     So just going back to the complaint.  In
 7   Paragraph 9 it alleges "Ms. Nielsen was immediately
 8   interested in the top tier Dream Key Pass because,
 9   according to Disney, it was not subject to block out
10   dates and would provide her with the most
11   opportunities to visit the theme parks."
12           What did you review that informed you that
13   the Dream Key Pass wasn't subject to block out dates?
14     A     What did I review?
15     Q     Correct.
16     A     The website said that.  The ad said that.  So
17   that's just what I saw.  I didn't, like, review it at
18   other websites or anything.
19     Q     What ad are you referring to there?
20     A     Whatever ad they produced.  I can't recall
21   what it was.  But whatever they did, that's what I
22   saw.
23     Q     You said the website said no block out dates;
24   right?
25     A     Correct.
```

Page 73

```
 1      Q     Then you said whatever ad they produced also
 2   said that.
 3      A     Uh-huh.
 4      Q     Is the ad you're referring to distinct from
 5   the website?
 6      A     Yeah.
 7      Q     And where did you see that ad?
 8      A     I saw it on Instagram.
 9      Q     And you said that the ad you saw on Instagram
10   said no block out dates?
11      A     Correct.  Like, the -- the Dream Key said no
12   block out dates.  Not all the keys.
13      Q     On Instagram?
14      A     Uh-huh.
15      Q     Was that on Instagram circles or was that in
16   Instagram posts?
17      A     I don't recall, actually.
18      Q     What did you review or interpret to mean that
19   the Dream Key Pass would provide you with the most
20   opportunities to visit the theme parks?
21      A     Just the ads and the website.
22      Q     What specific language in those disclosures
23   did you understand to mean that the Dream Key Pass
24   would provide you with the most opportunities to visit
25   the theme parks?
```

```
 1     A     The no block out just made me think that.
 2     Q     The next sentence in Paragraph 9 of the
 3   complaint says, "Based on her review of Disney's
 4   advertising materials, Ms. Nielsen reasonably
 5   understood that if reservations were available, and
 6   the park was not at capacity, Ms. Nielsen could use
 7   her Dream Key Pass to make a reservation."
 8           Just so I'm clear, when you say advertising
 9   materials in that sentence, what exactly are you
10   referring to?
11           MR. MULLER:  Well, foundation.  She
12   didn't write this.
13           THE WITNESS:  Again, it goes back to the
14   ads that I saw on Instagram, on the website.
15   BY MR. SCHOENFELD:
16     Q     There's the ads on Instagram, the website.
17   Was there anything else you're referring to?
18           MR. MULLER:  Same objection.
19           THE WITNESS:  Email.
20   BY MR. SCHOENFELD:
21     Q     It is fair to say, consistent with this
22   allegation, that based on your review of the
23   advertising materials you reasonably understood that
24   if the reservations were available, and the park was
25   not at capacity, you could use your Dream Key to make
```

Page 75

```
 1   a reservation?
 2       A    Yeah.
 3       Q    So what in the advertising materials you
 4   reviewed caused you to believe that if reservations
 5   were available, and the park wasn't at capacity, you
 6   could use your Dream Key Pass to make a reservation?
 7       A    What ads?
 8       Q    No.  What in the ads?
 9       A    What in the ads?  Just the word "no block out
10   dates".
11       Q    So your understanding of the applicable terms
12   was that if the park was not at capacity --
13       A    Uh-huh.
14       Q    -- the term "no block out dates" meant that
15   you could make any reservation on any day; correct?
16       A    Correct.
17       Q    Okay.  Paragraph 10 at -- sorry.
18            Was there anything else in the advertisements
19   or disclosures that contributed to your understanding
20   that if reservations were available, and the park was
21   not at capacity, you could use a Dream Key Pass to
22   make a reservation?
23            MR. MULLER:  Speculation, best evidence.
24            THE WITNESS:  Just everything I said,
25   just on the ad.
```

Page 116

