# Exhibit 5

Entire Document Sought To be Sealed