# Exhibit 6

Portion of Document Sought To be Sealed