# Exhibit 7

Document Sought To be Sealed