# Exhibit 8

Document Sought To be Sealed