# Exhibit 9

Document Sought To be Sealed