# Exhibit 10

Document Sought To be Sealed