# Exhibit 11

Document Sought To be Sealed