# Exhibit 12

Document Sought To be Sealed