# Exhibit 13

Document Sought To be Sealed