# Exhibit 14

Document Sought To be Sealed