# Exhibit 15

Document Sought To be Sealed