# Exhibit 17

Document Sought To be Sealed