# Exhibit 18

Document Sought To be Sealed