# EXHIBIT 19



CONFIDENTIAL

WDPR-NIELSEN-00015315