# Exhibit 21

Document Sought To be Sealed