# EXHIBIT 23

# Daniel J. Muller
**ATTORNEY AT LAW**
**Ventura Hersey & Muller LLP**
1506 Hamilton Avenue
San Jose, CA 95125
408.512.3022 main
408.512.3023 fax
408.512.3025 direct line
dmuller@venturahersey.com

Dan Muller has practiced law for more than 20 years. He specializes in litigating labor and employment matters and has represented both employers and employees. Dan has obtained dismissals and successful verdicts for employers and he has defended against claims brought by employees alleging unlawful discrimination and harassment, wrongful termination, failure to pay wages, and breach of contract. Dan has represented individuals, start-up companies, and other businesses in cases of alleged unfair competition and trade secret theft. Dan had defended class action lawsuits on behalf of employers and has served as class counsel for employees alleging misclassification and unpaid overtime.  Dan provides ongoing advice to employers regarding compliance with all state and federal employment laws, union elections, collective bargaining, and arbitrations. Dan has worked with numerous executive and other employees seeking assistance in negotiating employment agreements and severance agreements. Dan has also handled many cases involving business disputes, including those arising out of partnership and corporate dissolutions.

Prior to forming Ventura Hersey & Muller LLP, Dan was a partner in the Labor & Employment practice group of Nixon Peabody LLP. Before that, Dan was a partner at Thelen, Reid, Brown, Raysman and Steiner LLP. Dan also previously worked as an associate at Littler Mendelson LLP.

**PRIOR PROFESSIONAL EXPERIENCE**

- Nixon Peabody, LLP, Palo Alto, California
  Partner: November 2008 – June 2013

- Thelen Reid & Priest, LLP, San Jose, California
  Associate/Partner: January 2001-2008

- Littler Mendelson, San Jose, California
  Associate: September 1997-2001

**EDUCATION**

- Emory University School of Law, Atlanta, Georgia
  Juris Doctor Degree, With Distinction, May 1997

- Santa Clara University, Santa Clara, California
  Bachelor of Science in Political Science, June 1993

**REPRESENTATIVE CASES**

- Represented a group of employers in a putative class action lawsuit alleging failure to pay employees properly for lunch breaks and rest periods;

- Represented employees as class counsel in cases for failure to pay overtime;

- Served as class counsel in national class action for violation of the Truth in Lending Act;

- Represented a San Jose contractor and obtained the favorable settlement of class action claims alleging failure to pay minimum wages and overtime;

- Represented an international communications company in a single plaintiff case alleging misclassification of an employee and alleged wrongful termination;

- Obtained summary judgment for a group of individuals who started their own business and were sued by their former employer for alleged trade secret theft and unfair competition; successfully argued that the trial court's decision should be upheld on appeal;

- Represented a San Jose manufacturer of semiconductor industry components and successfully obtained a preliminary injunction against a former executive, which led to a favorable settlement of all corporate and employment claims;

- Represented owners of a business in litigation arising out of the dissolution of a closely held corporation and successfully enforced the provisions of a buy-sell agreement among the business owners;

- Represented a small business in San Jose in connection with an environmental contamination investigation by the Bay Area Regional Water Board and related litigation with former property owners; successfully obtained an order from the State Water Board ruling that our client was not a responsible party for purposes of state law.

- Represented an individual former owner of an accounting corporation in connection with the dissolution of that corporation; successfully enforced a settlement agreement between the former owners of the corporation and obtained an award of attorneys' fees.

- Represented a REIT specializing in residential loans against allegations of securities fraud brought by a group of shareholders; obtained a complete defense verdict following a three week arbitration;

- Represented an advertising agency against claims brought by a former employee who alleged fraud, breach of contract, and wrongful termination; obtained summary judgment

- of the employment claims and prevailed on the remaining claims following a month-long jury trial;
- Represented the owners of a small business in San Francisco in connection with valuation claims arising out of the forced buy-out of a former owner; successfully convinced a San Francisco jury to adopt the client's valuation position, which was millions of dollars less than that advocated by the former owner;
- Handled numerous cases and hearings before the California Divisions of Labor Standards Enforcement, the California Department of fair Employment and Housing, The Equal Employment Opportunity Commission, the Department of Labor, and the National Labor Relations Board.
- Provided ongoing labor and employment advice- including the preparation of employment policies and handbooks, advice regarding employee hiring and termination, and compliance advice regarding the full range of federal and state employment laws- to numerous small and mid-sized businesses.

**BAR ADMISSIONS**

• California

• Ninth Circuit Court of Appeals

• Federal District Courts for the Northern, Central, and Eastern Districts of California

# Anthony F. Ventura
**ATTORNEY AT LAW**
**Ventura Hersey & Muller LLP**
1506 Hamilton Avenue
San Jose, CA 95125
408.512.3022 main
408.512.3023 fax
408.512.3024 direct line
aventura@venturahersey.com

Tony Ventura is a real estate attorney representing buyers, sellers, and real estate professionals in residential and commercial matters. Tony represents clients in litigation, mediation, and arbitration and also provides transactional and corporate advice. In addition to representing various-sized corporations, Tony regularly counsels individuals in foreclosure sales, short sales, and loan modifications. He also represents real estate professionals in administrative actions filed by the California Bureau of Real Estate.

Maintaining a particular emphasis on client satisfaction, Tony has been selected as a Northern California Rising Star by the publishers of Law and Politics and San Francisco Magazine from 2010 through 2012. Tony prides himself on his responsiveness to his clients' questions and his steadfast dedication to meeting their deadlines and objectives.

Tony is also an experienced mediator for real estate-related disputes.

### EDUCATION

- J.D., University of Southern California, 1997
- B.A., Political Science, Loyola Marymount University, 1994

### Bar Admissions

- California State Courts
- United States District Courts for the Northern, Eastern, Central, and Southern Districts of California

### Professional Activities & Memberships

- Member, American Bar Association
- Member, Santa Clara County Bar Association
- Mediator, Santa Clara County Association of Realtors

### REPRESENTATIVE MATTERS

- Successfully represented residential home buyers in disputes involving failure to disclose conditions such as water intrusion, foundation cracks, and other construction defects, and issues arising from easements, licenses, and boundary disputes

- Obtained favorable settlement on behalf of tenant in a dispute arising from a long-term, multimillion dollar lease, after the client had completed significant improvements to the property
- Successfully defended developers against claims filed by homeowners related to alleged violations of covenants, conditions, and restrictions (CC&Rs)
- Successfully negotiated commercial leases for tenants in various Northern California shopping malls and commercial buildings
- Corporate attorney for residential real estate brokers, providing advice on specific real estate issues, teaching seminars, and counseling owners on corporate, business, and lease-related issues