# Exhibit 24

Document Sought To be Sealed