DANIEL J. MULLER, SBN 193396
dmuller@venturahersey.com
ANTHONY F. VENTURA, SBN 191107
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone:  (408) 512-3022
Facsimile:  (408) 512-3023

Nickolas J. Hagman (*admitted pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone:(312) 782-4880
Facsimile: (312) 782-4485

Attorneys for Plaintiff Jenale Nielsen &
the Proposed Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., Inc., a Florida Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  8:21-cv-02055-DOC-ADS<br><br>**PLAINTIFF'S APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS IN SUPPORT OF MOTION TO CERTIFY CLASS ACTION UNDER SEAL**<br><br>Date:   July 28, 2023<br>Time:  8:30 a.m.<br>Judge: Hon. David O. Carter<br>Court:  9D |

Pursuant to Local Rule 79-5.2.2(b), Plaintiff Jenale Nielsen hereby applies for leave to file under seal an unredacted version of her *Memorandum of Points and Authorities In Support of her Motion To Certify*. She also seeks to file under seal an unredacted version of the *Declaration of Nickolas J. Hagman*, along with certain exhibits attached thereto.

Plaintiff makes this application because the materials which she seeks to file under seal were marked by Defendant Walt Disney Parks and Resorts U.S., Inc. as "confidential" and/or "highly confidential" pursuant to the protective order in this case. (ECF Doc. 44.) Counsel for Plaintiff has met and conferred with counsel for Defendant to confirm Defendant's position that the materials should be filed under seal and to narrowly tailor any redactions so as to address Defendant's request that certain documents, or portions of documents, remain confidential. This Application is based on the instant Application and the *Declaration of Daniel J. Muller in Support of Application for Leave to File Certain Documents Under Seal*.

Plaintiff requests leave to file the following documents under seal:

1. An unredacted version of the *Memorandum of Points and Authorities;* (Exh. A to *Muller Declaration in Support of Application For Leave To File Under Seal*);
2. An unredacted version of the *Memorandum of Points and Authorities* with proposed redactions highlighted in yellow*;* (Exh. B to *Muller Declaration*);
3. An unredacted version of the *Declaration of Nickolas J. Hagman* with proposed redactions highlighted in yellow (Exh. C to *Muller Declaration*);
4. Exhibit 5 to the *Hagman Declaration* (Exh. D to *Muller Declaration*);
5. Exhibit 6 to the *Hagman Declaration* (Exh. E to *Muller Declaration*);
6. Exhibit 7 to the *Hagman Declaration* (Exh. F to *Muller Declaration*);
7. Exhibit 8 to the *Hagman Declaration* (Exh. G to *Muller Declaration*);
8. Exhibit 9 to the *Hagman Declaration* (Exh. H to *Muller Declaration*);
9. Exhibit 10 to the *Hagman Declaration* (Exh. I to *Muller Declaration*);

|     |                                                                                                          |
| --- | -------------------------------------------------------------------------------------------------------- |
| 1   | 10. Exhibit 11 to the *Hagman Declaration* (Exh. J to *Muller Declaration*);                             |
| 2   | 11. Exhibit 12 to the *Hagman Declaration* (Exh. K to *Muller Declaration*);                             |
| 3   | 12. Exhibit 13 to the *Hagman Declaration* (Exh. L to *Muller Declaration*);                             |
| 4   | 13. Exhibit 14 to the *Hagman Declaration* (Exh. M to *Muller Declaration*);                             |
| 5   | 14. Exhibit 15 to the *Hagman Declaration* (Exh. N to *Muller Declaration*);                             |
| 6   | 15. Exhibit 17 to the *Hagman Declaration* (Exh. O to *Muller Declaration*);                             |
| 7   | 16. Exhibit 18 to the *Hagman Declaration* (Exh. P to *Muller Declaration*);                             |
| 8   | 17. Exhibit 19 to the *Hagman Declaration* (Exh. Q to *Muller Declaration*);                             |
| 9   | 18. Exhibit 21 to the *Hagman Declaration* (Exh. R to *Muller Declaration*);                             |
| 10  | 19. Exhibit 24 to the *Hagman Declaration* (Exh. S to *Muller Declaration*);                             |

Plaintiff's instant request to file under seal is limited to the documents and testimony identified by Defendant and is intended to honor Defendant's request that certain documents and testimony be sealed.

Dated: April 24, 2023

Respectfully submitted,

**VENTURA HERSEY & MULLER, LLP**

/s/ *Daniel J. Muller*
Daniel J. Muller, SBN 193396
Anthony F. Ventura, SBN 191107
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023

Nickolas J. Hagman (*admitted pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485

*Attorneys for Plaintiff Jenale Nielsen & the proposed Class*

**PLAINTIFF'S APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS IN SUPPORT OF MOTION TO CERTIFY CLASS ACTION UNDER SEAL**