DANIEL J. MULLER, SBN 193396
dmuller@venturahersey.com
ANTHONY F. VENTURA, SBN 191107
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023

Nickolas J. Hagman (*admitted pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone:(312) 782-4880
Facsimile: (312) 782-4485

Attorneys for Plaintiff Jenale Nielsen &
the Proposed Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., Inc., a Florida Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-02055-DOC-ADS<br><br>**[PROPOSED] ORDER ALLOWING CERTAIN DOCUMENTS IN SUPPORT OF MOTION TO CERTIFY CLASS ACTION UNDER SEAL**<br><br>Date: July 28, 2023<br>Time: 8:30 a.m.<br>Judge: Hon. David O. Carter<br>Court: 9D |

The Court, having considered Plaintiff's Application For Leave To File Certain Documents In Support of Motion To Certify Class Action Under Seal, and having found that compelling reasons exits to seal the documents, **HEREBY ORDERS** that the application is GRANTED in its entirety. Accordingly, Plaintiffs are hereby granted leave to file the following documents under seal:

1. An unredacted version of the *Memorandum of Points and Authorities In Support of Plaintiff's Motion For Class Certification;*
2. An unredacted version of the *Memorandum of Points and Authorities* with proposed redactions highlighted in yellow*;*
3. An unredacted version of the *Declaration of Nickolas J. Hagman*;
4. Exhibit 5 to the *Hagman Declaration*;
5. Exhibit 6 to the *Hagman Declaration*;
6. Exhibit 7 to the *Hagman Declaration*;
7. Exhibit 8 to the *Hagman Declaration*;
8. Exhibit 9 to the *Hagman Declaration*;
9. Exhibit 10 to the *Hagman Declaration*);
10. Exhibit 11 to the *Hagman Declaration*;
11. Exhibit 12 to the *Hagman Declaration*;
12. Exhibit 13 to the *Hagman Declaration*;
13. Exhibit 14 to the *Hagman Declaration*;
14. Exhibit 15 to the *Hagman Declaration*;
15. Exhibit 17 to the *Hagman Declaration*;
16. Exhibit 18 to the *Hagman Declaration*;
17. Exhibit 19 to the *Hagman Declaration*;
18. Exhibit 21 to the *Hagman Declaration*;

/ /
/ /
/ /

**[PROPOSED] ORDER ALLOWING CERTAIN DOCUMENTS IN SUPPORT OF MOTION TO CERTIFY CLASS ACTION UNDER SEAL**

-2-

19.   Exhibit 24 to the *Hagman Declaration*;

**IT IS SO ORDERED.**

Dated: _____      _____
                                                                    Hon. David O. Carter
                                                                    United States District Judge

-2-
[PROPOSED] ORDER ALLOWING CERTAIN DOCUMENTS IN SUPPORT OF MOTION TO CERTIFY CLASS ACTION UNDER SEAL