# EXHIBIT 6

5/30/23, 3:03 PM
How will Disneyland determine reservation capacity limits for Magic Key annual passes? – Orange County Register

Case 8:21-cv-02055-DOC-ADS Document 70-7 Filed 05/31/23 Page 2 of 5 Page ID #:1432

# How will Disneyland determine reservation capacity limits for Magic Key annual passes?

Details about Magic Key reservation capacity levels will be locked in a black box that has only one key held by Disneyland's crowd control managers.



Main Street U.S.A. has plenty of room for mid-summer strolling and selfies at Disneyland in Anaheim, CA, on Wednesday, July 3, 2019. (Photo by Jeff Gritchen, Orange County Register/SCNG)

By **BRADY MACDONALD** | bmacdonald@scng.com |
PUBLISHED: August 20, 2021 at 9:56 a.m. | UPDATED: August 20, 2021 at 4:26 p.m.

Disneyland's new Magic Key program comes with one great unknown: The Anaheim theme park will set a cap on annual pass reservations each day without disclosing the number of spots available or the formula used for calculating capacity.

5/30/23, 3:08 PM
How will Disneyland determine reservation capacity limits for Magic Key annual passes? – Orange County Register
Case 8:21-cv-02055-DOC-ADS   Document 70-7   Filed 05/31/23   Page 3 of 5   Page ID #:1433

Disneyland's new Magic Key annual passes will go on sale no earlier than 10 a.m. on Wednesday, Aug. 25 with prices ranging from $399 to $1,399. Disneyland ended its former four-decade-old annual pass program in January during the extended coronavirus closures of the parks.

Sign up for our Park Life newsletter and find out what's new and interesting every week at Southern California's theme parks. Subscribe here.

**SEE ALSO:** Will Disneyland sell out of Magic Key annual passes?

Magic Key annual passes come with one important new restriction — passholders will be required to make advance reservations before visiting Disneyland or Disney California Adventure.

Before the pandemic, Disneyland passholders controlled when they visited the parks based on a blockout calendar for each pass level. Now that power dynamic has been turned on its head and Disneyland will control if and when passholders can make reservations based on capacity levels— all at the flip of a switch without any explanation.

State officials lifted theme park attendance capacity limits and most other COVID-19 health and safety restrictions on June 15. New reservation requirements for passholders and daily ticket holders mean Disneyland and DCA may never return to capacity levels seen prior to the pandemic because of Disney's ability to constantly adjust attendance levels based on demand.

Disneyland is managing attendance by leveraging its theme park reservation system that requires advance reservations for Magic Key holders and day guests to help provide a great guest experience, according to Disney officials. Magic Key holders will reserve dates from a separate theme park reservation inventory and access calendar than regular day visitors, according to Disneyland officials.

Disneyland's theoretical maximum capacity is about 85,000, according to Touring Plans, which uses big data and statistical analysis to calculate daily theme park crowd sizes. Disneyland attracts an average of 51,000 visitors per day, according to the Themed Entertainment Association/AECOM.

Disneyland officials won't say how many people had annual passes, but theme park industry observers have estimated the number to be 1 million. Annual passholders comprised an estimated 50% of Disneyland resort attendance, according to UBS financial analysts.

**SEE ALSO:** Disneyland annual passholders won't get Magic Key pre-sale access

How will Disneyland determine capacity limits for Magic Key annual passes?

That's a secret that likely will never be revealed. Details about Magic Key reservation capacity levels will be locked in a black box that has only one key held by Disneyland's crowd control managers.

What can cause Disneyland to limit Magic Key capacity levels?

Pretty much anything.

Case 8:21-cv-02055-DOC-ADS Document 70-7 Filed 05/31/23 Page 4 of 5 Page ID #:134

Theme park capacity may be limited "from time to time" due to weather, seasonal considerations and special events, according to the Magic Key website.

That means Disneyland can limit Magic Key capacity if it's raining or forecast to rain — or even if it's windy, cloudy or sunny. Special events like the Disney California Adventure Food & Wine Festival, Oogie Boogie Bash and other festivities tied to Lunar New Year, Halloween and Christmas could trigger Magic Key capacity limits.

Passholder reservations can be restricted due to capacity levels or low demand — essentially whenever Disneyland is crowded or uncrowded. It's unlikely Disneyland crowd control managers would restrict passholder access when attendance is low — but they could.

The rehabilitation or refurbishment of attractions, restaurants and any entertainment offerings can impact Magic Key capacity limits. That means keyholders may find fewer reservations available when a ride goes down for a seasonal rehab, until nighttime spectaculars return and while live shows and parades remain on hiatus.

In addition, Magic Key reservations can be limited due to natural disasters like earthquakes, wildfires and floods as well as pandemics.

If that doesn't cover every possibility, theme park capacity may also be limited for "any other reason," according to the Magic Key website.

**SEE ALSO:** Disneyland may offer pay-to-ride option for Rise of the Resistance

Passholders won't know how attendance capacity will be divided between the four Magic Key tiers — the $1,399 Dream Key, $949 Believe Key, $649 Enchant Key and $399 Imagine Key.

Carissa Baker, a University of Central Florida assistant professor of theme park and attraction management, said Walt Disney World's current ticketing system may signal some of the choices Disneyland might make with capacity allocation.

"The reservation system at Disney World has daily allocations for standard tickets, resort hotel guests and annual passes," Baker said via email. "Disneyland could have similar allocations when Magic Keys are rolled out."

Disneyland has decades of attendance pattern data on daily ticket holders and annual passholders that can be used to determine the optimum theme park capacity for any day based on profitability and visitor comfort, according to Leisure Business Advisors managing director John Gerner.

Disneyland passholder reservations could be allocated starting with the highest cost pass level and moving down through the tiers until all visitor slots have been allocated for a specific day, according to Gerner.

5/30/23, 3:08 PM  how will Disneyland determine reservation capacity limits for Magic Key annual passes? – Orange County Register

Case 8:21-cv-02055-DOC-ADS  Document 70-7  Filed 05/31/23  Page 5 of 5  Page ID #:435

Disneyland has a variety of levers, knobs and buttons that can be adjusted to maintain a careful balance between ticket holder and passholder attendance, according to Martin Lewison, a theme park expert at Farmingdale State College in New York.

"Disneyland Resort has real issues relating to capacity, supply chain and staffing," Lewison said via email. "The resort must do whatever it has to in order to adjust attendance, not only for operations in general, but also relative to any COVID-related measures that may pertain, now or in the future."

**SEE ALSO:** Disneyland drops free FastPasses, will charge extra to skip lines on some rides

The Magic Key reservation system allows Disneyland to restrict passholders on days with higher full-price ticket sales and open the floodgates on days that need an attendance boost, according to MiceChat.

"Reservations will allow Disneyland to more accurately track the patterns of passholders," according to MiceChat. "Having full control of how many passholders can be in the park on any given day will let Disney more accurately disperse passholders across the calendar."

Top-tier Dream keyholders can visit any day of the year while mid-range Enchant keyholders get 216 days of annual access to the parks — provided they can secure a reservation.

"That might not mean much depending on just how much availability Disneyland allots to your Magic Key level on any given day," according to MiceChat. "The number of top-level Dream Key holders allowed to make reservations on any given day versus the number of mid-range Enchant Key holders allowed to make reservations could be wildly different and vary day-to-day — and Magic Keyholders won't know any difference."