| | |
|---|---|
| 1 | DAVID C. MARCUS (CA Bar No. 158704) |
| 2 | (Email: david.marcus@wilmerhale.com)<br>WILMER CUTLER PICKERING |
| 3 |     HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2400 |
| 4 | Los Angeles, California 90071 |
| 5 | Telephone: (213) 443-5312<br>Facsimile: (213) 443-5400 |
| 6 | |
| 7 | *Attorneys for Defendant*<br>*Walt Disney Parks and Resorts U.S., Inc.* |
| 8 | |
| 9 | *(additional counsel listed below)* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 10, inclusive,<br>Defendants. | Case No. 8:21-cv-02055-DOC-ADS<br><br>**DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

---

**WDPR'S NOTICE OF SUPPLEMENTAL AUTHORITY**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, No. 8:21-cv-02055

ALAN SCHOENFELD (*admitted pro hac vice*)
(Email: alan.schoenfeld@wilmerhale.com)
RYAN CHABOT (*admitted pro hac vice*)
(Email: ryan.chabot@wilmerhale.com)
WILMER CUTLER PICKERING
     HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

MARGARITA BOTERO (*admitted pro hac vice*)
(Email: margarita.botero@wilmerhale.com)
WILMER CUTLER PICKERING
     HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3130
Facsimile: (720) 274-3133

*Attorneys for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

1        Defendant Walt Disney Parks and Resorts U.S., Inc. ("WDPR") respectfully submits this Notice of Supplemental Authority in Support of its Opposition to Plaintiff Jenale Nielsen's Motion for Class Certification to notify the Court of *McGinity v. The Procter & Gamble Company*, 69 F.4th 1093 (9th Cir. 2023), which the Ninth Circuit issued on June 9, 2023, after WDPR filed its opposition to class certification (ECF No. 69). The Court's opinion is attached as **Exhibit A.**

       In *McGinity*, the Ninth Circuit affirmed the dismissal of a plaintiff's claims for false advertising under California consumer protection laws, including the California Consumer Legal Remedies Act (CLRA) at issue here. In doing so, the Court explained that when allegedly deceptive language is ambiguous, courts must consider what additional information was available to consumers of the products. *See McGinity v. The Procter & Gamble Co.*, No. 22-15080 (June 9, 2023), slip op. at 9 ("This ambiguity means that, like in [*Moore v. Trader Joe's Co.*, 4 F.4th 874, 876-877 (9th Cir. 2021)], we must consider what additional information other than the front label was available to consumers of the P&G products."). This decision confirms that a class action cannot be certified for the CLRA claim because individualized, non-classwide extrinsic evidence of "what additional information … was available to consumers" of the Dream Key pass would be necessary to assess the merits of each classmember's claim. *See* ECF No. 69-1 at 9-12.

Dated: June 30, 2023              <u>*/s/ Alan Schoenfeld*</u>

                                      Alan Schoenfeld

                                      WILMER CUTLER PICKERING HALE AND DORR LLP

                                      *Attorneys for Defendant Walt Disney Parks and Resorts U.S., Inc.*

---

**WDPR'S NOTICE OF SUPPLEMENTAL AUTHORITY**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, No. 8:21-cv-02055