DANIEL J. MULLER, SBN 193396
dmuller@venturahersey.com
ANTHONY F. VENTURA, SBN 191107
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023

Nickolas J. Hagman (*admitted pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone:(312) 782-4880
Facsimile: (312) 782-4485

Attorneys for Plaintiff Jenale Nielsen &
the Proposed Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., Inc., a Florida Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-02055-DOC-ADS<br><br>**DECLARATION OF DANIEL MULLER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE PURUSANT TO RULE 37**<br><br>Date: July 28, 2023<br>Time: 8:30 a.m.<br>Judge: Hon. David O. Carter<br>Court: 9D |

I, Daniel J. Muller, declare as follows:

    1. I am an attorney admitted to practice in the Central District of California. I am a partner at the law firm of Ventura Hersey & Muller LLP

---

**DECLARATION OF DANIEL MULLER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE PURUSANT TO RULE 37**

1  ("VHM"), one of the firms representing Plaintiff Jenale Nielsen. I am competent to
2  make this declaration, which is based upon my personal knowledge. I could
3  competently testify to the facts stated herein if called as a witness. I submit this
4  declaration in support of Plaintiff's Response in Opposition to Disney's Motion to
5  Exclude Pursuant to Federal Rule of Civil Procedure 37.

6      2.    Attached as **Exhibit A** is a true and correct copy of Plaintiff's Initial
7  Disclosures, dated April 14, 2022.

8      3.    Attached as **Exhibit B** is a true and correct copy of Plaintiff's
9  Responses and Objections to Disney's Interrogatories, dated July 6, 2022.

10      4.    On September 19, 2022, the parties mediated this matter before the
11  Honorable Suzanne H. Segal (Ret.). During the mediation, ███████
12  ████████████████████████████████████████████████
13  ████████████████████████████████████████████████
14  ████████████████████████████████████████████████
15  ████

16      5.    On September 24, 2022, my partner Anthony Ventura provided Judge
17  Segal with ████████████████████████████████████
18  ████████████████████████████████████████████████
19  ████████████████████████████████████████████████
20  ████████████████████████████████████████████████
21  ████████████████████████████.

22      6.    On September 27, 2022, ████████████████████████
23  ████████████████████████████████████████████████
24  ████████████████████████████████████████████████
25  ████████████████████████████████████████████████
26  ████████████████████████████████████████
27  ████████████████████████████████████████████████
28  ████████████████████████████████████████

1 ██████████████████████████████████████████████

2 ███████████████████████████████████████████████████

3 ████████████████████████████████.

4     7.    Mr. Schoenfeld acknowledged receipt of my email █████████

5 ████████████████████████████████████ September 27, 2022.

6     8.    I have not included copies of the aforementioned memorandum and email correspondence because they contain settlement communications. I can and will provide copies to the Court upon request.

9     9.    Attached as **Exhibit C** is a true and correct copy of Plaintiff's Second Set of Requests for Production of Documents, dated October 26, 2022.

11     10.    Attached as **Exhibit D** is a true and correct copy of Plaintiff's Third Set of Requests for Production of Documents, dated January 20, 2023.

13     11.    On January 13, 2023, one of Plaintiff's Counsel, Nickolas Hagman, requested a stipulated change to the case Scheduling Order because of an unexpected family emergency. On January 19, 2023, the Court granted the schedule change as requested by the parties.

17     12.    On April 5, 2023, I contacted Mr. Schoenfeld by phone to discuss expert discovery. I advised Mr. Schoenfeld that it was Plaintiff's position that the parties made a mistake in the January 13 stipulated extension by failing to request a change to the expert discovery schedule when the parties adjusted every other deadline. I explained that the failure to request a change to the expert discovery deadline was inadvertent and led to results that were unintended. I proposed that the parties enter into a new stipulation requesting a schedule change regarding expert discovery. Mr. Schoenfeld advised that he would discuss the request with his client. I followed up with Mr. Schoenfeld via an electronic mail message and reiterated that the failure to address expert discovery deadlines in the proposed revisions to the Scheduling Order was inadvertent and led to unintended results for the parties. In the email, I outlined Plaintiff's proposal that the parties stipulate to

extend the expert discovery cut-off date to June 30, 2023, to allow for expert discovery, and provided a draft of a proposed stipulation. On April 11, 2023, Disney rejected Plaintiff's proposal. A true and correct copy of the April 5, 2023 email and Disney's counsel's April 11, 2023 response thereto is attached hereto as **Exhibit E**.

13. Attached as **Exhibit F** is a true and correct copy of Plaintiff's Second Set of Interrogatories, dated January 20, 2023.

14. Attached as **Exhibit G** is a true and correct copy of excerpts from the transcript of the deposition of Disney's 30(b)(6) designee regarding Disney's conjoint survey, taken on March 17, 2023, in Los Angeles, California.

15. Attached as **Exhibit H** is a true and correct copy of Plaintiff's Rule 30(b)(6) Deposition Notice to Defendant Walt Disney Parks and Resorts U.S. Inc., dated March 3, 2023.

16. Attached as **Exhibit I** is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Jenale Nielsen, taken on March 13, 2023, in Los Angeles, California.

17. Attached as **Exhibit J** is a true and correct copy of excerpts from the transcript of the deposition of Disney's damages expert Rebecca Kirk Fair, taken on June 27, 2023 in Boston, Massachusetts.

18. Attached as **Exhibit K** is a true and correct copy of Plaintiff's First Set of Requests for Production of Documents, dated April 14, 2022.

19. Attached as **Exhibit L** is a true and correct copy of a printout of spreadsheet that Disney produced natively in this litigation as WDPR-NIELSEN-00012023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 7, 2023                                         /s/ *Daniel J. Muller*