# Exhibit A

1  DANIEL J. MULLER, SBN 193396
   *dmuller@venturahersey.com*
2  ANTHONY F. VENTURA, SBN 191107
   *aventura@venturahersey.com*
3  VENTURA HERSEY & MULLER, LLP
   1506 Hamilton Avenue
4  San Jose, California 95125
   Telephone: (408) 512-3022
5  Facsimile: (408) 512-3023

6  Attorneys for Plaintiff Jenale Nielsen &
   the Proposed Class
7
                    UNITED STATES DISTRICT COURT
8
                   CENTRAL DISTRICT OF CALIFORNIA
9

10

11 | JENALE NIELSEN, individually and on behalf of others similarly situated, | Case No.: 8:21-cv-02055-DOC-ADS |
   |---|---|
12 | Plaintiff, | PLAINTIFF JENALE NIELSEN'S INITIAL DISCLOSURES |
13 | vs. | |
14 | WALT DISNEY PARKS AND RESORTS U.S., Inc., a Florida Corporation, and DOES 1 through 25, inclusive, | |
15 | | |
16 | Defendants. | |

**PLAINTIFF JENALE NIELSEN'S INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Jenale Nielsen hereby makes the following Initial Disclosures.

All of the disclosures contained herein are based on such information and documents that are presently available and known. It is possible that facts and legal contentions may warrant amendment or supplementation of these disclosures. This initial disclosure is given without prejudice to the right to identify and produce witnesses, documents, or other information which are subsequently deemed relevant to the subject matter of this lawsuit. Accordingly, Ms. Nielsen reserves the right to change and supplement any and all disclosures herein as additional facts are ascertained, analyses are made, legal research is completed, and contentions are made.

**I.   INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT MS. NIELSEN MAY USE TO SUPPORT HER CLAIMS OR DEFENSES**

Pursuant to Rule 26(a)(1)(A)(i), Ms. Nielsen discloses that, based upon her knowledge at this time, the individuals listed below may have discoverable, non-privileged, information that may be used to support Ms. Nielsen's claims and defenses:

<u>Jenale Nielsen</u>. Ms. Nielsen has knowledge about her receipt and review of Disney's Advertisement for Dream Key passes. She also has information about her purchase of a Dream Key pass, her experience attempting to use her Dream Key pass to make reservations for Disney's theme parks, the availability of reservations for Disney's Anaheim theme parks, the blockout dates imposed by Disney, and Disney's refusal to allow Ms. Nielsen and other Dream Key passholders to make available reservations with Dream Key passes.

**II.   DOCUMENTS, ESI, AND TANGIBLE THINGS THAT MS. NIELSEN MAY USE TO SUPPORT HER CLAIMS OR DEFENSES**

Ms. Nielsen is aware of the following documents that are relevant to events and circumstances potentially at issue in this matter:

1. The Advertisement attached as Exhibit A to the First Amended Complaint;
2. The Terms and Conditions applicable to Dream Key passes;
3. Electronic mail correspondence between Disney and Ms. Nielsen regarding Dream Key passes;

**PLAINTIFF JENALE NIELSEN'S INITIAL DISCLOSURES**

4. Publicly available reservation information from Disney's website.

### III. DAMAGES

Ms. Nielsen seeks damages as follows: (1) economic damages including the purchase price of her Dream Key pass ($1,399.00) and related economic harm caused by Disney's misrepresentations and breach of contract; (2) the cost of tickets purchased to use on days when the Dream Key pass was blocked out; (3) punitive damages; (4) attorneys' fees.

Ms. Nielsen is unable to calculate classwide damages until she receives initial disclosures and discovery from Disney providing information about the size of the putative class.

### IV. INSURANCE AGREEMENTS

Pursuant to Rule 26(a)(1)(A)(iv), Ms. Nielsen is not aware of any insurance agreement that would make an insurance business liable to satisfy all or part of a judgment that may be entered in this action against Disney.

Dated: April 14, 2022            VENTURA HERSEY & MULLER LLP

                                 By: _____
                                     DANIEL J. MULLER
                                     Attorneys for Plaintiff and the Proposed Class