# Exhibit E

## Daniel Muller

| | |
|---|---|
| **From:** | Daniel Muller |
| **Sent:** | Wednesday, April 5, 2023 2:24 PM |
| **To:** | Schoenfeld, Alan E |
| **Cc:** | Chabot, Ryan; Bryan L. Clobes; Nickolas Hagman |
| **Subject:** | Proposed Stipulation |
| **Attachments:** | Nielsen - Disneyland - Stipulation re Schedule Change - Apr 2023.docx |

Alan – I'm following up on our call from this morning.  To summarize, it is Plaintiff's position that the deadline for the parties to disclose expert witnesses is 90 days before trial per Rule 26.  We believe that the expert discovery cut-off date should have been changed when we moved other dates in the case and that it was an oversight by the parties not to request the change.  Absent agreement by the parties, the current state of things is that the parties still have time to disclose experts, but no party will be allowed to depose the other party's expert.  We think that this result was not the intention of the parties when they changed some of the discovery deadlines.  We propose, therefore, that the parties stipulate to extend the expert discovery cutoff date to Jun 30th.  Our expert will be disclosed when we file our motion to certify on April 24th.  Our expert will then be available for deposition.  Presumably, Disney's expert will be disclosed when it files its opposition to certify.  We would then seek to take that expert's deposition in June prior to filing our Reply on the motion to certify.

Please consider the proposed schedule and stipulation and let us know if you and your client will agree.  Happy to discuss if you'd like.

Best,

Dan

Daniel J. Muller
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, CA 95125
Direct:  408-512-3025
Main:   408-512-3022
Fax:     408-512-3023



DANIEL J. MULLER, SBN 193396
dmuller@venturahersey.com
ANTHONY F. VENTURA, SBN 191107
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone:  (408) 512-3022
Facsimile:  (408) 512-3023

Nickolas J. Hagman (*admitted pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone:   (312) 782-4880
Facsimile:    (312) 782-4485

*Attorneys for Plaintiff Jenale Nielsen*

DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
        HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

(additional counsel listed below)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., Inc., a Florida Corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.:  8:21-cv-02055-DOC-ADS<br><br>**APPLICATION FOR MODIFICATION OF EXPERT DISCOVERY CUTOFF DATE**<br><br>Judge:  Hon. David O. Carter |

ALAN SCHOENFELD (*admitted pro hac vice*)
(Email: alan.schoenfeld@wilmerhale.com)
RYAN CHABOT (*admitted pro hac vice*)
(Email: ryan.chabot@wilmerhale.com)
WILMER CUTLER PICKERING
        HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

MARGARITA BOTERO (*admitted pro hac vice*)
(Email: margarita.botero@wilmerhale.com)
WILMER CUTLER PICKERING
        HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3130
Facsimile: (720) 274-3133


*Attorneys for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

**APPLICATION FOR MODIFICATION OF EXPERT DISCOVERY CUTOFF DATE**

Plaintiff Jenale Nielsen ("Plaintiff") and Defendant Walt Disney Parks and Resorts U.S., Inc. ("Defendant") hereby jointly stipulate:

WHEREAS, per the Court's most recent Scheduling Order, the expert discovery cutoff date in this case was April 4, 2023 (Doc. No. 60);

WHEREAS, the Parties have not yet disclosed their experts and no expert depositions have taken place;

WHEREAS, Plaintiff's Motion to Certify the proposed class will be filed April 24, 2023;

WHEREAS, Defendant's Opposition to Plaintiff's Motion to Certify will be filed on May 31, 2023;

WHEREAS, the Parties jointly request that the Court extend the expert discovery cutoff date until June 30, 2023;

WHEREAS, the requested change in the expert discovery cutoff date will not effect the dispositive motion cutoff date, the pretrial conference date, or the trial date;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties, subject to approval of the Court, that certain case deadlines in the matter be adjusted as follows:

| Event | Current Date | Stip. New Date |
|---|---|---|
| Expert Discovery Cutoff | 4/4/2023 | 6/30/2023 |

The Parties hereby respectfully request that the Court issue an order adjusting the Scheduling Order in accordance with the stipulated new date.

