# Exhibit G

Entire Document Sought To Be Sealed