# Exhibit H

DANIEL J. MULLER, SBN 193396
dmuller@venturahersey.com
ANTHONY F. VENTURA, SBN 191107
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone:  (408) 512-3022
Facsimile:  (408) 512-3023

Nickolas J. Hagman (*admitted pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone:   (312) 782-4880
Facsimile:    (312) 782-4485

*Attorneys for Plaintiff Jenale Nielsen*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., Inc., a Florida Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  8:21-cv-02055-DOC-ADS<br><br>**PLAINTIFF JENALE NIELSEN'S RULE 30(B)(6) DEPOSITION NOTICE TO DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.**<br><br>**Date:    March 17, 2023**<br>**Time:    9:00 a.m. Pacific** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Jenale Nielsen will take the deposition of Defendant Walt Disney Parks and Resorts U.S., Inc. ("Disney") through one or more of its officers, directors, managing agents, or other persons who consent to testify on its behalf at Wilmer Cutler Pickering Hale and Dorr, LLP, 350 South Grand Avenue, Suite 2400, Los Angeles, California 90071, or via remote means, on March 17, 2023, at 9:00 a.m. PST, or at a time and place mutually agreeable to the parties. The deposition will continue from day to day until completed. The deposition shall be taken before a qualified certified shorthand reporter or other officer authorized to administer oaths who may be present at such time and place and will be recorded stenographically. Such deposition will be taken for purposes of discovery, for use as evidence at trial and for any other permissible purpose under the Federal Rules of Civil Procedure and Federal Rules of Evidence.

A listing of topics for designation is attached hereto as Exhibit A.

Dated: March 3, 2023

CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP

By: /s/ *Nickolas J. Hagman*
DANIEL J. MULLER (CA Bar No. 193396)
dmuller@venturahersey.com
ANTHONY F. VENTURA (CA Bar No. 191107)
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Fax: (408) 512-3023

Nickolas J. Hagman (admitted *pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone:    (312) 782-4880
Facsimile:    (312) 782-4485

*Attorneys for Plaintiff Jenale Nielsen and the Putative Class*

**EXHIBIT A**

**DEFINITIONS AND INSTRUCTIONS**

In the event of any conflict or ambiguity between the following definitions, common usage and reference to any cited rules, statutes, or regulations should be used to provide the broadest interpretation of the term in question.

1.      The words "and" and "or" shall be construed in the conjunctive and disjunctive sense as necessary to bring within the scope of topics any documents, communications, or responses that might otherwise be construed to be outside their scope.

2.      The words "any" and "all" shall be understood to encompass "any and all."

3.      The terms "Disney," "You," or "Your" shall mean the parties to whom these requests are directed, as well as their partners, agents, servants, employees, independent contractors and all other Persons acting for said party and all affiliated entities, subsidiaries and parent companies, and the predecessors, successors in interest and assigns of each.

4.      The term "Complaint" refers to the Second Amended Complaint filed by Ms. Nielsen in the above-captioned case, and all amendments or supplements thereto that may be filed.

5.      The term "communication(s)" shall mean any oral, written, electronic, or other exchange of words, thoughts, information, or ideas to another person or entity, whether in person, in a group, by telephone, by letter, by facsimile, or by any other process, electric, electronic, or otherwise. All such communications in writing shall include, without limitation, printed, typed, handwritten, or other readable documents, correspondence, memoranda, reports, contracts, drafts (both initial and subsequent), computer discs or transmissions, e-mails, instant messages, tape or video recordings, voicemails, diaries, log books, minutes, notes, studies, surveys and forecasts, and any and all copies thereof.

6.      The words "concern" or "concerning" include referring to, eluding to, responding to, relating to, connected with, commenting on, with respect, about, regarding, discussing, showing, recording, describing, mentioning, reflecting, analyzing, constituting, evidencing or pertaining to.

7.      The terms "document(s)" shall mean and include all originals, copies, duplicates, drafts or other production of any written, graphic or otherwise recorded matter, however produced

or reproduced, whether inscribed by hand, mechanical, electronic, microfilm or photographic or by any other means and including, but not limited to, books, records, statements, financial records, correspondence, memoranda, reports, lists, studies, agreements, printouts, pamphlets, notes, drawings, graphs, charts, photographs, diary and calendar entries, records of meetings, conferences and telephone or other conversations or communications, minutes, work papers, drafts, appraisals, studies, facsimiles, telegrams, and other data compilations from which information can be obtained or translated, if necessary, by you through detection devices into reasonably usable form. The term "document" also includes non-printed matter such as voice recordings and reproductions, computer files and databases, and other things that document or record ideas, words or impressions.

8.    "Including" means including, but not limited to.

9.    The term "relating to" shall mean directly or indirectly concerning, relating to, consisting of, referring to, being connected with, or reflecting upon a stated subject matter.

10.    You shall produce to Plaintiff any and all Documents and tangible things relevant to the topics at the time of the examinations taken pursuant to this notice to the extent You have not previously produced them in this Action.  You shall produce to Plaintiff within five (5) calendar days prior to any such examination any and all Documents You reviewed or used in preparation for the deposition, including any Documents You used during Your investigation to prepare for said topics

## TOPICS

**Topic No. 1:**

Analyses, including conjoint analyses, customer surveys, or market research performed by or on behalf of Disney concerning the Magic Keys, including any conclusions drawn or decisions made concerning Magic Keys therefrom.

**Topic No. 2:**

The price of and benefits associated with Magic Key passes, including the consideration of the sales price and various benefits of Dream Key passes.

Dated: March 3, 2023

/s/ *Nickolas J. Hagman*

DANIEL J. MULLER (CA Bar No. 193396)
dmuller@venturahersey.com
ANTHONY F. VENTURA (CA Bar No. 191107)
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Fax: (408) 512-3023

Nickolas J. Hagman (admitted *pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone:     (312) 782-4880
Facsimile:     (312) 782-4485

*Attorneys for Plaintiff Jenale Nielsen*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Nickolas J. Hagman, hereby certify that on March 3, 2023, I caused a true and correct copy of the foregoing *Plaintiff Janale Nielsen's Rule 30(b)(6) Deposition Notice* to be served upon the following by electronic mail:

Alan Schoenfeld
alan.schoenfeld@wilmerhale.com
Ryan Chabot
ryan.chabot@wilmerhale.com
WILMER CUTLER PICKERING
HALE DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

David C. Marcus
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
HALE DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071

Margarita Botero
margarita.botero@wilmerhale.com
WILMER CUTLER PICKERING
HALE DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202