# Exhibit I

Page 1

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4   JENALE NIELSEN, individually) Case No.: 8:21-cv-
     and on behalf of others     )           02055-DOC-
 5   similarly situated,          )           ADS
                                  )
 6              Plaintiff,        )
                                  )
 7        vs.                     )
                                  )
 8   WALT DISNEY PARKS AND        )
     RESORTS U.S., INC., a        )
 9   Florida corporation; and    )
     DOES 1 through 10,           )
10   inclusive,                   )
                                  )
11              Defendants.       )
     _____ )
12

13

14

15

16        DEPOSITION OF JENALE ROMANA NIELSEN

17              LOS ANGELES, CALIFORNIA

18              MONDAY, MARCH 13, 2023

19

20

21

22

23

24   TSG JOB NO.: 223233
     REPORTED BY:
25   DORIEN SAITO, CSR 12568, CLR
```

A I just want to recover what's fair for everybody. To get our monies worth, what we paid for it, what we were promised. That's what I want. I think it was wrong and I just don't want it to ever do it again.

Q So thinking about you personally, you spent $1,399 on the Dream Key; correct?

A Correct.

Q And do you hope to recover some portion of that $1,399 as damages in this case?

A I would, but I'd like for everybody else to get it too.

Q Understood, and I appreciate that. I'm focused on you --

A Sure.

Q -- individually. And I just want to understand from you, what portion of the $1,399 do you think you should recover based on the claims in the case?

MR. MULLER: Calls for expert testimony.

THE WITNESS: I'd like all of it.

BY MR. SCHOENFELD:

Q Is it your position that you got no value out of the Dream Key?

A Yeah, I don't think I got value for it.