# Exhibit J

Entire Document Sought To Be Sealed