# Exhibit L

Entire Document Sought To Be Sealed