DANIEL J. MULLER, SBN 193396
dmuller@venturahersey.com
ANTHONY F. VENTURA, SBN 191107
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023

Nickolas J. Hagman (*admitted pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone:(312) 782-4880
Facsimile: (312) 782-4485

Attorneys for Plaintiff Jenale Nielsen &
the Proposed Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., Inc., a Florida Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-02055-DOC-ADS<br><br>**PLAINTIFF'S APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS IN SUPPORT OF HER RESPONSE IN OPPOSITION TO DISNEY'S MOTION TO EXCLUDE UNDER SEAL**<br><br>Date: July 28, 2023<br>Time: 8:30 a.m.<br>Judge: Hon. David O. Carter<br>Court: 9D |

Pursuant to Local Rule 79-5.2.2(b), Plaintiff Jenale Nielsen hereby applies for leave to file under seal an unredacted version of her Response in Opposition to Disney's Motion to Exclude Pursuant to Federal Rule of Civil Procedure 37. She also seeks to file under seal an unredacted version of the Declaration of Daniel J. Muller, along with certain exhibits attached thereto.

Plaintiff makes this application because the certain of the materials which she seeks to file under seal were marked by Defendant Walt Disney Parks and Resorts U.S., Inc. as "confidential" and/or "highly confidential" pursuant to the protective order in this case. (ECF Doc. 44.) Plaintiff also seeks to file under seal certain information that is related to the parties' September 19, 2022 mediation and subsequent correspondence. Counsel for Plaintiff has met and conferred with counsel for Defendant to confirm Defendant's position that the materials should be filed under seal and to narrowly tailor any redactions so as to address Defendant's request that certain documents, or portions of documents, remain confidential. This Application is based on the instant Application and the Declaration of Daniel J. Muller in Support of Application for Leave to File Certain Documents Under Seal.

Plaintiff requests leave to file the following documents under seal:

1. An unredacted version of *Plaintiff's Response in Opposition to Disney's Motion to Exclude Pursuant to Federal Rule of Civil Procedure 37*; (Ex. 1 to Muller Declaration in Support of Application for Leave to File Under Seal) (the "Muller Sealing Declaration"));

2. An unredacted version of *Plaintiff's Response in Opposition to Disney's Motion to Exclude Pursuant to Federal Rule of Civil Procedure 37* with proposed redactions highlighted in yellow; (Ex. 2 to Muller Sealing Declaration):

3. An unredacted version of the *Declaration of Daniel J. Muller in Support of Plaintiff's Opposition to Defendant's Motion to Exclude Pursuant to Rule*

1. *37* with proposed redactions highlighted in yellow (Ex. 3 to the Muller Sealing Declaration);

4. Exhibit G to the *Declaration of Daniel J. Muller in Support of Plaintiff's Opposition to Defendant's Motion to Exclude Pursuant to Rule 37* (Ex. 4 to the Muller Sealing Declaration);

5. Exhibit J to the *Declaration of Daniel J. Muller in Support of Plaintiff's Opposition to Defendant's Motion to Exclude Pursuant to Rule 37* (Ex. 5 to the Muller Sealing Declaration);

6. Exhibit L to the *Declaration of Daniel J. Muller in Support of Plaintiff's Opposition to Defendant's Motion to Exclude Pursuant to Rule 37* (Ex. 6 to the Muller Sealing Declaration);

Plaintiff's instant request to file under seal is limited to the documents, testimony and information identified by Defendant and is intended to honor Defendant's request that certain documents and testimony be sealed.

Dated: July 7, 2023

Respectfully submitted,

**VENTURA HERSEY & MULLER, LLP**
/s/ *Daniel J. Muller*
Daniel J. Muller, SBN 193396
Anthony F. Ventura, SBN 191107
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023

/ /
/ /
/ /
/ /
/ /
/ /

Nickolas J. Hagman (*admitted pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485

*Attorneys for Plaintiff Jenale Nielsen &*
*the proposed Class*

**PLAINTIFF'S APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS IN SUPPORT OF HER RESPONSE IN OPPOSITION TO DISNEY'S MOTION TO EXCLUDE UNDER SEAL**