DANIEL J. MULLER, SBN 193396
dmuller@venturahersey.com
ANTHONY F. VENTURA, SBN 191107
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023

Nickolas J. Hagman (*admitted pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone:(312) 782-4880
Facsimile: (312) 782-4485

Attorneys for Plaintiff Jenale Nielson &
The Proposed Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., Inc., a Florida Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-02055-DOC-ADS<br><br>**[PROPOSED] ORDER ALLOWING CERTAIN DOCUMENTS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DISNEY'S MOTION TO EXCLUDE TO BE FILED UNDER SEAL**<br><br>Date: July 28, 2023<br>Time: 8:30 a.m.<br>Judge: Hon. David O. Carter<br>Court: 9D |

The Court, having considered Plaintiff's Application For Leave To File Certain Documents in support of Plaintiff's Response in Opposition to Disney's Motion to Exclude Pursuant to Federal Rule of Civil Procedure 37, and having found that compelling reasons exits to seal the documents, **HEREBY ORDERS** that the application is GRANTED in its entirety. Accordingly, Plaintiffs are hereby granted leave to file the following documents under seal:

1. An unredacted version of *Plaintiff's Response in Opposition to Disney's Motion to Exclude Pursuant to Federal Rule of Civil Procedure 37*;

2. An unredacted version of *Plaintiff's Response in Opposition to Disney's Motion to Exclude Pursuant to Federal Rule of Civil Procedure 37* with proposed redactions highlighted in yellow;

3. An unredacted version of the *Declaration of Daniel J. Muller in Support of Plaintiff's Opposition to Defendant's Motion to Exclude Pursuant to Rule 37*;

4. Exhibit G to the *Muller Sealing Declaration*;

5. Exhibit J to the *Muller Sealing Declaration*;

6. Exhibit L to the *Muller Sealing Declaration*.

**IT IS SO ORDERED**

Dated: _____

_____
Hon. David O. Carter
United States District Judge

---

**[PROPOSED] ORDER ALLOWING CERTAIN DOCUMENTS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DISNEY'S MOTION TO EXCLUDE TO BE FILED UNDER SEAL**