DANIEL J. MULLER, SBN 193396
dmuller@venturahersey.com
ANTHONY F. VENTURA, SBN 191107
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023

Nickolas J. Hagman (*admitted pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone:(312) 782-4880
Facsimile: (312) 782-4485

Attorneys for Plaintiff Jenale Nielsen &
the Proposed Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., Inc., a Florida Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-02055-DOC-ADS<br><br>**SUPPLEMTNAL DECLARATION OF NICKOLAS J. HAGMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date: July 28, 2023<br>Time: 8:30 a.m.<br>Judge: Hon. David O. Carter<br>Court: 9D |

I, Nickolas J. Hagman, hereby declare as follows:

1. I am over 21 years of age and competent to testify to the facts set forth in this Declaration based upon my personal knowledge.

2. I am an attorney with the law firm Cafferty Clobes Meriwether & Sprengel LLP, one of the counsel for Plaintiff in the above-captioned matter. I submit this declaration in support of Plaintiff's Motion for Class Certification.

3. Attached hereto are true and correct copies of the following exhibits:

| **EXHIBIT** | **BATES OR DESCRIPTION** |
|---|---|
| 25 | WDPR-NIELSEN-00002726–27 |
| 26 | WDPR-NIELSEN-00002628–30 |
| 27 | WDPR-NIELSEN-00006664 |
| 28 | Deposition of Stephen Williams |
| 29 | Deposition of Jenale Nielsen |
| 30 | Plaintiff Jenale Nielsen's Deposition Notice to Walk Disney Parks and Resorts U.S., Inc. |
| 31 | Rebuttal Declaration of Robert Mills in Support of Plaintiff's Motion for Class Certification |
| 32 | *Disneyland Resort PhotoPass*, THE MOUSE FOR LESS, https://www.themouseforless.com/disneyland/parks/disneyland-photopass/ (last accessed July 6, 2023) |
| 33 | Disneyland Resort Magic Key Terms and Conditions (Aug. 15, 2022), available at: https://disneyland.disney.go.com/magic-key-terms-conditions/ |
| 34 | Declaration of Daniel J. Muller |

4. All documents with Bates prefix "WDPR", including Exhibits 25, 26, and 27, were produced by Defendant Walt Disney Parks and Resorts U.S., Inc. ("Defendant" or "Disney").

|   |   |
|---|---|
| 1 | 5.   Plaintiff has not attached all documents or exhibits cited in the Rebuttal |
| 2 | Declaration of Robert Mills (Exhibit 31) but will make electronic or hard copies |
| 3 | available to the Court upon request. |
| 4 | 6.   Exhibit 32 is a website titled *Disneyland Resort PhotoPass*, accessible at |
| 5 | https://www.themouseforless.com/disneyland/parks/disneyland-photopass/.   A |
| 6 | screenshot of the website as of July 6, 2023, is attached hereto. |
| 7 | 7.   Exhibit 33 is the Disneyland Resort Magic Key Terms and Conditions |
| 8 | (effective August 15, 2022), accessible at https://disneyland.disney.go.com/magic- |
| 9 | key-terms-conditions. A print out of Exhibit 33 is attached hereto. |
| 10 | I declare under penalty of perjury under the laws of the United States of |
| 11 | America that the foregoing is true and correct and that this declaration was executed |
| 12 | on July 7, 2023.                                              *s/ Nickolas J. Hagman* |