# Exhibit 25

Entire Document Sought To Be Sealed