# Exhibit 26

Entire Document Sought To Be Sealed