# Exhibit 27

Entire Document Sought To Be Sealed