# Exhibit 28

Entire Document Sought To Be Sealed