# Exhibit 29

Page 1

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4   JENALE NIELSEN, individually) Case No.: 8:21-cv-
     and on behalf of others     )           02055-DOC-
 5   similarly situated,         )           ADS
                                 )
 6              Plaintiff,       )
                                 )
 7        vs.                    )
                                 )
 8   WALT DISNEY PARKS AND       )
     RESORTS U.S., INC., a       )
 9   Florida corporation; and    )
     DOES 1 through 10,          )
10   inclusive,                  )
                                 )
11              Defendants.      )
     _____)
12

13

14

15

16       DEPOSITION OF JENALE ROMANA NIELSEN

17              LOS ANGELES, CALIFORNIA

18              MONDAY, MARCH 13, 2023

19

20

21

22

23

24   TSG JOB NO.: 223233
     REPORTED BY:
25   DORIEN SAITO, CSR 12568, CLR
```

Page 89

1    A    Yes.

2    Q    Okay.  In Paragraph 12 it says, "Ms. Nielsen
3 and the proposed class members reasonably understood
4 the phrase to mean that Dream Key passholders would
5 not be blocked out from making reservations whenever
6 Disney was offering park reservations for entrance to
7 the theme parks."

8         Have you ever spoken to any other proposed
9 class members about the meaning of the term "block out
10 date"?

11   A    I have not.

12   Q    Is what is sort of described in the first
13 sentence of Paragraph 12 what you thought block out
14 dates when you reviewed the document that was attached
15 to the complaint, that previous exhibit?

16        MR. MULLER:  Vague.

17        THE WITNESS:  I'm sorry.  Can you repeat
18 that?

19 BY MR. SCHOENFELD:

20   Q    Sure.  Sorry.

21        The allegation is that you reasonably
22 understood the phrase "block out date" to mean that
23 Dream Key's passholders would not be blocked out from
24 making reservations whenever Disney was making
25 offering park reservations for entrance to the theme

1   parks.

2           Do you see that in the complaint?

3       A   I do.

4       Q   And was that your understanding of the term

5   block out date based on the document that we just

6   discussed?

7       A   Yes.

8       Q   Continuing on in Paragraph 12, referring to

9   you and the class members it says that if the parks

10  were closed because of COVID or some other reason, and

11  park reservations were unavailable, they would not be

12  able to enter the parks."

13          Was that your understanding at the time?

14      A   Yes.

15      Q   And what was that understanding based on?

16      A   Based off of the -- the closure -- other

17  closures, what I saw there.  In the fine print it had

18  read, said that it could be based off that.

19      Q   When you referring to the fine print, are you

20  referring to Exhibit 2 or are you referring to

21  something else?

22      A   When you buy the ticket it has the fine print

23  there.

24      Q   The terms and conditions?

25      A   Terms and conditions, yes.

Page 92

 1   the parks could not offer park reservations because
 2   the parks were at capacity, they would not be able to
 3   enter the parks.
 4           Do you see that?
 5      A    Yes.
 6      Q    And what is that based on in the
 7   advertisement?
 8      A    Based off the wording, based on capacity on
 9   the ads.
10      Q    Paragraph 13 of the complaint says that you
11   believed that the reference in the advertisement to
12   park reservations being subject to availability meant
13   that if park reservations for entrance to the parks
14   were available and being made offered to the public,
15   Dream Key holders could use their passes to make
16   reservations for entry to the parks.
17           Was that your understanding before buying a
18   Dream Key Pass?
19      A    Yes.
20      Q    And how did you come to that particular
21   understanding?
22      A    Based off the ads and the -- the email that
23   they had sent out.
24      Q    And is there any specific language in the ad
25   or the email that Disney sent out that contributed to

TSG Reporting - Worldwide    877-702-9580

Page 93

```
 1   that particular understanding of how the Dream Key
 2   operated?
 3      A   No.  I think that's -- that's basically it.
 4      Q   You refer to park reservations -- or
 5   the complaint refers to park reservations being
 6   available and being offered to the public.
 7          Do you see that?
 8      A   I don't.  Where is that at?
 9      Q   Line 18.
10      A   Okay, yeah, I see it.
11      Q   Is there a difference between park
12   reservations being available and being offered to the
13   public?
14          MR. MULLER:  Speculation.  She didn't
15   write this.
16          THE WITNESS:  Is there a difference
17   between the two?  No, I just thought it was all
18   one.
19   BY MR. SCHOENFELD:
20      Q   And do you have any understanding of what --
21   when it says in Paragraph 13 that park reservations
22   are being offered to the public, do you have any
23   understanding of who the public being referred to here
24   is?
25          MR. MULLER:  Speculation.
```

Page 94

