# Exhibit 30

DANIEL J. MULLER, SBN 193396
dmuller@venturahersey.com
ANTHONY F. VENTURA, SBN 191107
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023

Attorneys for Plaintiff Jenale Nielsen &
the Proposed Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., Inc., a Florida Corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-02055-DOC-ADS<br><br>PLAINTIFF JENALE NIELSEN'S DEPOSITION NOTICE TO WALT DISNEY PARKS AND RESORTS U.S., INC.<br><br>Date: May 26, 2022<br>Time: 9:00 a.m. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Jenale Nielsen will take the deposition of Defendant Walt Disney Parks and Resorts U.S., Inc. ("Disney") through one or more of its officers, directors, or managing agents, or other persons who consent to testify on its behalf on May 26, 2022 at 9:00 a.m. pst via Zoom. The deposition shall be taken before a qualified certified shorthand reporter or other officer authorized to administer oaths who may be present at such time and place and will be recorded stenographically.

A listing of topics for designation is attached hereto as Exhibit A.

Dated: April 14, 2022            VENTURA HERSEY & MULLER LLP


                                 By: *[signature]*
                                     DANIEL J. MULLER
                                     Attorneys for Plaintiff and the Proposed Class

-1-
**PLAINTIFF JENALE NIELSEN'S DEPOSITION NOTICE TO WALT DISNEY PARKS AND RESORTS U.S., INC.**

**Attachment A**

**TOPICS FOR RULE 30(b)(6) DEPOSITION**

1. The sale of Dream Key passes to consumers;

2. The sale of a Dream Key pass to Plaintiff Jenale Nielsen;

3. Advertisements published by Disney relating to the sale of Dream Key passes;

4. All agreements between Disney and any consumer for the purchase and sale of a Dream Key pass;

5. The terms and conditions relating to Dream Key passes;

6. Disney's policies and/or practices relating to making park reservations available to Dream Key passholders;

7. The method and / or formula that Disney uses to determine whether to make park reservations available to Dream Key passholders;

8. The number of park reservations available to Dream Key passholders on each day from August 25, 2021 to present;

9. Disney's use of the term "blockout dates" in its Magic Key program;

10. Complaints received or rewiewed by Disney regarding Dream Key passes and Disney's response to any such Complaints.

11. Statements and/or communications by Disney relating to this lawsuit.

12. The identity of Disney employees or agents responsible for developing and implementing the Magic Key program.