# Exhibit 31

Entire Document Sought To Be Sealed