# Exhibit 33

# *Disneyland®* Resort Magic Key Terms and Conditions

Updated as of August 15, 2022

**PLEASE REVIEW THESE TERMS AND CONDITIONS CAREFULLY AS THEY INCLUDE IMPORTANT INFORMATION ABOUT YOUR DISNEYLAND RESORT MAGIC KEY AND YOUR LEGAL RIGHTS. AS DETAILED BELOW, ALL DISPUTES RELATING IN ANY WAY TO YOUR DISNEYLAND RESORT MAGIC KEY WILL BE RESOLVED THROUGH MANDATORY BINDING ARBITRATION IN ACCORDANCE WITH THIS AGREEMENT. YOU UNDERSTAND THAT BY AGREEING TO ARBITRATION, YOU ARE WAIVING YOUR RIGHT TO RESOLVE DISPUTES IN A COURT OF LAW BY A JUDGE OR JURY EXCEPT AS OTHERWISE SET FORTH IN THIS AGREEMENT.**

By purchasing a *Disneyland®* Resort Magic Key, you are purchasing a limited license to enter the *Disneyland®* Resort theme parks. *Disneyland®* Resort Magic Key holders ("Passholders") and their Magic Key passes ("Passes") are subject to and must comply with the below terms and conditions, as well as any other applicable terms, conditions, or agreements, including but not limited to the The Walt Disney Company Terms of Use (General), the Disneyland Supplemental Terms and Conditions, the Disneyland Ticket Store Terms & Conditions, and any applicable Retail Installment Contract. In the event of any conflict between those other applicable terms and conditions and these Disneyland Resort Magic Key Terms and Conditions (or "Magic Key Terms and Conditions"), including with respect to the Magic Key Binding Arbitration Agreement and Class Action Waiver below, the Magic Key Terms and Conditions govern. Additional information concerning Magic Key reservations is available on the Magic Key informational webpage at Disneyland.com/MagicKey ("Magic Key Detail Page"). The terms, conditions, and limitations described on the Magic Key Detail Page are incorporated here by reference and apply to each Passholder reservation and visit to the *Disneyland®* Resort theme parks.

**THEME PARK ADMISSION:**

1. To enter a *Disneyland®* Resort theme park, each Passholder is required to have both a theme park reservation and a Pass valid for admission to the same park on the same date they plan to visit. With the purchase of a Pass, Passholders become eligible to make park reservations to visit during their Pass term. Pass blockout

dates are dates on which a pass type is not valid for park admission and not eligible to make or hold any park reservations. Pass blockout dates are different for each Pass type and should be reviewed before the purchase or renewal of a Pass. Park reservations for Passholders are limited in number and subject to the availability of park reservations allocated to Passes as determined by Walt Disney Parks and Resorts U.S., Inc. ("Disney"), applicable Pass blockout dates, and theme park capacity. Disney allocates daily park reservations among Passes and daily theme park tickets, and therefore makes available to those Passholders eligible to make reservations for a particular day only a portion of the total park reservation capacity. A Pass therefore does not guarantee park entry, even on dates when a Pass is not blocked out and even when a theme park is not at capacity. Disney determines the number of park reservations available to Passholders for any date, and Passholders may access only those reservations that Disney makes available to them. Once all park reservations made available to Passholders for any date are reserved, Passholders may not make reservations for that date using their Pass unless and until reservations become available due to cancellations or Disney makes additional Magic Key reservations available, which Disney is not required to do, but may or may not do from time to time in its discretion. On any given date, park reservations may still be available for theme park tickets even though park reservations allocated to the Passes are fully reserved. Even for dates that are not blocked out to a Pass type, it may be difficult or not possible for Passholders to get park reservations to visit on their preferred dates or preferred theme park, including popular dates like weekends or holiday periods. Since Magic Key park reservations are available on a first-come, first-serve basis, it may also be difficult or not possible at times for Passholders to get park reservations for certain dates. Park reservations are nontransferable and are not guaranteed for any specific dates or park, no matter the Pass type. Disney reserves the right to change or cancel park reservation requirements at any time without notice or liability. Different types of Passholders, other ticketed guests, and/or guests with other passes may have different (or no) reservation requirements from time to time or at any given time. Other restrictions, such as number of park reservation holds per Pass type, time during which a Passholder may hold or make reservations, and Park Hopper® and no-show rules, may apply, and may change from time to time in Disney's discretion without notice or liability.

