# Exhibit 34

DANIEL J. MULLER, SBN 193396
dmuller@venturahersey.com
ANTHONY F. VENTURA, SBN 191107
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023

Nickolas J. Hagman (*admitted pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone:(312) 782-4880
Facsimile: (312) 782-4485

Attorneys for Plaintiff Jenale Nielsen &
the Proposed Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., Inc., a Florida Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-02055-DOC-ADS<br><br>**REPLY DECLARATION OF DANIEL J. MULLER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date: July 28, 2023<br>Time: 8:30 a.m.<br>Judge: Hon. David O. Carter<br>Court: 9D |

I, Daniel J. Muller, declare as follows:

  1. I am an attorney admitted to practice in the Central District of California. I am a partner at the law firm of Ventura Hersey & Muller LLP

---

("VHM"), counsel for Plaintiff Jenale Nielsen. I am competent to make this declaration, which is based upon my personal knowledge. I could competently testify to the facts stated herein if called as a witness.

2.  Erin Torino was employed by VHM as an administrative assistant from 2016 until August 5, 2022, when she resigned her employment. Ms. Torino is not currently employed by VHM, has not worked for the firm since August 5, 2022, and has no affiliation with it.

3.  Ms. Torino has never had any direct economic interest in this litigation. Her only interest was that she worked for the firm as an employee. No aspect of her compensation depended on this case or its outcome. Since the end of her VHM employment, Ms. Torino has had no economic interest in VHM, generally, or in this litigation. Ms. Torino never had any influence over the direction of this case and there is no way her relationship with Ms. Nielsen would have any ability to compromise Ms. Nielsen's ability to represent the class. During her employment, Ms. Torino provided only administrative support, such as serving discovery responses and organizing documents for production. She did not perform any substantive legal work and she never had any role in the management of this litigation.

4.  VHM has no historical or business ties to Plaintiff Jenale Nielsen. Ms. Nielsen is not employed by VHM and never has been. VHM has only represented her in this case and has no other relationship with her. Ms. Nielsen is not related in any way to any attorney at VHM and never has been. Her only relation to anyone at VHM is that she is Ms. Torino's sister-in-law. Ms. Torino has not worked for VHM since August 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 7, 2023         /s/ *Daniel J. Muller*

-1-
**REPLY DECLARATION OF DANIEL J. MULLER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**