DANIEL J. MULLER, SBN 193396
dmuller@venturahersey.com
ANTHONY F. VENTURA, SBN 191107
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone:  (408) 512-3022
Facsimile:  (408) 512-3023

Nickolas J. Hagman (*admitted pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone:(312) 782-4880
Facsimile: (312) 782-4485

Attorneys for Plaintiff Jenale Nielsen &
the Proposed Class

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., Inc., a Florida Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  8:21-cv-02055-DOC-ADS<br><br>**PLAINTIFF'S APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL IN SUPPORT OF HER REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Date:  July 28, 2023<br>Time:  8:30 a.m.<br>Judge:  Hon. David O. Carter<br>Court:  9D |

Pursuant to Local Rule 79-5.2.2(b), Plaintiff Jenale Nielsen hereby applies for leave to file under seal an unredacted version of her Reply Memorandum In Support Of Plaintiff's Motion For Class Certification. She also seeks to file under seal an unredacted version of the Supplemental Declaration of Nickolas J. Hagman In Support Of Plaintiff's Motion For Class Certification, along with certain exhibits attached thereto.

Plaintiff makes this application because the certain of the materials which she seeks to file under seal were marked by Defendant Walt Disney Parks and Resorts U.S., Inc. as "confidential" and/or "highly confidential" pursuant to the protective order in this case. (ECF Doc. 44.) Counsel for Plaintiff has met and conferred with counsel for Defendant to confirm Defendant's position that the materials should be filed under seal and to narrowly tailor any redactions so as to address Defendant's request that certain documents, or portions of documents, remain confidential. This Application is based on the instant Application and the Declaration of Daniel J. Muller in Support of Application for Leave to File Certain Documents Under Seal.

Plaintiff requests leave to file the following documents under seal:

1. An unredacted version of Plaintiff's Reply Memorandum In Support Of Plaintiff's Motion For Class Certification; (Ex. A to Muller Declaration in Support of Application for Leave to File Under Seal) (the "Muller Sealing Declaration"));

2. An unredacted version of Plaintiff's *Reply Memorandum In Support Of Plaintiff's Motion For Class Certification* with proposed redactions highlighted in yellow; (Ex. B to Muller Sealing Declaration):

3. Exhibit 25 to the *Supplemental Declaration of Nickolas J. Hagman In Support Of Plaintiff's Motion For Class Certification* (Ex. C to the Muller Sealing Declaration);

**PLAINTIFF'S APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL IN SUPPORT OF HER REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

4. Exhibit 26 to the *Supplemental Declaration of Nickolas J. Hagman In Support Of Plaintiff's Motion For Class Certification* (Ex. D to the Muller Sealing Declaration);

5. Exhibit 27 to the *Supplemental Declaration of Nickolas J. Hagman In Support Of Plaintiff's Motion For Class Certification* (Ex. E to the Muller Sealing Declaration);

6. Exhibit 28 to the *Supplemental Declaration of Nickolas J. Hagman In Support Of Plaintiff's Motion For Class Certification* (Ex. F to the Muller Sealing Declaration);

7. Exhibit 31 to the *Supplemental Declaration of Nickolas J. Hagman In Support Of Plaintiff's Motion For Class Certification* (Ex. G to the Muller Sealing Declaration);

Plaintiff's instant request to file under seal is limited to the documents, testimony, and information identified by Defendant and is intended to honor Defendant's request that certain documents and testimony be sealed.

Dated: July 7, 2023                                  Respectfully submitted,

**VENTURA HERSEY & MULLER, LLP**
/s/ *Daniel J. Muller*
Daniel J. Muller, SBN 193396
Anthony F. Ventura, SBN 191107
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023

/ /
/ /
/ /
/ /
/

-2-
**PLAINTIFF'S APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL IN SUPPORT OF HER REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

| | |
|---|---|
| 1 | Nickolas J. Hagman (*admitted pro hac vice*) |
| 2 | nhagman@caffertyclobes.com |
| | CAFFERTY CLOBES |
| 3 | MERIWETHER & SPRENGEL LLP |
| 4 | 135 S. LaSalle St., Suite 3210 |
| | Chicago, Illinois 60603 |
| 5 | Telephone: (312) 782-4880 |
| | Facsimile: (312) 782-4485 |
| 6 | |
| 7 | *Attorneys for Plaintiff Jenale Nielsen &* |
| | *the proposed Class* |

**PLAINTIFF'S APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL IN SUPPORT OF HER REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**