# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN <br><br> Plaintiff(s), <br><br> v. <br><br> WALT DISNEY PARKS AND RESORTS U.S., INC., et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 8:21–cv–02055–DOC–ADS <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   7/7/2023

Document No.:   76, 77

Title of Document:   Application To File Under Seal, Declaration

**ERROR(S) WITH DOCUMENT:**

Accordingly, you must first electronically file an Application for Leave to File Under Seal, following the instructions set forth below at page 5. Your Application must be accompanied by: (1) a declaration; (2) a proposed order; (3) a redacted version of any documents of which only a portion is proposed to be filed under seal; and (4) an unredacted version of the documents proposed to be filed under seal. L.R. 79– 5.2.2(a)–(b) (eff. 12/1/15).

Other:

Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: July 10, 2023         By:  /s/ *Trina DeBose  (714) 338–4568*
                                 Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS