# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., Inc., a Florida Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-02055-DOC-ADS<br><br>**ORDER ALLOWING CERTAIN DOCUMENTS IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION [76]**<br><br>Date: July 28, 2023<br>Time: 8:30 a.m.<br>Judge: Hon. David O. Carter Court: 9D |

The Court, having considered Plaintiff's Application For Leave To File Certain Documents in support of Plaintiff's Reply Memorandum In Support Of Plaintiff's Motion For Class Certification, and having found that compelling reasons exits to seal the documents, **HEREBY ORDERS** that the application is GRANTED in its entirety. Accordingly, Plaintiffs are hereby granted leave to file the following documents under seal:

1. An unredacted version of Plaintiff's Reply Memorandum In Support Of Plaintiff's Motion For Class Certification;

2. An unredacted version of Plaintiff's *Reply Memorandum In Support Of Plaintiff's Motion For Class Certification* with proposed redactions highlighted in yellow;

3. Exhibit 25 to the *Supplemental Declaration of Nickolas J. Hagman In Support Of Plaintiff's Motion For Class Certification*;

4. Exhibit 26 to the *Supplemental Declaration of Nickolas J. Hagman In Support Of Plaintiff's Motion For Class Certification*;

5. Exhibit 27 to the *Supplemental Declaration of Nickolas J. Hagman In Support Of Plaintiff's Motion For Class Certification*;

6. Exhibit 28 to the *Supplemental Declaration of Nickolas J. Hagman In Support Of Plaintiff's Motion For Class Certification*;

7. Exhibit 31 to the *Supplemental Declaration of Nickolas J. Hagman In Support Of Plaintiff's Motion For Class Certification*;

**IT IS SO ORDERED**

Dated: July 11, 2023

*David O. Carter*
Hon. David O. Carter
United States District Judge