DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

*Attorneys for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

*(additional counsel listed below)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 10, inclusive,<br>        Defendants. | Case No. 8:21-cv-02055-DOC-ADS<br><br>**DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S NOTICE OF MOTION TO STRIKE SURREBUTTAL DISCLOSURE OF ROBERT MILLS**<br><br>Hearing Date: August 14, 2023<br>Time: 8:30 a.m.<br>Judge: Honorable David O. Carter<br>Courtroom: 9D |

---

**WDPR'S NOTICE OF MOTION AND MOTION TO STRIKE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, No. 8:21-cv-02055

ALAN SCHOENFELD (*admitted pro hac vice*)
(Email: alan.schoenfeld@wilmerhale.com)
RYAN CHABOT (*admitted pro hac vice*)
(Email: ryan.chabot@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

MARGARITA BOTERO (*admitted pro hac vice*)
(Email: margarita.botero@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3130
Facsimile: (720) 274-3133

*Attorneys for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

**WDPR'S NOTICE OF MOTION AND MOTION TO STRIKE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, No. 8:21-cv-02055

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on August 14, 2023, at 8:30 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable David O. Carter, Courtroom 9D of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, CA 92701-4516, Defendant Walt Disney Parks and Resorts U.S., Inc. will and hereby does move to strike the second disclosure of Plaintiff Jenale Nielsen's expert Robert Mills, filed without leave of Court, as an improper surrebuttal disclosure not authorized by Federal Rule of Civil Procedure 26(a)(2) or the Court's Scheduling Order.

This Motion is based on this Notice of Motion; the supporting Memorandum of Law; the pleadings, papers, filings, and record in this action; and on such other evidence or argument as may be presented at or before the hearing.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on July 13, 2023.

A proposed order is also being lodged for the Court's consideration.

Dated: July 14, 2023

/s/ Alan Schoenfeld
Alan Schoenfeld

WILMER CUTLER PICKERING HALE AND DORR LLP

*Attorneys for Defendant Walt Disney Parks and Resorts U.S., Inc.*

---

**WDPR'S NOTICE OF MOTION AND MOTION TO STRIKE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, No. 8:21-cv-02055