1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br>    v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 10, inclusive,<br>         Defendants. | Case No. 8:21-cv-02055-DOC-ADS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S MOTION TO STRIKE SURREBUTTAL DISCLOSURE OF ROBERT MILLS**<br><br>Hearing Date: August 14, 2023<br>Time: 8:30 a.m.<br>Judge: Honorable David O. Carter<br>Courtroom: 9D |

**[PROPOSED] ORDER GRANTING WDPR'S MOTION TO STRIKE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, No. 8:21-cv-02055

1  Now before the Court is Defendant Walt Disney Parks and Resorts U.S., Inc.'s Motion To Strike Surrebuttal Disclosure Of Robert Mills.  Having considered the papers submitted and arguments presented, the Court concludes:

That Plaintiff Jenale Nielsen's second disclosure of Robert Mills constitutes a unauthorized surrebuttal for which she did not seek leave of Court;

That the Mills Surrebuttal is therefore stricken from the record; and that

**IT IS THEREFORE HEREBY ORDERED**

That Defendant Walt Disney Parks and Resorts U.S., Inc.'s Motion To Strike Surrebuttal Disclosure Of Robert Mills is GRANTED.

Dated: _____          _____
                                  Honorable David O. Carter
                                  U.S. District Judge

1

**[PROPOSED] ORDER GRANTING WDPR'S MOTION TO STRIKE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, No. 8:21-cv-02055