1  DAVID C. MARCUS (CA Bar No. 158704)
   (Email: david.marcus@wilmerhale.com)
2  WILMER CUTLER PICKERING
3       HALE AND DORR LLP
   350 South Grand Avenue, Suite 2400
4  Los Angeles, California 90071
5  Telephone: (213) 443-5312
   Facsimile: (213) 443-5400
6
7  *Attorney for Defendant*
   *Walt Disney Parks and Resorts U.S., Inc.*
8
   *(additional counsel listed below)*
9
10                **UNITED STATES DISTRICT COURT**
11                **CENTRAL DISTRICT OF CALIFORNIA**

12  | JENALE NIELSEN, individually and on behalf of all others similarly situated, | Case No.: 8:21-CV-02055-DOC-ADS |
    |---|---|
    | Plaintiff, | **NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT MOTION TO ADJOURN CASE SCHEDULE INCLUDING JULY 28, 2023 HEARING DATE** |
    | v. | |
    | WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 25, inclusive, | Judge: Honorable David O. Carter |
    | Defendants. | |

**NOTICE OF SETTLEMENT IN PRINCIPLE AND
JOINT MOTION TO ADJOURN CASE SCHEDULE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055

ALAN SCHOENFELD (*admitted pro hac vice*)
(Email: alan.schoenfeld@wilmerhale.com)
RYAN CHABOT (*admitted pro hac vice*)
(Email: ryan.chabot@wilmerhale.com)
WILMER CUTLER PICKERING
       HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

MARGARITA BOTERO (*admitted pro hac vice*)
(Email: margarita.botero@wilmerhale.com)
WILMER CUTLER PICKERING
       HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3130
Facsimile: (720) 274-3133

*Attorneys for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

DANIEL J. MULLER (CA Bar No. 193396)
dmuller@venturahersey.com
ANTHONY F. VENTURA (CA Bar No. 191107)
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Fax: (408) 512-3023

*Attorneys for Plaintiff Jenale Nielsen*

2

**NOTICE OF SETTLEMENT IN PRINCIPLE AND**
**JOINT MOTION TO ADJOURN CASE SCHEDULE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055

1    Defendant Walt Disney Parks and Resorts U.S., Inc. ("WDPR") and Plaintiff
2    Jenale Nielsen hereby provide this Notice of Settlement in Principle and Joint
3    Motion to Adjourn Hearing Dates and state in support thereof that:
4    WHEREAS, on April 24, 2023, Nielsen filed her motion for class
5    certification, noticed for hearing on July 28, 2023;
6    WHEREAS, on May 31, 2023, WDPR filed its motion to exclude, noticed
7    for hearing on July 28, 2023, and its opposition to Nielsen's motion for class
8    certification;
9    WHEREAS, on July 7, 2023, WDPR filed its motion to strike, noticed for
10   hearing on August 14, 2023;
11   WHEREAS, on July 19, 2023, the parties attended an all-day, in person
12   mediation before Hon. Jay Gandhi (ret.) of JAMS;
13   WHEREAS, the parties have agreed to a settlement in principle to resolve
14   this action in its entirety on a classwide basis; and
15   WHEREAS the parties jointly seek an adjournment of all current case
16   deadlines, including hearing dates, and request that they have until August 31,
17   2023, to finalize the terms of their settlement agreement and for Nielsen to move
18   for preliminary approval of the class-action settlement;
19   THE PARTIES THEREFORE JOINTLY MOVE the Court to adjourn all
20   case deadlines and dates including the hearing dates on Nielsen's motion for class
21   certification and WDPR's motions to exclude (July 28, 2023) and motion to strike
22   (August 14, 2023); and set a due date for the filing of a motion for preliminary
23   approval of a class-action settlement of August 31, 2023.

3

**NOTICE OF SETTLEMENT IN PRINCIPLE AND
JOINT MOTION TO ADJOURN CASE SCHEDULE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055

Respectfully submitted,

Dated: July 19, 2023

/s/ Alan Schoenfeld
Alan Schoenfeld

*Attorney for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

Dated: July 19, 2022

/s/ Daniel J. Muller
Daniel J. Muller

*Attorney for Plaintiff Jenale Nielsen*

4

**NOTICE OF SETTLEMENT IN PRINCIPLE AND**
**JOINT MOTION TO ADJOURN CASE SCHEDULE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055

**ATTESTATION**

I, Daniel Muller, attest that all other signatures listed, and on whose behalf the filing is submitted, concur with the filing's contents and have authorized the filing.

/s/ Daniel J. Muller
Daniel J. Muller

5

**NOTICE OF SETTLEMENT IN PRINCIPLE AND
JOINT MOTION TO ADJOURN CASE SCHEDULE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055