1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of all others similarly situated, | Case No. 8:21-cv-02055-DOC-ADS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT MOTION TO ADJOURN CASE SCHEDULE** |
| v. | |
| WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 10, inclusive, | Judge: Honorable David O. Carter |
| Defendants. | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO ADJOURN CASE SCHEDULE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, No. 8:21-cv-02055

1       Now before the Court is the parties' Joint Motion to Adjourn Case Schedule.

2 Having considered the parties' submission, and for good cause shown, it is

3 **HEREBY ORDERED** that (1) the case schedule including the July 28 and August

4 14, 2023 hearing dates are adjourned *sine die* and (2) Plaintiff's motion for

5 preliminary approval of a class-action settlement is due August 31, 2023.

6

7 Dated: _____          _____

8                                      Honorable David O. Carter

9                                      U.S. District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER GRANTING JOINT MOTION TO
ADJOURN CASE SCHEDULE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, No. 8:21-cv-02055