1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

11

**CENTRAL DISTRICT OF CALIFORNIA**

12
13
14
15
16
17
18
19

| JENALE NIELSEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>    v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 10, inclusive,<br>    Defendants. | Case No. 8:21-cv-02055-DOC-ADS<br><br>**ORDER GRANTING JOINT MOTION TO ADJOURN CASE SCHEDULE [84]**<br><br>Judge: Honorable David O. Carter |
|---|---|

20
21
22
23
24
25
26
27
28

**ORDER GRANTING JOINT MOTION TO ADJOURN CASE SCHEDULE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, No. 8:21-cv-02055

Now before the Court is the parties' Joint Motion to Adjourn Case Schedule. Having considered the parties' submission, and for good cause shown, it is **HEREBY ORDERED** that (1) the case schedule including the July 28 and August 14, 2023 hearing dates are adjourned *sine die* and (2) Plaintiff's motion for preliminary approval of a class-action settlement is due August 31, 2023.

Dated: ___July 24, 2023___

_____
Honorable David O. Carter
U.S. District Judge

---

1

**ORDER GRANTING JOINT MOTION TO ADJOURN CASE SCHEDULE**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, No. 8:21-cv-02055