1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DAVID C. MARCUS (CA Bar No. 158704)
(Email: david.marcus@wilmerhale.com)
WILMER CUTLER PICKERING
          HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5312
Facsimile: (213) 443-5400

*Attorney for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

*(additional counsel listed below)*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>          v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 25, inclusive,<br>                    Defendants. | Case No.: 8:21-CV-02055-DOC-ADS<br><br>**STIPULATION FOR A CONTINUANCE OF THE DEADLINE TO FILE THE MOTION FOR PRELIMINARY APPROVAL OF CLASSWIDE SETTLEMENT**<br><br>Judge: Honorable David O. Carter |

**STIPULATION FOR A CONTINUANCE OF THE DEADLINE TO FILE THE MOTION FOR PRELIMINARY APPROVAL OF CLASSWIDE SETTLEMENT**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055

ALAN SCHOENFELD (*admitted pro hac vice*)
(Email: alan.schoenfeld@wilmerhale.com)
RYAN CHABOT (*admitted pro hac vice*)
(Email: ryan.chabot@wilmerhale.com)
WILMER CUTLER PICKERING
        HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888

MARGARITA BOTERO (*admitted pro hac vice*)
(Email: margarita.botero@wilmerhale.com)
WILMER CUTLER PICKERING
        HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
Telephone: (720) 274-3130
Facsimile: (720) 274-3133

*Attorneys for Defendant*
*Walt Disney Parks and Resorts U.S., Inc.*

DANIEL J. MULLER (CA Bar No. 193396)
dmuller@venturahersey.com
ANTHONY F. VENTURA (CA Bar No. 191107)
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Fax: (408) 512-3023

*Attorneys for Plaintiff Jenale Nielsen*

2

**STIPULATION FOR A CONTINUANCE OF THE DEADLINE TO FILE THE MOTION FOR PRELIMINARY APPROVAL OF CLASSWIDE SETTLEMENT**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055

Defendant Walt Disney Parks and Resorts U.S., Inc. ("WDPR") and Plaintiff Jenale Nielsen hereby stipulate and request as follows:

WHEREAS, on July 20, 2023, the Parties informed the Court that they have reached a settlement in principle to resolve this action in its entirety on a classwide basis (Doc. No. 84); and

WHEREAS, on July 24, 2023, at the Parties' request, the Court adjourned all case deadlines and dates and set a due date for the filing of a motion for preliminary approval of a class-action settlement of August 31, 2023 (Doc. No. 85.); and

WHEREAS, the Parties have been working diligently to finalize the settlement and prepare the papers in support of Plaintiff's request for preliminary approval of the settlement but they are not yet prepared to file the approval motion because it took the parties longer than anticipated to complete the formal settlement agreement;

THEREFORE, the Parties request that the Court allow Plaintiff an additional seven (7) days to complete and file the motion for preliminary approval; They request that the deadline for filing the motion be continued to September 7, 2023.

Respectfully submitted,

Dated: August 29, 2023          /s/ Alan Schoenfeld
                                Alan Schoenfeld

                                *Attorney for Defendant*
                                *Walt Disney Parks and Resorts U.S., Inc.*

Dated: August 29, 2023          /s/ Daniel J. Muller
                                Daniel J. Muller

                                *Attorney for Plaintiff Jenale Nielsen*

3

**STIPULATION FOR A CONTINUANCE OF THE DEADLINE TO FILE THE MOTION FOR PRELIMINARY APPROVAL OF CLASSWIDE SETTLEMENT**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055

1

**ATTESTATION**

2      I, Daniel Muller, attest that all other signatures listed, and on whose behalf

3 the filing is submitted, concur with the filing's contents and have authorized the

4 filing.

5                                              /s/ Daniel J. Muller

6                                              Daniel J. Muller

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                            4

28
**STIPULATION FOR A CONTINUANCE OF THE DEADLINE TO FILE
THE MOTION FOR PRELIMINARY APPROVAL OF CLASSWIDE
SETTLEMENT**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, Case No. 8:21-CV-02055