1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

11

**CENTRAL DISTRICT OF CALIFORNIA**

12
13
14
15
16
17
18
19

| JENALE NIELSEN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 8:21-cv-02055-DOC-ADS<br><br>**[PROPOSED] ORDER CONTINUING DEADLINE FOR FILING OF MOTION FOR PRELIMINARY APPROVAL**<br><br>Judge: Honorable David O. Carter |

20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER CONTINUING DEADLINE FOR FILING OF MOTION FOR PRELIMINARY APPROVAL**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, No. 8:21-cv-02055

1  Now before the Court is the Parties' Stipulation For a Continuance of the
2  Deadline to File the Motion for Preliminary Approval of Classwide Settlement.
3  Having considered the Parties' submission, and for good cause shown, it is
4  **HEREBY ORDERED** that Plaintiff's motion for preliminary approval of a class-
5  action settlement shall be filed on or before September 7, 2023.

7  Dated: _____     _____
8                              Honorable David O. Carter
                                U.S. District Judge

---

1

**[PROPOSED] ORDER CONTINUING DEADLINE FOR FILING OF MOTION FOR PRELIMINARY APPROVAL**
*Nielsen v. Walt Disney Parks and Resorts U.S., Inc.*, No. 8:21-cv-02055