1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation, and DOES 1 through 10, inclusive,<br>　　　　　Defendants. | Case No. 8:21-cv-02055-DOC-ADS<br><br>**ORDER CONTINUING DEADLINE FOR FILING OF MOTION FOR PRELIMINARY APPROVAL**<br><br>Judge: Honorable David O. Carter |

Now before the Court is the Parties' Stipulation For a Continuance of the Deadline to File the Motion for Preliminary Approval of Classwide Settlement. Having considered the Parties' submission, and for good cause shown, it is **HEREBY ORDERED** that Plaintiff's motion for preliminary approval of a class-action settlement shall be filed on or before September 7, 2023.

Dated: August 31, 2023

*David O. Carter*
Honorable David O. Carter
U.S. District Judge