Daniel J. Muller, SBN 193396
dmuller@venturahersey.com
Anthony F. Ventura, SBN 191107
aventura@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023

Nickolas J. Hagman (*admitted pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485

Attorneys for Plaintiff Jenale Nielsen &
the Proposed Class

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENALE NIELSEN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALT DISNEY PARKS AND RESORTS U.S., Inc., a Florida Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-02055-DOC-ADS<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   October 16, 2023<br>Time:   8:30 a.m.<br>Judge:  Hon. David O. Carter<br>Court:  9D |

**PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

# NOTICE OF MOTION & MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on October 16, 2023 at 8:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable David O. Carter in Courtroom 9D located at 411 West Fourth Street, Santa Ana, California 92701, Plaintiff Jenale Nielsen will and does hereby move the Court for an order granting preliminary approval of the Parties' class-wide Settlement Agreement pursuant to Rule 23(e) of the Federal Rule of Civil Procedure. In addition to the Memorandum in support of the Motion, this Motion is supported by the Settlement Agreement, the Declaration of Nickolas J. Hagman, including Exhibits No. 1-3, the Declaration of Cameron R. Azari, and the proposed Order Granting Preliminary Approval. This Motion is also supported by the pleadings and papers on file in this matter, as well as upon such other matters to be filed, and that may be presented to the Court at the time of the hearing.

Dated:        September 7, 2023            Respectfully submitted,

**VENTURA HERSEY & MULLER, LLP**

/s/ *Daniel J. Muller*
Daniel J. Muller, SBN 193396
Anthony F. Ventura, SBN 191107
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023

Nickolas J. Hagman (*admitted pro hac vice*)
nhagman@caffertyclobes.com
CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485

*Attorneys for Plaintiff Jenale Nielsen & the proposed Class*

-1-

**PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**