```
 1   reservations were not available.
 2           Do you see that?
 3           MR. MULLER:  That should be on the next
 4   page.
 5           THE WITNESS:  Oh, sorry.
 6           MR. MULLER:  Question No. 1.  There you
 7   go.
 8           THE WITNESS:  Okay.
 9           Okay.  What was the question?  I'm sorry.
10   BY MR. SCHOENFELD:
11       Q   I just want to situate ourselves in the
12   interrogatory responses.  So Paragraph 1(b) of your
13   response, which you're looking at right now --
14       A   Yes.
15       Q   -- is dates where you recall checking
16   reservation availability but reservations were not
17   available --
18       A   Correct.
19       Q   -- correct?
20           And the first date listed is November 3rd,
21   2021.
22           Do you see that?
23       A   Correct.  Yeah.
24       Q   When did you check reservation availability
25   for November 3rd, 2021?
```

Page 117

| | | |
|---|---|---|
| 1 | A | It's so long ago.  I'd say October. |
| 2 | Q | Do you recall when in October? |
| 3 | A | I don't recall the date or time. |
| 4 | Q | Do you recall how long before November 3rd, roughly, you checked? |
| 6 | A | I -- I don't. |
| 7 | Q | Do you recall how many times you checked? |
| 8 | A | Multiple times, I know that.  At least more than five times. |
| 10 | Q | Did you keep checking as the date got closer? |
| 11 | A | Yes. |
| 12 | Q | Do you recall checking the night before? Like, November 2nd? |
| 14 | A | No. |
| 15 | Q | Do you recall why you wanted to visit on November 3rd, 2021? |
| 17 | A | One of our -- she's a young girl was down there.  So I was just meeting up with her.  So meeting up with a friend, basically. |
| 20 | Q | Did you end up meeting up with that friend at Disneyland at any point? |
| 22 | A | Yes. |
| 23 | Q | When was that? |
| 24 | A | November 3rd. |
| 25 | Q | So you met with her at Disneyland on |

Page 123

```
 1   website for availability on November 18th?
 2        A    I don't know when I did that.
 3        Q    Why was November 18th important for you?
 4        A    No.  We were here for something in L.A.  I
 5   just don't recall what it was.  And so I went to the
 6   parks that day because we were there.
 7        Q    So you ended up going to the park?
 8        A    Yeah, the 18th.
 9        Q    Do you recall what you used to access the
10   park?
11        A    That one, I bought.
12        Q    How about December 13th?
13        A    December 13th, I didn't go, but that was the
14   day I wanted to go.
15        Q    Why did you want to go on that day?
16        A    Christmas.  I wanted to go before the
17   holidays hit.
18        Q    Do you recall how far in advance you visited
19   the website to figure out whether December 13th was
20   available?
21        A    I don't know the exact date, but I know at
22   least minimum two weeks beforehand, and then I would
23   keep checking.
24        Q    Is that true of all of the dates we've been
25   discussing, it was a minimum of two weeks beforehand?
```

Page 124

1    A    I wouldn't say for every date.  I'm not sure.
2    Q    Okay.
3    A    Each date might have been different.
4    Q    Do you know what the longest time period is
5  between the date and when you first consulted the
6  website to figure out availability?
7    A    Well, I got my pass in September.  So it'd be
8  from there, probably, like, the November, I might have
9  checked in October.  I don't know if it was minimum
10  two weeks.  I know for the holi- -- the Christmastime,
11  it was minimum two weeks because I had to based off my
12  schedule.
13    Q    You understood that you had a 90-day
14  reservation window; right?
15    A    Correct.
16    Q    So when you purchased the pass on
17  September 23rd, what was the -- did you start making
18  reservations as soon as you purchased the pass?
19    A    I tried for November.  I do remember that.  I
20  just don't remember the exact date.  But I don't know
21  if I bought it maybe in October, though.
22    Q    Maybe you bought what in October?
23    A    I don't -- like, bought a ticket.  But I
24  don't know what date.
25    Q    I see.

1    A    I used a -- I bought a ticket for those days.

2    Q    Okay.

3         MR. SCHOENFELD:  What are we up to?  19?

4         MR. CHABOT:  Sorry, I lost track.

5         MR. SCHOENFELD:  Yes, 19.  The last one.

6    Okay.

7         MR. CLOVES:  You're on 20.  Oh, no, that

8    was premarked.

9         MR. MULLER:  What was 18?  The

10   interrogatories?

11        MR. CHABOT:  The interrogatories.

12        MR. CLOVES:  Yeah.

13        MR. SCHOENFELD:  Make this 19.

14        (The aforementioned document was marked

15        Exhibit 19 for identification.)

16        THE WITNESS:  Thank you.

17   BY MR. SCHOENFELD:

18   Q    So the court reporter has handed you

19   Exhibit 19, which is a four-page document JN 17

20   through JN 20.

21        Does this document look familiar to you?

22   A    Yeah, it does.

23   Q    Okay.  What are these?

24   A    These are the reservation calendars.  When

25   you're trying to book your reservations, you can see

Page 127