Respectfully submitted,

Dated: April 5, 2023

/s/
DANIEL J. MULLER (CA Bar No. 193396)
dmuller@venturahersey.com
ANTHONY F. VENTURA (CA Bar No. 191107)
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Fax: (408) 512-3023

Nickolas J. Hagman (admitted *pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone:    (312) 782-4880
Facsimile:     (312) 782-4485

Attorneys for Plaintiff Jenale Nielsen

Dated: April 5, 2023

/s/
DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
        HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

ALAN SCHOENFELD (*admitted pro hac vice*)
(Email: alan.schoenfeld@wilmerhale.com )
RYAN CHABOT (*admitted pro hac vice*)
(Email: ryan.chabot@wilmerhale.com)
WILMER CUTLER PICKERING
        HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

MARGARITA BOTERO (*admitted pro hac vice*)
(Email: margarita.botero@wilmerhale.com )
WILMER CUTLER PICKERING
        HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3130
Facsimile: (720) 274-3133

*Attorneys for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

## Daniel Muller

| | |
|---|---|
| **From:** | Chabot, Ryan <Ryan.Chabot@wilmerhale.com> |
| **Sent:** | Tuesday, April 11, 2023 5:34 PM |
| **To:** | Daniel Muller; Schoenfeld, Alan E |
| **Cc:** | bclobes@caffertyclobes.com; Nickolas Hagman |
| **Subject:** | RE: Proposed Stipulation |

Dan, following up on your email.  We disagree with your position on the expert disclosure deadline.  In our view, it has been unambiguous since the Court's June 23, 2022 scheduling order that the "discovery cut-off date includes expert discovery."  ECF No. 51 at 3.  We therefore view the time to disclose expert reports and complete any other expert discovery as having closed on April 4, 2023.  WDPR will not stipulate to reopen and extend it to June 30.  If Ms. Nielsen serves an untimely expert report or seeks relief from the Court related to this issue, WDPR reserves all rights.

Thanks,
Ryan

**Ryan Chabot | WilmerHale**
+1 212 295 6513 (o)
+1 603 540 3649 (m)

---

**From:** Chabot, Ryan
**Sent:** Wednesday, April 5, 2023 5:47 PM
**To:** Daniel Muller <dmuller@venturahersey.com>; Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>
**Cc:** bclobes@caffertyclobes.com; Nickolas Hagman <NHagman@caffertyclobes.com>
**Subject:** RE: Proposed Stipulation

Thanks, Dan.  Alan caught me up on your call this morning.  However, he left this afternoon for vacation out of the country; so we will consider and discuss with our client your position and draft stipulation, but it may take me a bit to revert.

Ryan

**Ryan Chabot | WilmerHale**
+1 212 295 6513 (o)
+1 603 540 3649 (m)

---

**From:** Daniel Muller <dmuller@venturahersey.com>
**Sent:** Wednesday, April 5, 2023 5:24 PM
**To:** Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>
**Cc:** Chabot, Ryan <Ryan.Chabot@wilmerhale.com>; bclobes@caffertyclobes.com; Nickolas Hagman <NHagman@caffertyclobes.com>
**Subject:** Proposed Stipulation

**EXTERNAL SENDER**

Alan – I'm following up on our call from this morning.  To summarize, it is Plaintiff's position that the deadline for the parties to disclose expert witnesses is 90 days before trial per Rule 26.  We believe that the expert discovery cut-off date should have been changed when we moved other dates in the case and that it was an oversight by the parties not to

request the change.  Absent agreement by the parties, the current state of things is that the parties still have time to disclose experts, but no party will be allowed to depose the other party's expert.  We think that this result was not the intention of the parties when they changed some of the discovery deadlines.  We propose, therefore, that the parties stipulate to extend the expert discovery cutoff date to Jun 30th.  Our expert will be disclosed when we file our motion to certify on April 24th.  Our expert will then be available for deposition.  Presumably, Disney's expert will be disclosed when it files its opposition to certify.  We would then seek to take that expert's deposition in June prior to filing our Reply on the motion to certify.

Please consider the proposed schedule and stipulation and let us know if you and your client will agree.  Happy to discuss if you'd like.

Best,

Dan

Daniel J. Muller
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, CA 95125
Direct:  408-512-3025
Main:   408-512-3022
Fax:     408-512-3023

**VENTURA HERSE**