```
 1              THE WITNESS:  Just everybody.
 2   BY MR. SCHOENFELD:
 3       Q    Everybody who wanted to access Disneyland?
 4       A    Yes.
 5       Q    Lower down in Paragraph 23 it says, "In the
 6   advertisement, the term "park reserve" -- sorry.
 7            Line 24, it says, "Ms. Nielsen and others
 8   reasonably believed that if Disney was taking
 9   reservations to the park, such park reservations would
10   be open to Dream Key holders because their passes were
11   not subject to block out dates?"
12            Is there anything specific in Exhibit 2 that
13   contributed to that particular understanding of how
14   the Dream Key operated?
15       A    Where it said no block out dates.
16       Q    Anything other than no block out dates?
17       A    No.
18       Q    Paragraph 14 alleges that you decided not to
19   purchase the Enchant Pass or the Believe Pass because
20   you understood the phrase "block out dates apply" to
21   mean that Disney would block her from using the
22   Enchant Pass or Believe Pass even when park
23   reservations were otherwise available.
24            Do you see that?
25       A    You said 14?
```

Page 106

```
 1      Q     There are terms and conditions applicable to
 2   Dream Key purchases available online; correct?
 3      A     Correct.
 4      Q     And do you know whether those are available
 5   to you online before you complete your purchase?
 6      A     Yeah.
 7      Q     They are available?
 8      A     Yeah.
 9      Q     Okay.  Did you review those terms and
10   conditions before you made your purchase online?
11      A     I did.
12      Q     Do you know whether the terms and conditions
13   that are in front of you are the ones that are
14   available to purchasers before they make their tickets
15   online?
16      A     I believe this is the same one.  So I'm just
17   saying this is the one I got from my email, but I do
18   think this is the same one.
19      Q     I see.
20            So you think that the terms and conditions
21   that you can review before you make your purchase
22   online are the same as the ones that were emailed to
23   you?
24      A     I do, yes.
25      Q     Which are all the same as the one in front of
```

```
 1   you?
 2      A     Correct.
 3      Q     So there's nothing about these terms and
 4   conditions that you recognize as being dissimilar
 5   either to the ones you viewed online before you made
 6   your purchase or the ones that are emailed to you?
 7      A     No, I don't think there's any difference.  I
 8   do think these are the same ones.
 9             MR. MULLER:  Well, and just to be clear,
10   these aren't the emailed ones.  These, I think,
11   were printed out by Alan.
12             THE WITNESS:  Oh, sorry.
13             MR. MULLER:  Just in January of last
14   year.
15             THE WITNESS:  Oh, okay.
16             MR. MULLER:  Not to suggest that they're
17   different, but just to --
18   BY MR. SCHOENFELD:
19      Q     That's why I just asked you to confirm
20   whether there was anything that looked unfamiliar to
21   you from your review of these either online or through
22   the versions that were sent to you.
23      A     Oh, no.  I'm sorry.  I didn't mean to confuse
24   you all.
25      Q     No, not at all.
```

Page 108

```
 1      A    Yeah.
 2      Q    Okay.  So in Paragraph 1 under Theme Park
 3   Admission, it says --
 4           (Ms. Martinez sneezes.)
 5           MR. SCHOENFELD:  God bless.
 6           MS. MARTINEZ:  Thank you.
 7   BY MR. SCHOENFELD:
 8      Q    It says, "Park reservations are limited and
 9   subject to availability and applicable pass block out
10   dates."
11           Do you see that?
12      A    I'm sorry, which paragraph is that?  This
13   section here (indicating)?
14           MR. MULLER:  Yeah, right there
15   (indicating).  So about the second line.
16           THE WITNESS:  Okay.  Yeah, I see it.
17   BY MR. SCHOENFELD:
18      Q    Okay.  So the second sentence starting "Park
19   Reservations."
20      A    Uh-huh.
21      Q    Do you see that?
22      A    Uh-huh.
23      Q    Do you recall reading that sentence before
24   you purchased your Dream Key?
25      A    I did, yeah.
```

Page 109

1  Q    What did you understand it to mean at that
2  time?
3  A    I meant it that park reservations, to make
4  those ones, would be limited and subject to
5  availability based off what Disney -- you know, having
6  bought the tickets or just based off capacity, things
7  like that.  So I knew that it would be subject to
8  availability.
9  Q    What did you understand subject to
10 availability to mean at that time?
11 A    Whatever, like, COVID.  If there was a COVID
12 rise, if there was a special event or if there was
13 maximum capacity.
14 Q    Anything else included in subject to
15 availability?
16 A    No.
17 Q    Sitting here today, is your understanding of
18 the term "subject to availability" the same as your
19 understanding when you reviewed this prior to
20 purchasing the Dream Key?
21 A    Yeah.
22      MR. MULLER:  Vague.
23 BY MR. SCHOENFELD:
24 Q    Lower down -- or the next line, it says, "It
25 may be difficult for passholders to get park

Page 113