2. The number of theme park reservations that may be held at a time during a Disney-designated reservation booking window is dependent on Pass type and is subject to availability of park reservations allocated to Magic Key Passes and applicable Pass blockout dates. Once the maximum number of park reservations is made for such period, another park reservation may not be made until a currently held park

reservation is used, expires, or is cancelled. Passholders may be restricted in their ability to make park reservations per applicable Pass benefit rules, such as the no-show policy. Pass benefits, rules, and policies, including but not limited to the reservation booking window and the no-show policy, may change from time to time in Disney's discretion without notice or liability.

3. Theme park capacity or operating hours may be limited or changed from time to time due to rehabilitation, refurbishing, capacity, seasonal considerations, weather, low demand, government or other authority guidance or order, pandemic-related restrictions, guidance from health experts, special events, or any other reason without liability to Disney or its affiliates. Some Pass benefits and features may not be available during periods of limited capacity and are subject to change or cancellation without notice or liability.

**PASS EXPIRATION:** For a new Pass purchase (not a renewal), a Pass is valid for applicable privileges for one (1) year from the date of use of the Pass for first entry into a *Disneyland*® Resort theme park or use of the parking benefit on the pass for a fully-paid first entry into a pay-on-entry lot at the *Disneyland*® Resort. Use of a Pass for a discount on parking will not activate the Pass. Pass privileges will not be available until such Pass is activated via park entry or applicable entry into a pay-on-entry lot; provided, however, that park reservations, as available and subject to associated restrictions, may be made in anticipation of activation of a Pass so long as such Pass has not expired. A Pass will expire if it is not activated within one (1) year from the date of purchase, and upon expiration, such expired Pass may no longer be activated or have park reservations scheduled for it, and any existing park reservations for such Pass will be cancelled. No refunds will be given. The original Pass may not be transferred, and the amount paid for the original Pass may not be redeemed for cash or be used for any other purpose other than the purchase of another Pass. The amount paid for an unactivated, expired Pass may be applied towards the purchase of a new Pass (subject to availability) at the then current price so long as the new Pass purchase price is equal to or greater than the amount paid for the original Pass. The then current terms, conditions, and benefits associated with the newly purchased Pass will apply at that time.

**GENERAL:**

1. Each Passholder must follow the *Disneyland*® Resort procedures to have an acceptable personal photo associated with their Pass for identification purposes, and a Pass must be used by the same person on any and all park visits and benefit redemptions with the Pass. A Passholder without an acceptable personal photo on

file will not be allowed admission into a *Disneyland®* Resort theme park or redemption of Magic Key discounts or benefits. Photos on file for active Passholders must be periodically updated with current photos. At this time, adults must replace their photos every ten (10) years and children (under the age of 18) must replace their photos every three (3) years. Further identification may be required.

2. Passes are not valid for private, premium or special events; activities that are separately priced; or events that require a separate admission or are not open to the general public.

3. Passes are nonrefundable and are nontransferable temporary licenses that entitle licensees—i.e., Passholders—to make park reservations, and with such reservations, to visit Disneyland Resort theme parks on applicable dates, as available to Passholders and to their Pass type, subject to the terms and conditions set forth herein. Because they are limited licenses, Passes remain the property of Disney and may be revoked at Disney's discretion. Restrictions apply as described in these terms and conditions, including, but not limited to, capacity constraints, availability of park reservations allocated to Passes as determined by Disney, and closures. Passes may not be redeemed for cash or used for commercial purposes and are void if altered or misused.

4. Theme parks, restaurants, attractions, entertainment, products, services, and offerings may be modified or limited in capacity or availability; are subject to change, closure, cancellation, and discontinuance without notice or liability due to rehabilitation, refurbishing, capacity, seasonal considerations, weather, low demand, government or other authority guidance or order, pandemic-related restrictions, guidance from health experts, special events, or any other reason without liability to Disney or its affiliates; and are not guaranteed. No refunds or credit given for any such changes or cancellations.

5. Each Passholder assumes the inherent risks associated with the operation of all rides and attractions and should read and obey all safety signage, instructions and rules.

6. Entry into the *Disneyland®* Resort constitutes consent for Disney to use any film, video, or reproduction of the image and/or voice of a Passholder for any purpose whats/oever without any payment to the Passholder.