```
 1    the dates there.
 2        Q    Are these screen shots?
 3        A    Yeah.
 4        Q    And are these from the Disney website?
 5        A    This would have been on the app -- no.  I
 6    can't recall, actually, because it's been so long.
 7        Q    Can you make --
 8        A    Actually, you know what it is, is you start
 9    from the app and then it takes you to a website, if
10    that makes sense.  Like, a browser.
11        Q    So on your phone, you start in the app?
12        A    You start on the app and then it takes you
13    to, like, your website browser on your phone.
14        Q    Okay.  And these are screen shots you took of
15    that landing page on the browser for the availability
16    calendar?
17        A    Correct.
18        Q    Do you recall when you took these screen
19    shots?
20        A    I don't know the date by heart.
21        Q    Is there a way to figure out what date they
22    were taken on?
23             MR. MULLER:  Calls for speculation.
24             THE WITNESS:  I don't know that.
25    ///
```

Page 128

```
 1    BY MR. SCHOENFELD:
 2        Q     Do you have the original file of these screen
 3    shots on your computer or phone?
 4        A     Yeah, I do.
 5        Q     But you took these screen shots; correct?
 6        A     Yes.
 7        Q     Go back to the complaint for a second.  And
 8    then Paragraph 17, it says, "Specifically on or about
 9    October 19th, 2021, Ms. Nielsen attempted to use her
10    Dream Key to obtain an admission ticket to Disneyland
11    in November 2021."
12              Do you see that?
13        A     I do.
14        Q     Do you know whether you -- these screen shots
15    are from that date?
16        A     Yeah, it probably was.
17        Q     Paragraph 17 then says, "The Disney website
18    informed her that for Dream Key passholders, a total
19    of 17 days in November, including all weekend end
20    days, had been blocked out."
21              Do you see that?
22        A     I do.
23        Q     So look at the second page of this exhibit,
24    JN 18.  Where on this calendar does it show you that
25    17 dates had been blocked out?
```

Page 129

1    A    So all of these that have a line.

2    Q    So you interpret the line through those dates

3  to mean that the dates are blocked out?

4    A    No.  That just means that I wasn't able to

5  get a reservation.

6    Q    So the allegation in the complaint is that

7  for 17 days in November, based on your review of the

8  calendar for November 2021 --

9    A    Uh-huh.

10   Q    -- 17 days had been blocked out.

11        Is that allegation in the complaint

12  consistent with your understanding of the status of

13  reservation availability in November of 2021?

14             MR. MULLER:  Vague.

15             THE WITNESS:  Yeah.

16  BY MR. SCHOENFELD:

17   Q    So my question is:  Looking at this

18  November 2021 calendar --

19   A    Uh-huh.

20   Q    -- what's the basis for your understanding

21  that 17 days are blocked out?

22             MR. MULLER:  Asked and answered.

23             THE WITNESS:  By looking at this, it just

24  says that I'm not able to make a reservation with

25  my Dream Key.  But then if I look on regular

TSG Reporting - Worldwide    877-702-9580

Page 130

```
 1   tickets, it was available.  So to me, I understood
 2   that as being blocked out.
 3   BY MR. SCHOENFELD:
 4       Q    The complaint says that there are -- that
 5   there were 17 days in November on which dates had been
 6   blocked out.
 7            Do you see that in Paragraph 17?
 8       A    I do.
 9       Q    And you said that all of the dates with the
10   slash through it are ones that you consider to be
11   blocked out; correct?
12       A    Correct.
13       Q    On this calendar, I count 18 days with
14   slashes through them.
15            MR. MULLER:  We'll call that a scribner's
16   error from the author of the complaint.
17            MR. SCHOENFELD:  Well, I appreciate that,
18   but let me ask Ms. Nielsen some questions.
19            THE WITNESS:  Okay.
20   BY MR. SCHOENFELD:
21       Q    Do you agree with me that there are 18 dates
22   with the line through them on this calendar?
23       A    I haven't counted, but if you want me to
24   count right now.
25       Q    Go for it.
```

Page 131

```
 1      A     Okay.
 2            Yeah, 18.
 3      Q     Okay.  The complaint also says that all
 4   weekend days in November 2021 were blocked out.
 5            Do you see that allegation in the complaint?
 6      A     I do.
 7      Q     Sunday, November 7th has a reservation
 8   available at Disneyland California Adventure Park;
 9   correct?
10      A     Correct.
11      Q     So my question for you is:  Between
12   October 19th, 2021, and when this image was taken, do
13   you understand that the availability of park tickets
14   to Dream Key holders changed?
15            MR. MULLER:  Vague.
16            THE WITNESS:  Yes, it did.
17   BY MR. SCHOENFELD:
18      Q     And some dates became unavailable, which is
19   why 18 dates are unavailable here and not 17; right?
20      A     You're talking about, like, the -- from --
21   from October, is that what you're asking, or from
22   September?
23      Q     Well, so the allegation in the complaint is
24   based on or about October 19th.
25      A     Yeah.
```