```
 1   means?
 2      A    Yes.
 3      Q    And what does it mean to be eligible but then
 4   have your eligibility be subject to availability?
 5           MR. MULLER:  Speculation.
 6           THE WITNESS:  I don't understand the
 7   question.
 8   BY MR. SCHOENFELD:
 9      Q    Well, it says that you're eligible to make a
10   reservation on any date on which the pass is blocked
11   out; correct?
12      A    Uh-huh.
13      Q    And that eligibility is subject to
14   availability and conditions set forth above; right?
15      A    Correct.  Sorry.  Yes.
16      Q    So I guess I'm asking you to explain in your
17   words what you understand it to mean that you're
18   eligible to make a park reservation on any date
19   subject to availability.
20      A    Meaning, like, if the park was open, you can
21   make that reservation.  Depending on your block out
22   dates -- talking about all the Magic Key holders.
23   Depending on your block out dates, that you're able to
24   make the reservation.  If the park was open, if there
25   was no special events that day, if there was no COVID
```

Page 114

1   rises or something like that.
2       Q    How is what you just described different from
3   subject to capacity constraints?
4       A    To me, it's like a certain occasion or
5   something like that, that has made the park not open.
6   Where, capacity, I just feel it's the amount of people
7   that went.
8       Q    So in -- your understanding is subject to
9   availability still includes some kind of closure?  Is
10  that fair?
11      A    Yeah.  Like, if it's closed, you're not going
12  to be able -- you're not going to be able to make a
13  reservation because they're closed.  Where, capacity
14  is a whole different area, in my opinion.
15      Q    Is there anything, in your understanding,
16  that falls under subject to availability that is not a
17  closure?
18      A    No.
19      Q    Do you understand how no-show rules operate?
20      A    Yes.
21      Q    How does the no-show rule operate?
22      A    When you don't make a reservation, and then
23  don't cancel it before a certain time, so it's
24  considered a no-show.
25      Q    Did you ever get a no-show penalty during the

```
                                                            Page 143
 1   know how many individual daily passes you purchased
 2   for access to the park?
 3       A    I think it's five as well.
 4       Q    Did you renew into the new Magic Key program?
 5       A    I did not.
 6       Q    Why not?
 7       A    I just didn't want to, at the moment.
 8       Q    Was there any specific reason?
 9       A    I just didn't think it was worth it.
10       Q    I think you said -- or I think we -- I think
11   you said that you purchased your Dream Key on
12   September 23rd, 2021.  And so do you recall when you
13   activated it after purchase?
14       A    It would be November.
15       Q    Okay.  So that would have gone through
16   November of 2022; is that right?
17       A    Yeah, something like that.
18       Q    Have you visited Disneyland, either of the
19   parks, since November of 2022?
20       A    No, I haven't.
21       Q    Is there any particular reason you haven't?
22       A    I just haven't had the chance.
23       Q    Did you review the options available to
24   purchasers for the second generation of Magic Key
25   tickets?
```

Page 144

```
 1      A     I did.
 2      Q     And -- and what did you learn about the
 3   passes that were available under the second generation
 4   Magic Key program?
 5      A     The rates went higher and I just felt like I
 6   didn't want to pay that much for what I got already
 7   from the first one.
 8      Q     Did you -- do you recall which of the four
 9   current Magic Keys you considered potentially
10   purchasing?
11      A     It was the high tier one, but I don't know
12   the name of it.
13      Q     The Inspire Key.  Does that sound familiar?
14      A     Yes, it is.
15      Q     Do you recall what benefits or features were
16   associated with the Inspire Key?
17      A     I don't.  I think they were very much the
18   same about the merchandise, the food, dining, parking.
19   That's the one I can recall right now.
20      Q     Do you recall how, if at all, the Inspire Key
21   differed from the Dream Key that you had purchased?
22      A     I know that now it does state block out
23   dates.  I know that December is, like, blocked out.
24   They did state that part.  And that was a big
25   difference from the last one.
```

```
                                                          Page 146
 1      Q    Anything else?
 2      A    No.
 3      Q    Do you believe that Disney misrepresented
 4  anything to you?
 5      A    Yes.
 6      Q    What did Disney misrepresent to you?
 7      A    It's, like, they gave me a promise of being
 8  able to go whenever I wanted to.  That's how it was
 9  advertised to me.  And I don't feel like it actually
10  was correct -- correctly advertised.  There was a lot
11  more restrictions than I thought.
12      Q    What was the specific representation that
13  promised you that you could go whenever you wanted to?
14      A    The advertisement.
15      Q    Sorry.  What -- what specific words
16  represented to you that Disney was promising that you
17  could go whenever you wanted to?
18      A    The no block out dates.
19      Q    Was it anything else?
20      A    No.  Just the way they worded it.
21      Q    So is there any other misrepresentation that
22  you claim in this case besides no block out dates?
23      A    No.
24      Q    What do you hope to recover in this lawsuit,
25  personally?
```