7. Disney is not responsible for lost or stolen Passes or property.

8. Disney reserves the right to cancel, suspend or revoke any Pass or deny theme park admission to any Passholder at any time for any reason. Disney reserves the right to require a Passholder to leave the *Disneyland*® Resort premises if they are (i) not complying with any health, safety or other requirements of the *Disneyland*® Resort, (ii) using profanity or offensive language towards Disney Cast Members or other Guests or (iii) violating any other park rules. A Passholder must abide by any rules and regulations applicable to the *Disneyland*® Resort or to the use of the Passes as promulgated by Disney from time to time.

BINDING ARBITRATION AGREEMENT AND CLASS ACTION WAIVER:

YOU AND DISNEY (DEFINED FOR PURPOSES OF THIS BINDING ARBITRATION AGREEMENT AND CLASS ACTION WAIVER TO MEAN WALT DISNEY PARKS AND RESORTS U.S., INC. AND ALL OF ITS AFFILIATES) EACH AGREE THAT ANY DISPUTE OR CLAIM RELATING IN ANY WAY TO YOUR DISNEYLAND RESORT MAGIC KEY WILL BE RESOLVED BY BINDING ARBITRATION, WITH THE SOLE EXCEPTION OF CLAIMS THAT QUALIFY FOR SMALL CLAIMS COURT AS SET FORTH BELOW.

YOU ACKNOWLEDGE THAT YOU AND DISNEY ARE EACH WAIVING THE RIGHT TO FILE A LAWSUIT (WITH THE SOLE EXCEPTION OF CLAIMS THAT QUALIFY FOR SMALL CLAIMS COURT AS SET FORTH BELOW) AND THE RIGHT TO A JURY TRIAL. YOU AND DISNEY ALSO AGREE THAT ANY AND ALL DISPUTES MUST BE BROUGHT IN THE PARTIES' INDIVIDUAL CAPACITIES. YOU AND DISNEY THEREFORE AGREE TO WAIVE ANY RIGHT TO LITIGATE OR ARBITRATE ANY CLAIMS AS A CLASS ACTION OR OTHER REPRESENTATIVE OR COLLECTIVE ACTION.

The arbitrator will have the exclusive authority to resolve any dispute relating to the formation, interpretation, applicability, or enforceability of these terms and conditions including this binding arbitration provision, including the arbitrability of any dispute and any claim that all or any part of this binding arbitration provision is void or voidable. However, if either party believes that any claim that was filed in arbitration or in court is inconsistent with this agreement's waiver of the right to litigate or arbitrate any claims as a class action or other representative or collective action, then you and Disney agree that either party may seek an order from a court determining whether such a claim is within the scope of that waiver.

In the event of a dispute, you agree to send a notice of dispute, which is a written statement that sets forth your name, address, and contact information; the facts giving rise to the dispute and relevant documents; and the relief requested to Disney at P.O. Box 3232, Anaheim, California 92803, USA, Attention: Disneyland Resort Office of

Counsel. Disney will send any notice of dispute to you at the contact information that Disney has for you. You and Disney agree to attempt to resolve the dispute through good-faith negotiation within sixty (60) days from the date the notice of dispute is sent. After that sixty (60) day period and not before, you or Disney may commence an arbitration or small-claims-court proceeding (if your claims qualify to be brought in a small claims court).

You or Disney may assert claims in small claims court instead of in arbitration if the claims qualify. Additionally, if the claims asserted in any request or demand for arbitration could have been brought in small claims court, then either you or Disney may elect to have the claims heard in small claims court, rather than in arbitration, at any time before the arbitrator is appointed, by notifying the other party of that election in writing. Any dispute about whether a claim qualifies for small claims court shall be resolved by that court, not by an arbitrator. In the event of any such dispute, the arbitration proceeding shall remain closed unless and until a decision by the small claims court that the claim should proceed in arbitration.

If Disney and you do not resolve a dispute by informal negotiation or in small claims court, the dispute shall be resolved by mandatory binding arbitration before a single neutral, independent, and impartial arbitrator whose decision will be final. Participation in arbitration is mandatory, not optional, with the sole exception of claims that qualify for small claims court as set forth above. Arbitration will be administered by the American Arbitration Association (AAA) under the AAA's Consumer Arbitration Rules, which are available at www.adr.org or by calling 1-800-788-7879. You are entitled to representation or a spokesperson in any arbitration if you so choose, at your own expense. Payment of all filing, administrative, and arbitrator fees and costs will be governed by the AAA's Consumer Arbitration Rules. The party initiating arbitration is required to pay the AAA's initial filing fee, but if you are the party who initiates arbitration, then Disney will reimburse you for this filing fee at the conclusion of the arbitration to the extent it exceeds the fee for filing a complaint in a federal or state court in your county (or parish) of residence. If the arbitrator finds that either the substance of your claim or the relief sought was frivolous or was brought for an improper purpose (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)), then the payment of all fees will be governed by the AAA's Consumer Arbitration Rules, and Disney will not reimburse any portion of your initial filing fee and may seek applicable fee-shifting. Arbitration may be conducted in person, through the submission of documents, by phone, or online. Proceedings that cannot be conducted through the submission of documents, by phone, or online, will take place in Orange County, California; provided, however, that if circumstances make it inconvenient or prevent you from traveling to Orange County, California, AAA may hold an in-person hearing in your

hometown area. Disney and you agree to submit to the exclusive jurisdiction of the federal or state courts located in Orange County, California in order to compel arbitration, to stay proceedings pending arbitration, or to confirm, modify, vacate, or enter judgment on the award entered by the arbitrator. The arbitrator may supervise the exchange of information prior to the arbitration, bearing in mind the expedited nature of arbitration. The arbitrator may award relief to you individually as a court could, including damages or declaratory relief or injunctive or other equitable relief, but only to the extent required to satisfy your individual claim. The substantive law of California shall apply in the arbitration proceedings.

Except as provided above with respect to jurisdiction in Orange County, California, nothing in this arbitration provision shall be construed as consent by Disney to the jurisdiction of any other court with regard to disputes, claims, or controversies unrelated to this agreement.

This agreement to binding arbitration evidences a transaction in interstate commerce, and thus the Federal Arbitration Act, 9 U.S.C. §§ 1-16, governs its interpretation and enforcement. This agreement to binding arbitration will survive its termination. If any portion of this agreement to binding arbitration is deemed invalid or unenforceable, the remaining portions shall nevertheless remain in force.

This Magic Key Binding Arbitration Agreement and Class Action Waiver governs any dispute or claim relating to your Disneyland Resort Magic Key; to the extent there is a conflict between this Magic Key Binding Arbitration Agreement and Class Action Waiver and any dispute resolution provision of any other applicable terms, conditions, or agreements, this Magic Key Binding Arbitration Agreement and Class Action Waiver governs.

**PASS TYPE AVAILABILITY:** Disney may limit the quantity or terminate the sale of Passes and Pass types, and Passes or a Pass type may not be available for purchase or renewal from time to time or at any given time. Please check for Pass and Pass type availability before attempting to purchase or renew.

**UPGRADES:** A Guest wishing to upgrade to a Pass from another form of eligible *Disneyland®* Resort theme park admission media must upgrade on the same day in which the original form of theme park admission media is valid, and must choose a Pass of equal or greater value than the retail price of the original theme park admission media when it was purchased. The difference in prices must be paid in full at the time of the upgrade. If an upgrade to a Pass is made from a multi-day ticket, the Pass will be backdated to begin on the first day that such ticket was used; if an upgrade to a Pass is

made from a lower level Pass, the new Pass will have the same expiration date as the original Pass. Each guest wishing to upgrade their theme park admission media to a Pass must be present at the time of the upgrade transaction. Fully used, or partially used and expired, theme park admission media, complimentary ticket media, special event ticket media and ticket media stating its ineligibility for an upgrade may not be upgraded to a Pass. Upgrades may be available from time to time or at no time, as determined in Disney's discretion. Additionally, upgrades are subject to Pass availability as determined by Disney. Downgrades are not allowed.

**RENEWALS:** The value of any separate ticket media may not be used toward the renewal of an existing Pass. A "renewal" is the purchase of another year (or specified period of the Pass if different than a year) of Pass benefits during the renewal window as specified by Disney and on or before the expiration date of a currently existing and valid Pass. Pass types may be made available for renewal in Disney's discretion. Any renewal discounts are valid during the dates specified for such discounts, but in no event shall such discounts apply after the applicable current Pass's expiration date. The renewed Pass will automatically be activated on the day after the expiration date of the original Pass.

**BENEFITS/DISCOUNTS:** A Passholder must present their valid Pass and valid photo identification prior to purchases or offer redemption to receive any applicable benefits and discounts. Further identification may be required. Discount amounts and benefits are dependent on Pass type. Benefits and discounts are valid at select *Disneyland®* Resort owned and operated stores, restaurants, and locations as determined solely by Disney. Benefits and discounts are nontransferable, revocable, subject to exclusions, restrictions, and change or cancellation without notice or liability, and may not be combined with any other offer or promotion. Such benefits and discounts are for personal use only and may not be used for any commercial purpose or for the benefit of others including, without limitation, to obtain or purchase items or services with the intent to resell such items or services, or to share benefits with persons who are not the Passholder. View Disneyland.com/magickeydiscounts for the latest details, restrictions and exclusions. From time to time, select third parties may also offer discounts and benefits to Passholders and such offers shall be solely the responsibility of such third parties without any liability to Disney or its affiliates. Please ask about any applicable discounts or benefits at a location prior to purchase. Benefits and discounts are determined solely by Disney or the applicable location/store owner and may change or be cancelled without notice or liability. No credit or refunds will be given on a Pass for the non-use of any portion of a Pass's benefits, discounts, or other entitlements.

**PARKING:** The parking benefit is subject to parking availability for Passholders and their

Pass type, as determined in Disney's discretion. Subject to the Pass type, the parking benefit is valid for parking, or for discounted parking, for one (1) standard vehicle per day at select pay-on-entry lots at the *Disneyland*® Resort, as determined in Disney's discretion. Discounted parking must be purchased at the parking lot. Oversized vehicles, preferred parking spaces and valet services are not included in this parking benefit and will require an additional fee. Parking is not guaranteed, and is subject to capacity, availability in Disney's discretion, and applicable Pass blockout dates (i.e., a Pass is not valid for parking on a date for which such Pass is blocked out). Passholder must be in vehicle and present valid Pass at time of entry to receive the parking benefit. Further photo identification may be required. Passholders who hold Passes that do not currently have the fully-paid parking benefit may not purchase such parking benefit as an add-on entitlement to their Pass. The parking benefit will expire when the Pass it is associated with expires. The parking benefit is nonrefundable, nontransferable and may not be redeemed for cash or credit.

**DISNEY PHOTOPASS® SERVICE:** The *Disney PhotoPass*® benefit is included with the Magic Key Pass type(s) designated by Disney from time to time. With this benefit, each such Passholder may download all of their *Disneyland*® Resort *Disney PhotoPass*® digital photos that are linked to that Passholder's Disney account and captured while such Pass is valid for admission to a *Disneyland*® Resort theme park. Disney PhotoPass® terms and conditions and expiration policy apply to this *Disney PhotoPass*® benefit. Online registration is required. Downloads are restricted to personal use and may not be used for commercial purposes. The Disney PhotoPass® benefit will expire when the Pass it is associated with expires. The *Disney PhotoPass*® benefit is nonrefundable, nontransferable and may not be redeemed for cash or credit.

**COMMUNICATIONS:** As a member of the *Disneyland*® Resort Magic Key program, a Passholder will be eligible to receive periodic mailers and newsletters and other communications about the *Disneyland*® Resort, other Disney affiliated products and services and select unaffiliated, third party Passholder offers, including information about events, products, opportunities, services and special offers and discounts available to Passholders. These communications may be sent by various channels including by email, based on the permissions provided by you. You may choose not to receive these email communications by logging into your Disney account at https://privacychoices.thewaltdisneycompany.com/en-US and changing your email preferences. Please be aware that if you do not allow us to send you certain communications, we may not be able to deliver information to you about special Passholder events and opportunities, or about products and services that may be available to Passholders.

**ADDRESS CHANGE:** Please report a change in your address immediately to the *Disneyland*® Resort Magic Key Program. Changes can be made by calling the Magic Key Membership Services line at (714) 781-7277.

**PHYSICAL PASS CARDS:** A Passholder may request a paper Pass card at a *Disneyland*® Resort Main Entrance ticket booth. A non-refundable fee of twenty dollars ($20.00) (or such fee amount as designated by Disney) may be required to obtain or replace a paper Pass card. Minors must be accompanied by a parent or guardian to receive a printed paper Pass card.

*All terms, conditions, and benefits including, but not limited to, park capacity, admission privileges, blockout dates, availability of park reservations allocated to Passes, prices, Pass type availability, applicable no-show policies, reservation booking windows, and parking, discounts, and all other Pass benefits are subject to restrictions, availability, and change or cancellation without notice or liability at any time as determined in Disney's discretion.*